IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 1:23-MJ-00042

UNITED STATES OF AMERICA,

vs.

MICHAEL DANIELE,

    Defendant.
_____/

### ORDER ON UNOPPOSED MOTION TO MODIFY PRE-TRAIL CONDITIONS

THIS CAUSE came before the court upon the Defendant, MICHAEL DANIELE'S Unopposed Motion to Modify Pre-Trial Conditions. The Court having reviewed the motion, it is

ORDERED AND ADJUDGED that Defendant's motion is hereby granted.

    Defendant shall be permitted to travel within the continental United States for business purposes only without advance notice to Pretrial Services.

                                        Judge Amit P. Mehta

cc: counsel of record