# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ COLUMBIA

UNITED STATES OF AMERICA

V.

MICHAEL DANIELE

**SECOND AMENDED EXHIBIT LIST**

Case Number: 1:23-CR-000143

| PRESIDING JUDGE<br>Amit P. Mehta | | PLAINTIFF'S ATTORNEY<br>AUSA Sarah Martin | DEFENDANT'S ATTORNEY<br>Stuart N. Kaplan | |
|---|---|---|---|---|
| TRIAL DATE(S) June | | COURT REPORTER | COURTROOM DEPUTY | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1-74 | | | | Photographs previously provided to the United States Government which are from videos and from discovery |
| | 75-78 | | | | Photographs previously provided to the United States Government which are from videos and from discovery |
| | 79-81 | | | | Photographs previously provided to the United States Government which are from videos and from discovery |
| | V1 | | | | January 6 DC RAW Video Capitol building footage, clashes with police YouTube Google Chrome |
| | V1A | | | | SLOW MOTION |
| | V2 | | | | Video shows Ray Epps at initial Capitol breach on Jan. 6 - Google Chrome 2024-05-15 13-21-14 |
| | V2A | | | | SLOW MOTION |
| | V3 | | | | Day of Rage_ How Trump Supporters Took the U.S. Capitol - The New York Times — Mozilla Fir |
| | V3A | | | | SLOW MOTION |
| | V4 | | | | BENJAMIN REPORTS Clip 5.31-7.01 |
| | V4A | | | | SLOW MOTION |
| | V5 | | | | Emergency Washington DC Broadcast 17.18-19.52 |
| | V5A | | | | SLOW MOTION |
| | V6 | | | | 0176-NK-3452573_0000001_1A0000001_0000001 |
| | V6A | | | | SLOW MOTION |
| | V7 | | | | Emergency Washington DC Broadcast 19.35-19.52 |
| | V7A | | | | SLOW MOTION |
| | V8 | | | | BENJAMIN REPORTS Clip 6.48-7.01 |
| | V8A | | | | SLOW MOTION |
| | V9 | | | | 176-NK-3452573_0000011_1A0000002_0000004 |
| | V9A | | | | SLOW MOTION |
| | V10 | | | | LONNELHARRISLIVE 2 (LIVERosebudd) Donald Trump Protest Washington DC Highlights 6.07-6 |

Case 1:23-cr-00143-APM   Document 49   Filed 06/07/24   Page 2 of 2

|  | V10A |  |  |  | SLOW MOTION |
|  | V11 |  |  |  | 0176-NK-3452573_0000008_1A0013995_0000002 |
|  | V11A |  |  |  | SLOW MOTION |
|  | V12 |  |  |  | January 6 Capitol Attach (HBO) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

Print    Reset