IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )     CR No. 23-143
                                   )     Washington, D.C.
        vs.                        )     June 14, 2024
                                   )     9:36 a.m.
MICHAEL DANIELE,                   )
                                   )     Day 3
          Defendant.               )
_____)
```

TRANSCRIPT OF BENCH TRIAL
CLOSING ARGUMENT AND VERDICT PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        Carolyn J. Jackson
                           Sarah Martin
                           U.S. ATTORNEY'S OFFICE
                           601 D Street NW
                           Washington, D.C. 20530
                           (202) 252-7078
                           Email:
                           carolyn.jackson@usdoj.gov


For the Defendant:         Stuart N. Kaplan
                           STUART KAPLAN PA
                           3399 PGA Boulevard
                           Suite 150
                           Palm Beach Gardens, FL 33410
                           (561) 296-7900
                           Email:
                           skaplan@stuartnkaplanpa.com

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  Your Honor, we're now on the

3   record for Criminal Matter 23-143, United States of America

4   versus Michael Daniele.

5          Present we have the defendant and counsel,

6   Mr. Stuart Kaplan.

7          Present on behalf of the government, we have

8   Ms. Sarah Martin and Ms. Caroline Jackson.

9          THE COURT:  All right, counsel.

10         Good morning, Mr. Daniele.  Good morning to

11  you, sir.

12         All right.  So we're here for closings.

13         Anything we need to discuss before we turn to the

14  closings?

15         MR. KAPLAN:  Your Honor, only apologizing in

16  advance.  I know you asked me yesterday my time, and I said

17  30 minutes.  Quite frankly, at 3:30 in the morning, I was

18  still writing.

19         So I apologize.  I understand the Court wants, you

20  know, to get to the point, but I just say I may need a

21  couple extra minutes beyond 30 minutes.

22         THE COURT:  Okay.  I'll give you 32.

23         MR. KAPLAN:  Okay.  Thank you, Your Honor.

24  I'll talk very quickly.

25         THE COURT REPORTER:  No, you won't.

1          THE COURT:  Okay.

2          Oh, and, by the way, I think I -- let me -- I sort

3     of revised my thinking, too, yesterday.  I think we actually

4     should be able to deliver a verdict this afternoon so that

5     you all don't have to come back down to D.C. again.

6          MR. KAPLAN:  Your Honor, that is very gracious of

7     this Court and appreciate it.

8          THE COURT:  Yeah, of course.

9          All right.  So let's go ahead and get started.

10    We'll start with the government.

11         Ms. Martin.

12         MS. MARTIN:  Good morning, Your Honor.

13         THE COURT:  Good morning.

14         MS. MARTIN:  Throughout this trial, the defense

15    has labeled Mr. Daniele as an innocent bystander or a

16    spectator to the violent riot that happened on January 6th.

17    But what the government has proved over the last few days is

18    that Mr. Daniele did not accidentally find himself in the

19    middle of a riot.  He made the decision to go to the Capitol

20    from the rally, a message that he spread to others around

21    him using a megaphone and was at the front of hundreds of

22    people as they unlawfully gained access to the restricted

23    grounds.

24         Not only did he watch as U.S. Capitol Police

25    officers were verbally and physically assaulted at the

1    Peace Circle, no, Mr. Daniele joined in and he stepped on

2    the barricade that police officers were trying to hold up.

3    The police, who at that point were severely outnumbered,

4    lost that line and retreated and tried to establish a second

5    line on the West Plaza.

6              As a retired law enforcement officer, Mr. Daniele

7    should have had alarm bells going off in his head:  This

8    situation was wrong.  But instead, Mr. Daniele took it upon

9    himself to pick up a hat off of the ground that belonged to

10   a U.S. Capitol police officer and he followed rioters as

11   they chased the police to the second line.

12             After giving that hat back to an officer,

13   Mr. Daniele then grabbed the next set of barricades and

14   pushed it to the side as it was dragged away by other

15   rioters.  He stayed on the west front, one of the most

16   violent areas of the Capitol that day, for almost an hour

17   before he entered the building through what he described as

18   open doors.

19             While inside, he milled around, knowing he wasn't

20   supposed to be there, and taking pictures as mementos.  He

21   left the building an hour and a half after the initial

22   breach at Peace Circle and hours before any responding

23   U.S. Capitol Police officers would leave the Capitol

24   that day.

25             Yesterday, Mr. Daniele decided to testify in his

1    own defense.

2              Now I have to apologize for my tech issues.

3              Yesterday, Mr. Daniele decided to testify in his

4    own defense.  He told a story during which he repeatedly

5    excused his conduct on January 6th, and he gave a detailed

6    and practiced recitation of his actions at Peace Circle and

7    the West Plaza, which was inconsistent with his post-arrest

8    interview with the FBI.

9              But he's had time to review the evidence in this

10   case and to prepare for trial and change his story to fit

11   the evidence, but his story still does not fit.

12             But before we get to all of that, let's start

13   first with Mr. Daniele's testimony about the rally.

14             Mr. Daniele insists that he was so far from the

15   rally and there were so many people around him that he

16   couldn't hear President Trump.  His testimony is belied by

17   multiple videos that depict the rally from where Mr. Daniele

18   was standing during which President Trump can be heard and

19   people around Mr. Danielle reacting to what President Trump

20   is saying.

21             (Video played)

22             MS. MARTIN:  Mr. Kaplan has downplayed his tech

23   skills this entire time, just waiting for this to happen.

24             (Video played)

25             MS. MARTIN:  And while I won't play it now, the

1    Court can observe the same in Government's Exhibit 303A.

2    Not only can the speech be heard in the videos from the

3    National Mall, but it can be heard by the Capitol reflecting

4    pool 1.5 miles away.  And that's in Government's

5    Exhibit 302, which shows Mr. Daniele at the reflecting pool

6    as the speech continues in the background.

7            Those videos show that, while Mr. Daniele was at

8    the rally, President Trump talked about Mike Pence doing the

9    right thing, coming through for us, and also about Congress

10   doing the right thing, and only counting the electors that

11   were lawfully slated.

12           Before he left the rally, Mr. Daniele borrowed

13   someone's megaphone to spread the message to others to go to

14   the Capitol.  And once he got to the Capitol, there were

15   signs and barricades still standing all over the west front,

16   signs that Mr. Daniele ultimately admitted yesterday that he

17   saw.

18           And if those signs weren't enough, U.S. Capitol

19   Police officers were standing behind barricades which

20   Mr. Daniele would have seen the rioters pick up and drive

21   into the line of officers.  A full-on fight then broke out

22   between the police struggling to hold the line.

23           Now, according to Mr. Daniele during his FBI

24   interview, those barricades were already off to the side

25   when he got there, a statement that's not consistent with

1    the evidence both with respect to Peace Circle or the

2    West Plaza.  Mr. Daniele also told the FBI that he didn't

3    move any barricades, didn't touch any barricades, which he

4    admitted yesterday is not true.

5            The Court may be thinking, it's just been a long

6    time since January 6th, maybe Mr. Daniele just forgot.

7    Well, one thing that Mr. Daniele is crystal clear on is how

8    he was pushed from behind into the barricade, which he

9    incidentally left out of his FBI interview, an interview

10   during which Mr. Daniele seemed to be offering any excuse

11   for his conduct on January 6th; and, if that had actually

12   happened, no doubt he would have brought it up.

13           Yesterday, Mr. Daniele testified that he was

14   pushed.  And defense has pointed to this exhibit,

15   Government's Exhibit 409, which Mr. Daniele says shows a

16   rioter pushing him from the side with his arm extended and

17   with a flagpole behind Mr. Daniele.  As the Court can see,

18   this is just another picture of Mr. Daniele stepping on the

19   barricade, but not the time the police officer was pulling

20   on the other end.  Again, Mr. Daniele is trying to fit his

21   story to the evidence and it doesn't work.

22           Mr. Daniele also grabbed at the snow fencing

23   attached to the barricades, which rioters then pulled off as

24   the barricades were dislodged, another fact that is not

25   consistent with Mr. Daniele's story that he had only

1    incidental contact with the barriers.

2        Now, the hat is something that's been elevated by

3    the defense as a fact that somehow exonerates Mr. Daniele

4    for his participation in the riot on January 6th.  The last

5    thing those officers were thinking about that day was that

6    hat, and Mr. Daniele knows that and he admitted it.  Nobody

7    asked for his help.  The Court heard that the most helpful

8    thing Mr. Daniele could have done that day was leave, but

9    instead he advanced with other rioters as the officers

10   retreated around him trying to get back to establish the

11   second line.

12       And what did Mr. Daniele do after he returned the

13   hat?  Did he leave?  No, he did not.  Despite seeing the

14   officers were severely outnumbered with hundreds streaming

15   toward the Capitol behind him, Mr. Daniele stayed, and his

16   claim now before this Court is that he was here to help.

17       What did not help was Mr. Daniele grabbing the

18   barricades at the West Plaza and moving them to the side as

19   they were dragged away by other rioters, leaving the

20   officers on the West Plaza completely exposed to the crowd.

21       Mr. Daniele stayed on the West Plaza for about an

22   hour, an area that the Court heard from Captain Ortega was a

23   full-combat situation:  people throwing flagpoles, taking

24   shields, assaulting officers, and spraying officers with

25   unknown substances.

1          While Mr. Daniele was there, he moved around the

2    West Plaza, sometimes at the front of rioters yelling,

3    sometimes off to the side watching the mayhem.  But

4    he didn't leave, not even when the police used tear gas and

5    nonlethal munitions to disperse the rioters, including

6    Mr. Daniele.  It wasn't until an hour had passed that

7    Mr. Daniele climbed the stairs to the Upper West Terrace and

8    into the Capitol Building.

9          In his interview, Mr. Daniele told Agent Semmel

10   that he entered the building, because, as he was leaving, he

11   saw a door and a window open, almost like it was some sort

12   of a happy accident.

13         That statement, as Mr. Daniele admitted on cross,

14   was misleading.  The doors and windows were only open

15   because they were broken.  Mr. Daniele walked through a

16   broken door and past two broken windows when he entered the

17   building.

18         And Mr. Daniele admitted to seeing the broken

19   glass.  Again, if that was not enough, an alarm was also

20   sounding in the background, which indicated to anyone, much

21   less a former police officer, that that building had been

22   forcibly broken into.

23         Despite all of the warning signs and in addition

24   to what he'd already witnessed on the west front,

25   Mr. Daniele continued inside the Capitol, seemingly calm and

1    collected and even stopped to take a picture of the broken

2    window.  His demeanor as he entered is completely at odds

3    with his story that he entered to flush his eyes out from

4    the tear gas.

5              Now, Mr. Daniele is charged, in part, with two

6    counts of obstructing, impeding, or interfering with law

7    enforcement officers, as well as four misdemeanors.

8              Now, with respect to the first counts, Section 231

9    does not require that the government show that Mr. Daniele

10   had physical contact with an officer or that he engaged in

11   physical violence.  And neither of those things, contrary to

12   what the defense's characterization is of the government's

13   case, is being alleged by the government here.

14             Now, the element most at issue with respect to the

15   first two counts are the first element, whether the

16   defendant knowingly committed or attempted to commit an act

17   with the intended purpose of obstructing, impeding, or

18   interfering with law enforcement officers.

19             And the Court should focus on whether the

20   defendant intended for his acts to obstruct, impede, or

21   interfere with law enforcement, because the removal of

22   barricades in both instances are acts that in these

23   circumstances where the police are trying to form a line to

24   keep out rioters did obstruct, impede, or interfere with law

25   enforcement.

1          As to Count 1, the government has shown that

2    Mr. Daniele intended to interfere with police when he

3    stepped on the barricade at Peace Circle.  Neither the

4    evidence nor the testimony supports the defense argument

5    that Mr. Daniele was pushed.  The Court should look to the

6    surrounding circumstances to discern Mr. Daniele's intent.

7          Mr. Daniele was at the front of a group of rioters

8    when they arrived at the Capitol.  He pulled at the snow

9    fencing attached to the barricade.  And it's amidst the

10   fighting with police that Mr. Daniele steps on the barricade

11   as an officer on the other end is trying to lift it up.  You

12   did not see any evidence that Mr. Daniele turned around,

13   looked at who pushed him, and apologized to the officer for

14   any incidental contact.  And you didn't see him turn around

15   and leave after he'd realized what he'd done.  You saw

16   Mr. Daniele continue over the barricade.

17         The government has also showed that Mr. Daniele

18   intended to interfere with officers on the West Plaza.

19         On cross-examination, Mr. Daniele denied grabbing

20   the barricade, while at the same time stating that he

21   grabbed the barricade, because that's what he did.

22         Here, like he did throughout his testimony,

23   Mr. Daniele excused away his actions and claimed that he

24   just didn't want to get hit with the barricades, another

25   barricade that he incidentally forgot to mention to the FBI.

1          Counts 3 and 4 charge the defendant with entering

2   and remaining in a restricted building or grounds and

3   disorderly or disruptive conduct in a restricted building or

4   grounds, respectively.

5          The government has proven both of these charges,

6   but I wanted to specifically focus on the knowingly element

7   of those counts, and that is that the defendant knowingly

8   entered or remained in a restricted building or grounds and

9   that the defendant knowingly engaged in disruptive or

10  disorderly conduct on restricted building or grounds.

11         As the Court is aware, this knowledge requirement

12  has been raised in other similar cases, but this Court

13  hasn't yet ruled on the issue.  The government's position is

14  that the statute only requires the defendant to know the

15  area is restricted, not that Vice President Mike Pence or

16  his family were visiting that day.

17         While the Court need not reach the issue of how

18  far knowingly travels in the statute, because, in this case,

19  Mr. Daniele is guilty either way, the government does not

20  believe it's a close call on the legal issue, and that's

21  because the protectee's presence is a jurisdictional

22  element.

23         Judge Nichols, who the defense relied on, never

24  addressed that issue.  The only substantive argument against

25  the government's position came from Judge Cooper.  And,

1    respectfully, the idea that Congress fundamentally

2    reconceptualized its statute in 2006, that it intended to

3    indirectly amend the mens rea and dramatically limit the

4    enforceability of the statute, all by increasing the penalty

5    all from six months to a year, just doesn't hold up.  But,

6    again, even if the Court were to adopt Judge Nichols's

7    decision, the government has still shown that the

8    defendant's guilty.

9           The defendant in this case attended the

10   Stop the Steal rally, where former President Trump was

11   talking about Mike Pence doing the right thing and the

12   electoral vote count.  While the defendant denied knowing

13   Congress was meeting at the Capitol, his testimony, in

14   addition to being riddled with other inconsistencies and

15   self-serving statements, is contradicted by the evidence.

16          Mr. Daniele testified that he stopped reading the

17   news after January 6th, which meant he was following the

18   news before then.  And of course he was.  Mr. Daniele cared

19   enough about politics to take a bus from out of state to

20   hear President Trump speak.  He felt strongly enough about

21   what Congress was doing and what President Trump was saying

22   that he announced the move to the Capitol on a megaphone.

23   And he was at the front of hundreds of people who made their

24   way to the Capitol.  He knew what was happening that day,

25   he knew who was involved, and that's why he went to the

1   Capitol.

2          As to the other elements, there's no question he

3   entered and remained in a restricted area.  And he knew that

4   he wasn't supposed to be there.  He admitted to it

5   yesterday.  He knew as soon as he crossed the Peace Circle.

6          The defendant's also charged with disorderly

7   conduct in a Capitol Building and parading, demonstrating,

8   or picketing in a Capitol Building.

9          Now, as to the disorderly or disruptive conduct

10  for both Counts 4 and 5, the defendant has shown that

11  conduct.

12         Mr. Daniele's disruptive and disorderly conduct

13  took several forms on January 6th, certainly stepping on a

14  barricade and lifting another.  But everything else he did

15  on the West Plaza that day, including entering the

16  government -- the building illegally, was also disruptive

17  and disorderly.

18         Congress was supposed to be in session and was not

19  because of Mr. Daniele's presence, along with hundreds of

20  others.  And he disrupted those proceedings.  While

21  Mr. Daniele wasn't merely present, mere presence in an

22  unlawful mob or riot on January 6th was enough to fulfill

23  the requirement for disruptive or disorderly conduct.

24         Now, with respect to disorderly conduct in a

25  Capitol Building or parading, demonstrating, or picketing in

1    a Capitol Building, the government's met its burden as well.

2    Mr. Daniele's mere presence in the Capitol while Congress

3    was supposed to be in session was disruptive.  And walking

4    through the Capitol when he wasn't supposed to be there,

5    which he knew full well falls within the definition of

6    parading, demonstrating, or picketing.  And Mr. Daniele

7    acknowledged that during his interview.

8            (Video played)

9            MS. MARTIN:  Your Honor, Mr. Daniele interfered

10   with police on January 6th, yes.

11           THE COURT:  Just give me the timestamp.  I missed

12   the timestamp on it.

13           MS. MARTIN:  Yes.  It's right on the...

14           THE COURT:  Okay.  Thank you.

15           MS. MARTIN:  Yes.

16           Your Honor, Mr. Daniele interfered with police on

17   January 6.  He interfered with them at the Peace Circle, and

18   he interfered with them on the West Plaza.  And he in

19   particular, as a former police officer, knew exactly what he

20   was doing.  Any argument to the contrary is not credible.

21   And we'd ask that you return the only verdict that's

22   consistent with the evidence in this case, and that is a

23   verdict of guilty.

24           THE COURT:  Okay, Counsel.  Thank you.

25           All right.  Mr. Kaplan.

```
1                 MR. KAPLAN:  Good morning, Your Honor --

2                 THE COURT:  Good morning.

3                 MR. KAPLAN:  -- to the United States Government,

4       Mr. Daniele.

5                 Your Honor, the investigation of Michael Daniele

6       in connection with his activities on January 6th, 2021, is

7       clearly incomplete, it was not thorough, thereby lacking the

8       necessary requirement of competency and trustworthiness to

9       be relied upon to find Michael Daniele, this defendant,

10      guilty of any of the charges beyond a reasonable doubt.

11      Your Honor must consider not only the evidence that is put

12      forth but also the lack of evidence that is abundantly clear

13      was there to affirm or dispel what Michael Daniele's

14      intentions were on January 6th.

15                Your Honor, if a picture is worth a thousand

16      words, then what does the Court say to this picture that you

17      have before you?  Defendant's Exhibit No. 68 in evidence,

18      the very same picture that was included in the government's

19      ECF filing 1-1, the criminal complaint.

20                This very exhibit, a picture of a Capitol Police

21      officer, utilized by the government to advance their case,

22      who was positioned at the top of the stairs at West Plaza

23      behind the barricade and this defendant, Michael Daniele,

24      who handed back to this police officer a hat and belt clip

25      to be offered as evidence that this very police officer had
```

1    backed up, raised his or her hands, to suggest in their

2    efforts to persuade this Court, Your Honor, that this

3    officer was in fear or threatened by Michael Daniele's mere

4    presence.

5            If not enough, this same photograph was presented

6    to Michael Daniele during his post-arrest interview and

7    represented by Special Agent -- FBI Special Agent Andrew

8    Semmel that it was not a hat, but, rather, he, Mr. Daniele,

9    was attempting to gain favor or to do something with a

10   police ID.

11           Your Honor, referring to Government's Exhibit 502

12   at approximately 39 minutes and 37 seconds into this

13   interview.

14           (Video played)

15           MR. KAPLAN:  There is no ambiguity there,

16   Your Honor.  The FBI agent suggested and asserted it was a

17   police ID.

18           If all of this misrepresentation of this evidence

19   was not enough, the government, during its cross-examination

20   of Michael Daniele yesterday, in full view of everyone,

21   asserted again clearly and unambiguously, that when

22   Michael Daniele first approached the West Plaza and extended

23   his arm out and caused a Capitol Police officer to feel

24   threatened to the point they raised their hands up and

25   backed away from Michael Daniele as "proof" they were afraid

1    of what Michael Daniele's actions or inactions may have

2    been.  I refer you to Video Number 5 at approximately

3    2 minutes and 19 seconds.

4              (Video played)

5              MR. KAPLAN:  The playing of this video, the very

6    same video the government took its screenshots of,

7    Defendant's Exhibit 68, is clear, unambiguous, and no one

8    could draw any other inference or conclusion other than this

9    police officer was and had adjusted their wool that they

10   were wearing on their head at the same time Michael Daniele,

11   this defendant, that stands before you, approached them and

12   extended his arm out to return the hat and belt clip.

13             The government's attempt to fabricate evidence,

14   which they included in their criminal complaint, the very

15   basis to obtain the arrest warrant in this case, and then to

16   confront this defendant during his post-arrest interview

17   with this fabricated evidence, and if that was not enough,

18   but in open court on the record, offered it into evidence to

19   persuade this Court, Your Honor, is absolutely reprehensible

20   and clear proof that the government is willing to convict

21   this defendant at all cost, even to the extent to fabricate

22   evidence.

23             There can be no argument -- and I know the

24   government has an opportunity after I sit down to rebut my

25   closing argument.  There can be no argument by the

559

1    government to refute or rebut this egregious conduct to

2    justify it as a simple mistake or as harmless to this

3    defendant.  The government must be held accountable for this

4    egregious conduct.

5            Now, I talked about, and I started with, the lack

6    of trustworthiness of this investigation, which is the

7    cornerstone of our democracy and what is expected as due

8    process for every defendant that is presumed innocent.

9            By way of example, Your Honor, FBI Agent Semmel

10   testifying that time and funding precluded him from being

11   able to conduct additional interviews of material

12   eyewitnesses, to wit:  The law enforcement officer at

13   Peace Circle who was picking up the barricade when the

14   defendant's boot came into accidental or incidental contact

15   with it and the law enforcement officer at West Plaza that

16   was observed clearly to be interacting with Michael Daniele,

17   quite frankly, Your Honor, is astonishing, troubling, and

18   inconsistent with investigative required practice.

19           I can tell you, Your Honor -- because I am a

20   former FBI agent -- that I would be disciplined; I'd be

21   admonished.  I don't know, quite frankly, what the

22   repercussions of the dereliction of my sworn oath and duty

23   is that this agent could have come into this Court, took

24   that witness stand and, quite frankly, embarrassed the

25   greatest law enforcement agency not only in the United

1    States but across the globe.  And it is exactly the reason

2    why the optics and the opinion of the public is such at a

3    level to distrust the FBI --

4            MS. MARTIN:  I'll object to this line of --

5            THE COURT:  It's a bench trial.

6            But go ahead.

7            MR. KAPLAN:  -- to distrust the trustworthiness

8    and perhaps the lack of integrity that permeates the agency.

9            There is no argument that can be made not to have

10   interviewed these two material eyewitnesses, who would be

11   able to confirm or dispel whether or not Michael Daniele

12   impeded, obstructed, or interfered with them.

13           There's also one additional eyewitness,

14   Your Honor, that is clearly material.  By way of example,

15   the government played a video yesterday, a tactical video,

16   of a gentleman who's in the crowd with a bullhorn.  One was

17   to show him on the bullhorn; the other one was to infer that

18   where that gentleman was standing in proximity to my client,

19   who went up and clearly had approximately a 20-second

20   conversation or interaction with him, they know who that

21   individual is, they absolutely know who that person is.

22           And can you imagine, in a case of this magnitude,

23   of this importance, that the FBI, in concert with the

24   United States Attorney's Office, would not have directed the

25   agents to go out and interview that individual for the

1    purposes of:  What did Michael Daniele and you speak about?

2    What was that colloquy?  What was that interaction about?

3            And if you remember, Your Honor, he was pointing,

4    and Agent Semmel somehow deduced that he was pointing to the

5    Capitol.

6            Can you imagine?  Maybe he was pointing where the

7    Porta Potty was, maybe where the Walgreens was.  Maybe he

8    was interested in getting a Starbucks coffee.  I don't know.

9    You don't know.  But I can tell you this:  That guy, he

10   knows.  Why didn't they parade him in here and put him on

11   the witness stand?

12           Not only for that, but there is this idea, because

13   we're playing a recording in open court where you could hear

14   literally a pin drop, to suggest and make an inference that

15   my client, who is a quarter-mile away at least from

16   Donald Trump, with all the open environmental noises,

17   ironically, and they just played it again, which is

18   laughable, where people are on bullhorns and blowing and

19   screaming and yelling, to suggest that that's how

20   Michael Daniele heard that the Vice President and/or a

21   Secret Service protectee was going to be at the Capitol,

22   is pathetic.

23           I can also tell you that in that same video that

24   was played for you yesterday, it's laughable.  There's

25   actually a man and a woman who's walking away.  And he says,

1    "What did they just say?  What did they say?  What was he

2    saying?"  A person there is saying on the video, "I don't

3    hear what Donald Trump was saying."  What more does this

4    Court need to consider?

5          And let's just be honest, Your Honor.  The FBI has

6    unlimited resources.  This idea of time and funding, let me

7    tell you how simple it is for Agent Semmel to do his job.

8    He sits in New Jersey.  He prepares what's called an

9    electronic communication.  It's equivalent to an email.  He

10   puts out the lead:  Go out and locate John Smith and go

11   conduct an interview in connection with X, Y, and Z.

12         Now, I will tell you, personally speaking, that if

13   I was the case agent or co-case agent and I was in

14   New Jersey in proximity to Washington, D.C., if, in fact,

15   that individual lived in the D.C. area, which encompasses

16   Maryland and Virginia, I probably would have done it myself.

17   But here nor there, because I don't know where this

18   individual resides.  But I can tell you, the FBI knows who

19   he is.

20         Now, Your Honor, the only explanation for the FBI,

21   FBI Agent Semmel's failures to properly investigate this

22   case, was to ensure -- and this is what we saw throughout

23   this entire trial, is cherry-picking.  Yes, let's call it

24   for what it is.  Cherry-picking of bits and pieces grouped

25   together would present the distorted truth that

1    Michael Daniele engaged unknowingly, with the intended

2    purpose of committing the crimes he's alleged to have

3    committed.

4         I know and I understand that someone may say,

5    "Mr. Kaplan, when you stand before a District Court Judge,

6    you should be tempered.  Be careful.  Don't make it

7    personal.  Don't insult."  But at some point, the government

8    needs to have some accountability.

9         Agent Semmel's continued lack of integrity for the

10   search of the truth is only further highlighted by the

11   post-arrest interview of Michael Daniele on February 23rd,

12   2023, when Agent Semmel states to Michael Daniele that he,

13   the FBI, is in possession of videos, plural, videos that

14   show him, Michael Daniele, in front of the rioters; and he

15   alone, solely, he alone, being responsible for pushing down

16   the barricades and thereafter stepping on them with the

17   purpose to prevent the law enforcement officers from picking

18   it up.

19        I now defer to Government's Exhibit 502 in

20   evidence at 40 minutes.

21        (Video played)

22        MR. KAPLAN:  Now, Your Honor, I know one thing

23   I have commented on, anybody who's called me or texted me

24   about, "How's it going, Stuart?" I've said, quite frankly,

25   "This judge is extremely attentive, paying attention,

```
 1   watching, listening very, very carefully."

 2              I know you have seen all the videos, because I've

 3   watched you because I want to make sure that the trier of

 4   fact is paying attention, quite frankly.

 5              I won't speak for you, but I know there have been

 6   no, absolutely no videos whatsoever to even come close to

 7   suggesting that at Peace Circle, the first encounter, the

 8   first barricade, that Michael Daniele was in front, alone,

 9   and he, by himself, pushed over those barricades and then

10   stepped on them, preventing those barricades or that

11   barricade from being picked up.  That is absolutely a

12   bold-faced lie.  It is a bold-faced lie.  There is

13   absolutely no evidence of that.

14              Now, I will not bore you again, because I know you

15   have seen the videos.  There are hundreds of people, if not

16   thousands of people, simultaneously approaching the

17   Peace Circle barricades.

18              I showed you, and if you want to see it again,

19   I turned or we were able to go frame by frame and show

20   Michael Daniele many deep behind several rows of people

21   after the barricades are already down, the pushing, the

22   shoving, the fighting, the punching, the chaotic scene.

23   Michael Daniele was absolutely not responsible for that at

24   all.

25              Now, the government today, in kind of like a, you
```

1   know, trying to make light of this, said, you know,

2   "How ridiculous is it that Michael Daniele picked up this

3   hat and went over to this other police officer and handed it

4   back?  You know, do you think that's what that police

5   officer was thinking?"

6           Your Honor, the mens rea, we have actus reus and

7   mens rea.  It does not require you to know the mens rea of

8   that police officer.  Yes, the perception of what that

9   police officer believed was happening to him is front and

10  center and relevant; but as I've pointed out, where is he?

11  Where's her?  Where is she?  She's not here to tell us.

12          But to suggest and make light that

13  Michael Daniele's mens rea, what he was thinking, is not

14  relevant and probative?  That's exactly what you have to

15  consider; that's what you are required as being a District

16  Court Judge.  You must make that ultimate decision as to

17  what he was thinking, what he knowingly and intended to do.

18  That is ultimately squarely front and center.

19          Your Honor, there is nothing more important in

20  this case than what his intentions were and what he knew at

21  the time.

22          May I also suggest to you -- and I know you know

23  this -- in the jury instructions to which you are required

24  to consider and follow to which was attached and filed by

25  myself and the government together says, a person knowingly

1    -- "A person acts knowingly if he realizes what he is doing

2    and is aware of the nature of his conduct and does not act

3    through ignorance, mistake, or accident."

4         Now, let me just stop right there.

5         Your Honor, there has been absolutely no evidence

6    in any way that could draw a reasonable inference -- now,

7    I know you denied my motion yesterday on a motion for

8    acquittal, and I understand the standard in a light most

9    favorable for the government.  But I'm standing here today

10   where it is do or die.  To suggest that there is any

11   evidence that is put before you that Michael Daniele stepped

12   on that gate with an intended purpose to prevent that

13   officer from picking it up is preposterous.

14        Now, let me also tell you what the evidence does

15   show.  It shows you his foot was on that gate for less than

16   a second.  It also shows you when he steps on the gate and

17   where the gate, at the time the officer is picking it up,

18   it's about above her ankles, somewhere between the calf and

19   the ankles.

20        I can tell you -- I don't have to be a

21   physicist -- that if Michael Daniele was to step on that

22   gate with the intended purpose to say, "Hey, put that gate

23   down because I'm coming towards you," where's that gate

24   going to go?  Is it going to go up, or is it going to go

25   down?  And I will tell you that the evidence shows the gate

1    is going up.  And not only does it go up, it continues to go

2    up.

3            But even more importantly, if this guy,

4    Michael Daniele, had the intended purpose to prevent that

5    person from erecting that gate, where would he be?  Would it

6    be just one step or would it be one step and two steps?

7            You know where he is?  When he's pushed forward

8    accidentally to catch his balance and he goes back and he

9    retreats back and is borne out not by some speculative

10   impression, no.  There's evidence.  And I showed you the

11   evidence where his boots are back, captured several feet

12   back, where he retreats back, pushes back to gain distance

13   away from that gate.

14           There's also another video, another picture that

15   shows him down the line, a different view, and you can

16   clearly see him away from the gate.

17           Would you please pull up that picture, please.

18           And this is the issue with the grabbing of this

19   snow fence.  Well, there is no doubt that the snow fence

20   became entangled in Michael Daniele, as well as others,

21   because it's obvious.

22           Now, you can see Michael Daniele right there.  And

23   he is squeezed between many, many, many, many people.  If

24   you watch it, you can see the gentleman to the right of him

25   is going to blunt-force through him and push him aside.

1          Go ahead, please.

2          (Video played)

3          MR. KAPLAN:  You could stop it right there.

4          There's no disputing that.  That's exactly what

5     happens.

6          And Michael Daniele gets entangled in the snow

7     fence.

8          And, yes, I'm not going to refute it; there's a

9     picture of him with his hands on the snow fence.  So what?

10    So what?  He gets entangled in the snow fence, not because

11    he has this intent or purposeful reason that he wants to

12    interfere with these police officers.  And he pauses and

13    backs up and stops.

14         And, Your Honor, we could laugh about it.  It

15    really -- in the scheme of this case, how ironic it is, but

16    Michael Daniele, a former 26-and-a-half-year veteran of the

17    New Jersey state police, appreciated and recognized the fact

18    that this cop, whoever that hat belonged to, may have some

19    disciplinary issue to be -- to deal with.  How ironic?

20         And, Your Honor, I didn't know this.  I was

21    humored.  David Cruz, who came here the first day of trial

22    and said, "Yeah, I had to file a form, a lost property

23    report," for the very same hat.

24         Now, Your Honor, if that hat is insignificant,

25    doesn't mean anything, do you think that cop would have to

```
 1   fill out a report, a lost property report?  But no.
 2           And I know that too because I've been in that
 3   position when you lose property.  Let me tell you it's not a
 4   great -- it's not a pleasant position to be in because you
 5   are held accountable and responsible for your issued
 6   property.
 7           And Michael Daniele picked up that hat and that
 8   clip, that plastic clip, which is depicted in a photo, and
 9   retrieved it and went up to the next barricade.
10           THE COURT:  Just give me the exhibit again,
11   please, the exhibit number.
12           MR. KAPLAN:  Number 3.
13           THE COURT:  Okay.  Thank you.
14           MR. KAPLAN:  Video 3.
15           Now, Your Honor, I know, because they attempted to
16   do it after my opening statement the first day -- I don't
17   remember if it was with Captain Ortega, but let me just talk
18   about Captain Ortega.
19           Decorated.  I'm very respectful.  He's paid his
20   dues.  They brought him in here.  Looks great in that
21   uniform.  Very well-polished, very well-spoken.  You know
22   what I call him?  He is a professional witness.  That man is
23   an actor.  And he's an actor because he told us that he has
24   testified in at least 20 January 6th prosecutions.  20 -- at
25   least 20.
```

1          I can tell you, probably after three or four or

2    five or six or seven or eight or nine, and I would say that

3    by the time they paraded him in on Number 21, if it's 21,

4    man, he's got that script down.

5          And I will tell you that I know that when someone

6    can't even concede a simple fact because they are stuck on

7    their script, you know what I say?  Then all of the rest of

8    it is a bunch of nonsense.  Because I couldn't get him to

9    concede that it was Tuesday afternoon.  He wouldn't even

10   give me that.  He was so stuck on sticking to the script.

11         And I asked him:  "Do you have transcripts?"

12         "Yes, sir.

13         "When have you reviewed them?

14         "I've reviewed them."

15         He's memorized them.

16         And the questioning is orchestrated.  It's

17   scripted.  He could answer the question before they even

18   answer -- they could answer the question before they asked

19   it.

20         But he did concede certain things.  He said to us

21   he had no personal knowledge, no personal interaction with

22   Michael Daniele, wouldn't recognize him if he fell over him.

23   The only reason why he knows that's Michael Daniele is

24   through the government.  Didn't interact with him, didn't

25   meet him.  No interaction.

1          I asked him about:  "You're a commanding officer.

2   Have you spoken to your brother and sister officers?

3          "Yes, sir.

4          "In connection with what went on in January 6th?

5          "Oh, absolutely.

6          "Has anybody in your department identified or

7   brought up Michael Daniele?

8          "No, sir.

9          "You sure?

10         "Absolutely.

11         "In the course and the performance of your job,

12  do you review reports as a result of January 6th?

13         "Yes, Mr. Kaplan.

14         "In connection with those reports, was there any

15  reference or mention of Michael Daniele or an individual

16  unknown to the Capitol Police who put their boot on the gate

17  to prevent an officer from erecting it -- re-erecting it?

18         "No, Mr. Kaplan."

19         There you go.

20         He did say, and in showing him several videos,

21  that he did not see Michael Daniele in any way act

22  aggressive.

23         He also finally, after several attempts on my

24  part, he conceded the issue, Your Honor, that

25  Michael Daniele did not cause the barricade at Peace Circle

```
 1    to be dropped by that police officer.  He said that he

 2    observes and sees Mr. Daniele behind the line, away from the

 3    gate, and that the gate subsequently in time is dropped by

 4    that unknown police officer.

 5              I will also want to take an opportunity,

 6    Your Honor -- and I'm not really trying to be -- well, maybe

 7    I am -- I know that FBI agents will call someone, say, "Hey,

 8    Captain, do me a favor.  Do you know who that person is?

 9    Can you take their temperature" --

10              MS. MARTIN:  Objection.  Defense counsel is

11    testifying.  None of this came in.

12              MR. KAPLAN:  It's all right.  I'll move on,

13    Your Honor.  Thank you.

14              THE COURT:  Technically it is sustained, but okay.

15              MR. KAPLAN:  That's okay.

16              He also conceded a very important point,

17    Your Honor.

18              And if you recall at the very, very, very

19    beginning of my opening statement when the government

20    prosecutor made her opening remarks, I said to you very

21    early on within the first minute, I said -- and I talked

22    about my dad.  And I told you that I'm going to hold the

23    government to what they represented to you.  And they told

24    you -- they stood here in their opening statement and said

25    that it was Michael Daniele who was the responsible party
```

1    for the breach at the Peace Circle.  I think you'll recall

2    that because I made an issue of that.

3               And I said, "Hold me to this representation

4    by me."

5               And I said to you, "I as the defense lawyer or

6    vis-à-vis the defendant, he has no obligation whatsoever."

7               In fact, I said to you, "I don't even have to come

8    up here and make an opening statement.  I don't have to

9    cross-examine anybody.  We can just sit here like bumps on a

10   log and watch the show."  And I think you'll remember that.

11              It's interesting Captain Ortega conceded the fact

12   Michael Daniele was not responsible for the breach at

13   Peace Circle.  He recognized the fact that that breach

14   had -- happened once they started to push on those

15   barricades; and as the video depicts, they start to go over

16   and there was a separation.  That's when the breach

17   occurred.

18              He also admitted that it was the first time in me

19   showing him a video of the hat on the grounds, and it was

20   the first time that he observed Michael Daniele, the

21   defendant, actually picking it up.  Now, Your Honor, that

22   actually flies in the face of whether or not that in and of

23   itself makes sense.

24              This guy has testified in at least 20 trials.

25   I also know that he testified in the Ryan Samsel trial.  And

1    that trial is probably one of the most egregious trials, not

2    egregious in suggesting to the Court but because of the

3    conduct that was involved in that case, because that case

4    involved what we have learned is a group of agitators or

5    people that have been associated with the Proud Boys.

6            And it is hard for me to, quite frankly, believe

7    that it was Stuart Kaplan from South Florida who comes and,

8    for the first time, educates this captain that there's

9    actually a hat on the ground and it's picked up by

10   Michael Daniele.  It's hard for me to believe that that, in

11   and of itself, was honest.

12           Now, let's talk about Officer David Cruz.  And

13   I will tell you, Judge -- and I know my client and I have

14   discussed it extensively, because Mr. Daniele actually was

15   upset after David Cruz's testimony, not because he was upset

16   at what David Cruz testified to, but, as I recognized it and

17   so did Michael Daniele -- and I think you did, too --

18   David Cruz was an honest witness.  And I think he struggled

19   with toeing the party line, still being employed with the

20   Capitol Police, but, also, I think he was believable, and I

21   do believe he was credible.  He told us he also had

22   absolutely no personal interaction with Michael Daniele on

23   January 6th.

24           Now, what's different about David Cruz is,

25   Your Honor, is the very hat belonged to David Cruz.  And if

1    you watch the video -- and if you want me, I'll play it,

2    I think you've seen it many times -- David Cruz ends up in a

3    fistfight, literally struggle, wrestling at the barricades

4    at Peace Circle.  I know it because I've seen it.  He didn't

5    recall it at the time, but his hat, which is on, ends up

6    falling off and resulting in it falling on the ground.

7              And I will agree, Your Honor -- and I don't have

8    to concede anything.  But in the -- in me being honest to my

9    own fault.  I agree, to that police officer in that time and

10   space and moment and day, yeah, it was probably the least

11   important thing on his mind.  He was thinking, damn it,

12   I want to get home to my family.  I want to get out of this

13   mess.  I know that.  But the fact is, he did not even ever

14   see a video until it was me that brought it up to his

15   attention and showed him the hat on the floor.

16             Now, it took a little probing.  It took a little

17   poking.  He was reluctant.  And I don't know if it's a hat.

18   Maybe it's a hat.  I don't know what it is.  But eventually

19   if you remember, I walked up.  And I asked your permission.

20   I said, "May I approach?"  I walked up to the witness stand.

21   I stood beside him.  I did that circle thing.  And he then

22   said, "Yes, Mr. Kaplan, you're right.  It's a hat."

23             He also told us -- and this is where, again, it

24   goes back to the incompleteness of this investigation and

25   the lack of trustworthiness.  That witness was able to

1    identify everybody who was on the line that morning with him

2    when that craziness was going on.

3              David Cruz knew by name every person that was to

4    his left and to his right.  And so, Your Honor -- and

5    I don't live in make-believe land.  But I know, through

6    David Cruz, the FBI, the United States Attorney's Office

7    could have easily and readily asked them, "Who was that

8    person who was picking up the gate?"

9              And why is that important?  Because, Officer, when

10   you were attempting to pick up that gate, did you observe a

11   boot come in contact with that date?  Wouldn't we like to

12   know what that officer observed and if anything was said and

13   what that officer's impression was as to whether

14   Michael Daniele impeded, obstructed, or interfered with that

15   particular law enforcement in the performance of their job?

16   But we don't have that.

17             THE COURT:  Mr. Kaplan, I just want to let you

18   know you're at about 40 minutes now.

19             MR. KAPLAN:  I'm sorry, Your Honor.  I want to get

20   to the law, too, so please bear with me.

21             I also -- and not to belabor it.  The second

22   barricade, David Cruz admitted and conceded when that gate

23   is unhinged, when it's clearly lifted up and pulled back,

24   that is when there's a breach, and he agreed that it was not

25   Michael Daniele who caused that breach.

1    He also positively identified when Michael Daniele

2    is walking up the stairs.  And Mr. Daniele actually has the

3    hat with the Capitol Police emblem backwards, he identified

4    that as a Capitol Police officer's hat, okay?  So he

5    conceded that.

6    He, interesting, also told us, Your Honor, that he

7    did not believe, nor think, that the entire area around the

8    Capitol "was restricted space."

9    Now, I want to address that.

10    Number 1, Your Honor, is all -- and I mean all --

11    all of the demonstrative exhibits that were introduced to

12    this Court yesterday, in connection with Michael Daniele

13    being at the monument where the Trump rally was held, is

14    clearly protected speech, constitutionally under our

15    First Amendment.  There is nothing, nothing that was

16    improper on behalf of Michael Daniele in attending that

17    rally.  It doesn't matter what he was doing, it doesn't

18    matter who he was talking to.  It doesn't even matter what

19    was going on.  That wasn't a restricted area.

20    Now, you have to resolve for yourself, once

21    Michael Daniele innocently or with ignorance or by mistake

22    or just lack of knowledge bends down and picks up that hat

23    and proceeds forward into the restricted area and certainly

24    goes up to the second barricade, you then still have to

25    consider what's his intentions, because all of these crimes

1    require specific intent, meaning that he intended to disrupt

2    or be disorderly.

3            And I can tell you, Your Honor, because I,

4    unfortunately, have read too many records in January 6th

5    cases, and I will say this to you, Your Honor:  In every

6    single -- every single January 6th case, not leaving out

7    one, that led to a conviction, there was the got-you moment,

8    where there was a defining event done by that defendant that

9    you clearly knew what his intentions were.

10            And I don't mean just looking like a lost soul

11   walking around taking pictures.  No, Your Honor.  They all

12   had in-your-face, aggressive, antagonistic behavior.

13   Fingers pointed in the faces of police officers.  Screaming

14   at police officers.  Pushing police officers.  Tugging

15   police officers.  Throwing things at police officers.  It

16   was not left up to have to figure out what was in the mind

17   of that particular defendant.  It was clear and convincing.

18            Now, Your Honor, when Michael Daniele -- and I'm

19   talking about once he gets past the West Plaza -- yeah, he's

20   walking around.  At the beginning, he's standing over here.

21   He's on his cell phone.  He's distanced himself from the

22   rest of the population.  He's just a spectator.  I'm not

23   condoning, and I don't want to play Monday morning

24   quarterback, but he's there.  He's in the restricted area.

25            It's not as if every time he's moved and every

1    time the government came and showed you with a red circle,

2    "Oh, now he's over here by this, you know, scaffolding or

3    now he's over here by this wall or his gate."  No.  He's in

4    the restricted area.  He's in the restricted area, okay?

5    That's an element to be considered.

6         But now, Your Honor -- and I want to bring this

7    up.  I am telling you, Your Honor -- and you don't have to

8    take my representation this morning because I know you know

9    this for a fact:  I believe now in your district, all of

10   your judges, all of your colleagues are split down the

11   middle equally, 5-5, with respect to a restricted area as

12   defined under 1752 requires that a defendant had knowledge

13   that a Secret Service protectee was in that restricted area.

14        Now, Your Honor, I can tell you that the reason

15   why that statute was enacted is because the Secret Service,

16   the restricted areas are transient.

17        Here's by way of example.  Vice President Pence

18   wants to go to a public library.  The Secret Service

19   advances their team and sets up the public library in

20   anticipation of his arrival.

21        There's a construction worker that happens to be

22   there and happens to walk through the restricted area when

23   Vice President Pence hasn't even arrived.  He's not there.

24   And the construction worker has no idea that the

25   Vice President is coming to the public library.  Do you

1    think they charge him under 1752?  No.  At best, maybe a

2    trespass.  You are required to know at the time that either

3    he's going to be there or is there.

4         And Congress set out and defined it, that this

5    restricted area requires a Secret Service protectee.  And

6    why did they do that, Your Honor?  It is because they wanted

7    to elevate the accountability for someone who may threaten

8    or target that type of individual because of the position

9    they hold within the government.

10        Your Honor, the fact that your colleagues are

11   split down the middle, not 10 saying, "Nope, doesn't matter,

12   restricted area is per se.  Doesn't matter if it's Secret

13   Service protectee and it's just one lone wolf," because

14   Ms. Martin only brought up the attention of Judge Nichols.

15   I can tell you, and you don't have to take my representation

16   because I want you know this.  There are equally as many

17   judges for it as there are against it.

18        Your Honor, I am begging you, because I know that

19   it takes judicial temperament to do what I'm going to ask

20   you to do.  You are -- or you must resist the temptation of

21   convicting a defendant in a potential where the law is

22   unsettled.

23        And why do I say that?  Because there's absolutely

24   no way that even if the appellate courts come back and

25   reverse these judges who believe that a restricted area does

```
 1    not require a defendant to have the knowledge, the damage is

 2    done.  You cannot in any way rehabilitate an individual who

 3    now is convicted and is sentenced.  It is impossible.

 4              And for any person to say, "Oh, I'm just going to

 5    roll the dice," no, Your Honor.  We are better than that.

 6    We are the United States of America.  This defendant is

 7    entitled to be presumed not guilty until such time as

 8    there's a verdict.

 9              But if there's an unsettled area, don't you think

10    that he's entitled to the light most favorable to him?  Not

11    to the government?  They're not going to go to jail.

12    They're not going to have the banishment and the character

13    assassination and all the civil rights that you lose and all

14    the things that happen when you're convicted.  That only

15    happens to Michael Daniele.

16              THE COURT:  Right.

17              Mr. Kaplan, I'm going to now tell you it's been

18    50 minutes.  And I understand the importance of all of this,

19    I really do.  But you also understand that you're in front

20    of a judge here.  A lot of what you're now saying you could

21    never say to a jury.

22              So let's focus on what really matters.  I'm going

23    to give you 10 more minutes, and I'm going to cut you off,

24    okay?

25              I've given you 50 minutes.  You told me you
```

1    needed 32.

2          MR. KAPLAN:  I'm sorry, Your Honor.  Listen,

3    I apologize.

4          THE COURT:  I know.  But I'm going to give you

5    10 more minutes.

6          MR. KAPLAN:  I understand.

7          THE COURT:  So get to what you need to get

8    to, please.

9          MR. KAPLAN:  Your Honor, I will just say this, and

10   I'll go quickly.

11         As far as Count 1 and Count 2, in my opinion,

12   there is no basis.  There is no evidence whatsoever.

13   There's no credible evidence.  There's absolutely reasonable

14   doubt here, and this Court cannot find Mr. Daniele guilty of

15   Counts 1 and 2.

16         As to Count 3, 4, and 5, which define a restricted

17   area, with respect to having the requirement of knowingly,

18   that you have to have knowledge that a Secret Service

19   protectee, obviously you understand what my position is, and

20   you certainly understand where at least half your colleagues

21   are in connection with that.

22         And I would ask you that, in the abundance of just

23   understanding the power that has been entrusted in you, the

24   power that is vested in you, which requires empathy and

25   sympathy and judicial temperament, that the benefit -- and

1    you had said it several times, and just not to belabor it,

2    even during our pretrial telephone conversation, you brought

3    up that it's unsettled and probably the appeals court will

4    resolve it.  But that ain't going to happen today.  And

5    I would ask you, that benefit, that unsettlement needs to be

6    in the favor of this defendant.

7         I can also tell you, Your Honor -- and I'm just

8    going to speak across the board because I know Your Honor

9    has enough to consider -- Mr. Daniele was in the Capitol.

10   He was on the Capitol Grounds.  There's no evidence

11   whatsoever that he was disruptive or misbehaved.

12        By way of example, and I think you know, there's

13   no disputing he got pepper-sprayed or OC-sprayed or whatever

14   you want to call it, some irritant in his eyes, and he went

15   into the Capitol Building.  The door was open.  He didn't

16   break the door down.  He wasn't responsible for breaking the

17   window.  He went in there.

18        And I will tell you, Your Honor, and something for

19   you to strongly consider, there's no video whatsoever,

20   because the government certainly would have provided and

21   presented it to you, that if, in fact, there was any law

22   enforcement presence in that space where Michael Daniele was

23   walking around, they would have shown you, but there was

24   none.  And Michael Daniele testified yesterday that, in

25   fact, he just walked up through the door.  There were no

1    cops there, and he walked around looking for a bathroom.

2                Now, Your Honor, again, truth -- you know, I'm

3    honest to my own fault.  I can't explain why someone who's

4    got irritant in their eyes would have the time to take

5    selfies or pictures, but it's done.  It looks kind of

6    foolish and stupid.  But, again, not disruptive, not

7    aggressive.  No one is there.

8                And I'm not -- you know, you're scratching your

9    head.  But the bottom line is if there's any truth to be

10   considered, it's when Michael Daniele is walking around and

11   he jumps up.  He's trying to jump up and look over the crowd

12   because he's honestly looking for a bathroom.  And he can't

13   find a bathroom.  Because he wants to wash his eyes out.

14               The bottom line is, inside that building, he does

15   not in any way confront or interfere or obstruct or impede

16   any law enforcement officers whatsoever.  Yes, he's

17   meandering around, hopelessly looking around.  He's in there

18   for 6 minutes and 47 seconds.  As quickly as he goes in, he

19   walks out.  And then we learned he went back to the bus.

20               I say also the same is true also when the videos

21   are showed or the pictures are showed of him on the grounds

22   of the Capitol, in particular when he's bunched up

23   underneath the scaffolding with hundreds of other people.

24   Your Honor, he's not trying to breach any door.  He's not

25   trying to breach any space.  He has tried to find a place of

1   refuge to protect himself from paintballs, nonlethal force

2   that clearly was being utilized during that time.  And so to

3   me, again, he's not interfering.  He's not obstructing.

4   He's not interfering.

5          Now, the government's theory is, just by his mere

6   presence.  And I would say to you, Your Honor, that that is

7   not sufficient:  His mere presence.  He's a trespasser at

8   best.  But to suggest that this is the type of crime that

9   was contemplated under 1752(a) or (1) is not there.  I also

10  will say is -- and as I called to your attention, ignorance,

11  mistake, is, in fact, something that have to be considered.

12         Again, Your Honor, I will just leave you with this

13  and close with you:  I do believe there's more than

14  reasonable doubt to convict Michael Daniele.  I also think

15  that it is incumbent upon this Court that the incompleteness

16  of this investigation that I think could have provided, in

17  my opinion, exculpatory evidence, *Brady* evidence, was not

18  put forth by design, and it has put us, to some extent, at a

19  huge disadvantage.

20         But most importantly, because you have to consider

21  what's before you, the evidence is not there to convict

22  Michael Daniele of Count 1, Count 2, Count 3, Count 4,

23  Count 5, and Count 6 of the Indictment, and I would ask that

24  you render a verdict of not guilty.

25         I thank you.

1          THE COURT:  All right.  Thank you, Mr. Kaplan.

2     Appreciate your presentation.

3          All right.  Let's go ahead and just take

4     15 minutes before we hear from government's rebuttal.

5     So let's resume at 5 after 11:00.

6          Thank you, all.

7          COURTROOM DEPUTY:  All rise.

8          This Court is now in recess until 11:05.

9          (Recess from 10:51 a.m. to 11:06 a.m.)

10          THE COURT:  Thank you.  Please be seated,

11     everyone.

12          All right.  Does the government wish to present

13     a rebuttal?

14          MS. JACKSON:  Yes, Your Honor.

15          THE COURT:  Okay, Ms. Jackson.

16          MS. JACKSON:  I will be as quick as I can,

17     Your Honor.

18          Your Honor, the defendant talks about

19     trustworthiness.  So let's talk about his trustworthiness.

20          Mr. Daniele has said enough false and misleading

21     things that it's hard to trust any of his self-serving

22     explanations at this point.

23          He told the FBI that the barricades were all

24     pushed to the side and that police were just standing around

25     and that the broken windows were just "open."  And then he

1    admitted that he misled the FBI.

2            And now that he's had time to look at the

3    evidence, he's telling a different story.  But that story is

4    not true either.

5            He claims that he had no idea what was going on at

6    the Capitol, that he didn't grab the barricades, except he

7    admitted to grabbing him -- grabbing them.  And here today,

8    through his counsel, the defense has misrepresented the

9    facts, testimony, and the law.

10           To find the defendant credible, the Court would

11   have to believe that the defendant was blind to what was in

12   front of him and deaf to what went on around him but was the

13   only person to seize on the importance of a ball cap that

14   the defendant would have -- that the defendant would have

15   left, that he stayed; he didn't grab, but he grabbed

16   barricades; that he flipped off the crowd while facing the

17   police; and that in desperate need of a bathroom, he took

18   time for photos.

19           Preliminarily, the defense is wrong when they

20   suggest that the government was hiding the fact of the hat

21   from this Court or the defendant, that by not interviewing

22   every single rally attendee or police officer, the

23   government has hidden something.

24           In point of fact, Officer Cruz testified about the

25   hat on direct, and the defendant had a chance to conduct a

1    fulsome cross-examination.  But the hat is unnecessary when

2    the evidence speaks for itself.  The hat was not the

3    government's focus, because the idea that this former police

4    officer broke through multiple police lines to return a

5    baseball cap in the middle of a riot is incredible,

6    literally not credible.

7         The defendant would have you believe that he, a

8    former state trooper trained in riot control, ran on to

9    Capitol Grounds knowing they were restricted, had to go over

10   the first set of fallen barricades, moving snow fencing that

11   got in his way; after having seen people punch the police,

12   he ran past multiple signs indicating that the area was

13   closed.

14        He saw the panic of the police and the violence of

15   the crowd.  And if you believe him, he put himself in harm's

16   way as another rioter grabbed barricade and he himself

17   grabbed the barricade and passed it back, all, according to

18   the defendant, to return a baseball cap that he acknowledged

19   he would not have cared about in the same situation.

20        And the other reason you know that that story is

21   false is because, after he accomplished his supposed

22   admission, he didn't leave, he stayed, and I'll talk about

23   that in a minute.

24        Mr. Daniele's actions are utterly inconsistent

25   with someone who respected Capitol Police as much as he

1    claims.  He yelled and pointed at the police.  He gave the

2    police the middle finger, except then it wasn't the police

3    he was flipping off, but the establishment.  And then it

4    wasn't the establishment but the "waste of money and funds."

5    And he was giving the middle finish to the fact that the

6    police were outnumbered by the rioters while facing the

7    police.  The defendant hangs his entire hat on a distraction

8    to somehow excuse this behavior.

9         And he started his day arriving in Washington,

10   D.C., on January 6th to attend a rally that he knew was

11   going to happen because he had paid attention to the news

12   and to what Trump had been saying.  And he had been

13   following the election and he cared enough about what was

14   going on to travel from out of state.

15        But, according to the defendant, he had no idea

16   what Vice President Pence's role was, not even when he was

17   at a rally surrounded by people who could hear perfectly

18   fine, who are seen on video reacting to President Trump's

19   words and repeating President Trump's words when

20   President Trump mentioned Vice President Pence several

21   times, a crowd that Mr. Daniele then addressed when he

22   grabbed a megaphone and told people to go to the Capitol,

23   and yet, according to the defendant, he had no idea what was

24   going on there.

25        And then he himself went to the Capitol before

1    President Trump's speech was even over.  And he didn't just

2    follow the crowd, but he was at the front, and yet,

3    according to the defendant, he had no idea what was going

4    on there.

5            And then Mr. Daniele insists that he wasn't at the

6    front of the line and he wasn't responsible for the breach;

7    that he was always several feet back, if not several yards

8    back.

9            And even if that were true, which it's not, it

10   wouldn't matter.  The defense mischaracterizes the testimony

11   of both U.S. Capitol Police witnesses.  Both Captain Ortega

12   and Officer Cruz testified that the breach was ongoing so

13   long as people were still streaming through the broken line.

14   And, in fact, Mr. Daniele was at the front of that group

15   with thousands of people behind him, as the evidence shows.

16           And the defense has suggested that Mr. Daniele was

17   pushed on to the barricades at the Peace Circle by a man

18   moving to his right.  But despite their claims, the defense

19   has not pointed to a single piece of video evidence that

20   shows this push.  Instead, they rely on photos taken out of

21   time and out of context, when the video of the push shows

22   that no one was next to Mr. Daniele when he stepped on the

23   barricade.

24           As Agent Semmel indicated in the interview after

25   arrest, Mr. Daniele approached "on his own without anyone

1    pushing him."  And that is true.  Mr. Daniele acted of his

2    own volition.

3            And yet Mr. Daniele claims that he stayed away

4    from all the activity.  But that's not true either.

5    Evidence shows that Mr. Daniele repeatedly inserted himself

6    into the riot.

7            He inserted himself at the Peace Circle when he

8    came up to the front of the line and stepped on the bike

9    rack as police fought to re-erect that bike rack and

10   re-establish control.

11           And then he inserted himself again at the west

12   front when he moved the barricade out of reach of the police

13   and walked up and down in front of the police line, yelling

14   and raising the middle finger.

15           And then he inserted himself again at the west

16   front by pushing his way through the crowd from the south

17   scaffolding to the north scaffolding, blaming the police's

18   less-than-lethal tactics for the violence of an

19   already-violent riot.

20           And he inserted himself again in the north

21   scaffolding, climbing to the Upper West Terrace.

22           And he inserted himself into the Capitol Building.

23           The defense's theory does not make sense.  None of

24   it is reasonable.  None of it is supported by the evidence.

25   The evidence shows that Mr. Daniele was following the

1    election, listening to the news, listening to what

2    President Trump was saying leading up to January 6th; that

3    Mr. Daniele went to the Stop the Steal rally where he was a

4    member of the crowd that could hear President Trump talk

5    with President Trump's voice amplified about the

6    certification at the Capitol and Vice President Pence's role

7    in the certification.  And then Mr. Daniele himself grabbed

8    a megaphone and told the crowd to go to the Capitol.

9           And after President Trump told the crowd to walk

10   to the Capitol, Mr. Daniele did just that before

11   President Trump had even finished speaking.  Daniele --

12   Mr. Daniele made his way to the Peace Circle, placing

13   himself at the front of the line.  And as others in the

14   crowd threw punches, Mr. Daniele stepped on a barricade as

15   an officer tried to lift it back into place, interfering

16   with that officer's official duty.

17          And then Mr. Daniele stepped over that barricade,

18   crossing onto restricted grounds, ran to the next set of

19   barricades, and lifted them up and out of reach of the

20   police.  And he carried with him a hat, a Band-Aid on a

21   bullet hole.

22          And then he stayed.  Despite having multiple

23   opportunities to leave, he stayed and repeatedly inserted

24   himself into the heart of the riot, posing a continuous

25   threat to the police, the Congress members and their staff,

1    and the United States Government.  Despite being exposed to

2    OC spray and having to wash his eyes out with a water

3    bottle, he stayed to climb the scaffolding and entered the

4    Capitol Building, where, again, he stayed for a photo op.

5    The rest is manufactured outrage to deflect from the fact

6    that the evidence proves all the evidence of all the counts

7    beyond a reasonable doubt.

8           And when all is said and done, Mr. Michael Daniele

9    is not embarrassed about his role on January 6th.  He's not

10   ashamed.  He's not remorseful.  He's inconvenienced.

11   He said it himself.  January 6th "ruined a lot of stuff" for

12   him.  And on that we can agree.

13          Just ask Captain Ortega, who's had to relive the

14   day over and over again because of the sheer number of

15   rioters like Mr. Daniele who stormed the Capitol that day.

16   To call Captain Ortega an actor is an insult to the entirety

17   of the U.S. Capitol Police force and what they sacrificed on

18   January 6th.

19          Mr. Daniele joined with thousands of others to

20   enact a riot against the U.S. Capitol.  Through his actions,

21   the Capitol Grounds were breached, a riotous mob descended

22   on the Capitol, and the Capitol Building was infiltrated.

23   Mr. Daniele will blame everyone but himself for his own

24   actions.  And we ask you to hold the defendant responsible

25   for his actions and return a verdict of guilty on

1    all counts.

2              Thank you.

3              THE COURT:  All right.  Ms. Jackson, thank you.

4              All right.  So with that, our trial has concluded.

5    Why don't you all -- why don't you all come back at 3:00.

6    I think we'll be in a position to deliver a verdict at that

7    point.

8              MS. MARTIN:  Apologies, Your Honor.  I'm going on

9    week 3 of trial, and I think my body is giving out and

10   I'm not feeling well.  So if it's okay, Ms. Jackson will be

11   present for the government at 3:00.

12             THE COURT:  Not a problem.  Not a problem.

13             Okay.  Do I have the defense -- do I have a thumb

14   drive or some other kind of storage device with your

15   exhibits?

16             MR. KAPLAN:  We can give that to you, yes.

17             I believe there's also a notebook that was given

18   with the picture.

19             THE COURT:  Right.  But I need the videos.

20             MR. KAPLAN:  Yes, we have a thumb drive.

21             THE COURT:  Okay.  Great.

22             So if you would just hand that up -- or, actually,

23   just provide that to Mr. Burton here -- or do you have it --

24             (Pause)

25             THE COURT:  Just provide to Mr. Burton and then

```
1    he'll bring it back to me.
2              Thanks, everyone.
3              COURTROOM DEPUTY:  All rise.
4              This Court is now in recess.
5              (Recess from 11:19 a.m. to 4:28 p.m.)
6              COURTROOM DEPUTY:  Your Honor, we're now calling
7    for the record Criminal Action 23-143, United States of
8    America versus Michael Daniele.
9              And present on behalf of the defense we have the
10   defendant, as well as Stuart Kaplan.
11             For the government, we have Ms. Caroline Jackson.
12             THE COURT:  All right.  Good afternoon again,
13   everyone.  Apologies for taking so long.  I wanted to --
14   between a few tech issues, I wanted to make sure I got
15   through all of evidence.  It took a little longer than I
16   anticipated.
17             So unless there's anything either side wishes to
18   discuss, let me go ahead and deliver the verdict here.
19             So the government's accused Michael Daniele of
20   offenses relating to the events of January 6th of 2021 at
21   the United States Capitol Building.
22             Mr. Daniele is charged with six offenses:
23             Count 1 for obstructing officers during a civil
24   disorder at the Peace Circle;
25             Count 2 for obstructing officers during a civil
```

1    disorder at the Lower West Terrace;

2              Count 3 for entering and remaining in a restricted

3    building or grounds;

4              Count 4, disorderly and disruptive conduct in a

5    restricted building or grounds;

6              Count 5, disorderly conduct in a Capitol Building.

7              And Count 6, parading, demonstrating, or picketing

8    in a Capitol Building.

9              Let me begin by making the following findings.

10             Prior to January 6th and on the day itself and

11   according to the testimony of inspector Lanelle Hawa of the

12   U.S. Secret Service, whose testimony from a prior trial was

13   admitted into evidence, U.S. Capitol Police had established

14   a security perimeter for the certification of the

15   Electoral College vote.

16             According to Captain Ronald Ortega, the security

17   perimeter was visible and established with bike racks,

18   snow fencing, and "Area Closed" signs affixed to the bike

19   racks and snow fencing.  This fact was confirmed by multiple

20   exhibits.

21             Captain Ortega testified that no demonstrations

22   were authorized within the secure perimeter.  The building

23   itself was closed to the public.

24             Vice President Pence came to the U.S. Capitol that

25   day to preside over a joint session of Congress to certify

1    the Electoral College votes.  He and his family, who are

2    protectees of the U.S. Secret Service, arrived at the

3    U.S. Capitol at 12:30 p.m.  The joint session began at

4    12:59 p.m. in the House Chamber.

5            After an objection was lodged to the first state's

6    electoral votes, the houses split and retired to their

7    respective chambers.  Vice President Pence briefly presided

8    over the Senate debate and then went to his office.

9            Inspector Hawa testified that sometime after

10   1:15 p.m., she began to hear radio transmissions indicating

11   large crowds were gathered outside the Capitol Building.

12   Eventually, she learned that the building had been breached.

13           The decision was then made to move the

14   Vice President and his family to a secure location.  That

15   occurred at approximately 2:25 p.m.  According to Inspector

16   Hawa, the Vice President remained in the secure location

17   until later that evening for approximately five hours.

18   Inspector Hawa testified it was not advisable to bring the

19   Vice President back to either the House or Senate chambers

20   until the building had been cleared.

21           Video evidence showed that the first breach of the

22   Capitol Building itself took places at 2:13 p.m. through the

23   Senate Wing doors.  At about the same time, the Senate

24   recessed, and the House initially recessed at 2:18 p.m. and

25   then resumed at 2:26 p.m.  It recessed again at 2:29 p.m.

1    The certification proceedings resumed sometime after

2    8:00 p.m.

3            Mr. Daniele left his home in New Jersey for

4    Washington, D.C., on the morning of January 6 to attend the

5    Stop the Steal event.

6            Upon arriving in D.C., Mr. Daniele, dressed in a

7    dark jacket and blue jeans, proceeded to the Mall in the

8    area relatively close to the Washington Monument.  There,

9    video evidence and his own testimony established that

10   Mr. Daniele was present for a portion of President Trump's

11   speech at the Ellipse.  Video evidence showed that

12   President Trump's voice could be heard from Mr. Daniele's

13   location on the Mall, but Mr. Daniele disputed that he was

14   able to hear what the President was saying.

15           Mr. Daniele left the Mall before President Trump's

16   speech ended.  At the first -- at first, he could be seen in

17   front of the reflecting pool on the west side of the

18   Capitol, and eventually he made his way to the Peace Circle.

19   There, Mr. Daniele, with a large and growing crowd of

20   people, encountered a line of bike racks and snow fencing,

21   behind which are a group or were a group of U.S. Capitol

22   Police officers who were guarding the Pennsylvania Avenue

23   walkway.  At least one "Area Closed" sign appeared on the

24   bike racks.  This was around 12:50 p.m.

25           Within about five minutes, mayhem broke out.

1    A number of individuals, none of whom are Mr. Daniele, began

2    to confront the line of officers, eventually pushing and

3    pulling back on the bike racks.  Eventually the bike racks

4    were pushed down and the individuals started to come across

5    the barrier.  At this point, Mr. Daniele remained behind the

6    bike racks.  If one were facing the Capitol at this point,

7    Mr. Daniele is at the far right of the group.

8         During the struggle, officers attempted to stand

9    the bike racks back up.  The officer in front of Mr. Daniele

10   attempted to raise the bike rack in front of him.  As he did

11   so, Mr. Daniele's right foot, wearing a tan boot, can be

12   seen making contact with the bike rack.  His foot comes off

13   the rack almost immediately, and the officer is able to

14   continue lifting the bike rack.  It appears that a second or

15   so later, Mr. Daniele's boot is a few feet back from the

16   police line.  The crowd, nevertheless, remained defiant and

17   rowdy.  Eventually, the officers dropped the bike racks to

18   the ground.

19        At this point, the snow fencing had separated from

20   the bike rack.  What appears to happen at this point is that

21   Mr. Daniele reaches down and pulls back the snow fencing to

22   move it out of his way.  As the crowd appears -- excuse

23   me -- begins to move forward, Mr. Daniele does so too.  He

24   steps on to the bike rack, which is now flat on the ground.

25        Once he is on the other side of the bike rack,

1    Mr. Daniele bends down to pick up at least a baseball cap

2    that has fallen from an officer's head.  That hat turned out

3    to belong to Officer Cruz.  After picking up the hat,

4    Mr. Daniele walked up the stairs and then began a brisk walk

5    or jog towards the Capitol Building, specifically the Lower

6    West Terrace.  And as he made his way up the walkway, he

7    passed through another bike rack -- set of bike rack

8    barriers which had opened up.

9          Mr. Daniele had arrived at the Lower West Terrace

10   shortly afterwards with ball cap in hand.  There, he

11   encountered another bike rack barrier with officers behind

12   it.  As he approached the bike rack, Mr. Daniele extended

13   his arms toward one of the officers to offer the cap to the

14   officer, who accepted it.

15         At about the same time, another person who was to

16   the left of Mr. Daniele lifted up on one of the bike racks

17   and unhooked it from the other.  That same person began to

18   drag the bike rack back, and the rack is -- in that time is

19   being opened back into -- being pushed back into

20   Mr. Daniele.  Mr. Daniele grabbed ahold of the bike rack and

21   pushed it to the side.  As the bike rack was dragged back,

22   the person behind Mr. Daniele jumped on to a concrete ledge.

23         At some point, not clear how long after,

24   Mr. Daniele moved forward; that is, beyond where the bike

25   rack barrier once stood.  He can be seen in one of the

1    government's exhibits moving north across the Lower West

2    Terrace.  He eventually ended up standing atop a ledge

3    looking southward into the Lower West Terrace, where

4    officers were lined up keeping the crowd at bay.

5            At one point, Mr. Daniele is looking toward the

6    Capitol and cups his mouth to his hand and appears to yell

7    something in the direction of the Capitol Building, where

8    officers can be seen crossing on the Upper West Terrace.

9    I do not know, of course, what he said.

10           Soon afterwards, the crowd surged forward towards

11   the Upper West Terrace.  Mr. Daniele evidently did so too,

12   because later, although not clear how long, he can be seen

13   in the front of a line of officers on the Lower West

14   Terrace, both mouthing something and pointing at them with

15   both forefingers.  Again, we do not know what he said, but

16   from his body language, he was not paying them a compliment,

17   it appears.

18           Later in the same video, he can be seen pacing and

19   cupping his mouth and seemingly yelling in the direction of

20   the police.  Again, we don't know what he said, but he did

21   not appear to be shouting encouragement.  When this is

22   occurring, he appears to be no more than 15 feet from the

23   line of officers.

24           Around this same time, Mr. Daniele is within feet

25   of a line of officers.  He can be seen with his arms raised

1    and middle fingers extended in the direction of the

2    Capitol Building.

3         Mr. Daniele testified that he was flipping the

4    bird or that his flipping of the bird was directed to the

5    "establishment," because the police were outnumbered, and

6    also, in his mind, there was wasteful spending of money.

7         Eventually, Mr. Daniele made his way back to the

8    south end of the Lower West Terrace, away from the crowd,

9    but positioned between two bike rack barriers.  He may have

10   hopped a fence on the way to get there.  It's not exactly

11   clear the timing of it all, but it may have been that he

12   hopped a fence to get to that part of the

13   Lower West Terrace.  There he can be seen on his cell phone,

14   and in the immediate vicinity are two officers behind

15   barriers.

16        Later, Mr. Daniele made his way back across the

17   Lower West Terrace toward the north end.  He ended up in

18   front of the scaffolding on the north side, in front of the

19   entry door to that scaffolding.

20        Initially, the crowd is being held back by the

21   police, but eventually the crowd surges forward.

22   Mr. Daniele is part of the group.

23        As the group moves forward, so does he.  The video

24   evidence shows Mr. Daniele appearing to shout as he is

25   moving forward with the group.  Again, we don't know what

1    his words were; but, nevertheless, he remains in the crush

2    of people as they move underneath the scaffolding.

3            According to Mr. Daniele, while he was underneath

4    the scaffolding, he was hit with pepper spray in the face.

5    That did cause him to come out from underneath the

6    scaffolding.  It appears that he did so around the time a

7    line of MPD riot officers arrived at the Capitol.

8    Mr. Daniele is near those officers.  He evidently is having

9    trouble seeing, based upon the video evidence, and is

10   clearly affected by the pepper spray and, in fact, appears

11   to take some water to clean his eyes out.

12           He then appears to climb the stairs that are next

13   to the scaffolding, and then, in fact, ducks underneath the

14   scaffolding and makes his way to the Upper West Terrace,

15   where initially he can be seen walking away from the

16   Senate Wing doors.

17           Eventually, Mr. Daniele does find the Senate Wing

18   doors, and he enters them at approximately 2:19 p.m.

19   Approximately -- this is approximately 19 -- 90 minutes,

20   excuse me, after Mr. Daniele has arrived at the bike racks

21   at the Peace Circle.

22           Mr. Daniele walks in through the Senate Wing doors

23   with phone in hand.  He immediately looks down, turns to his

24   right, and he sees a man jump through the broken window.  He

25   takes a photograph of that broken window.  At the time, he

1    does not appear to be in any distress.  At no point, for

2    example, does he wipe his eyes or reach for his eyes.  There

3    are at the time no police officers in the hallway as he has

4    entered in -- when he enters into the Senate Wing doors --

5    through the Senate Wing doors.

6            Mr. Daniele then walks down the hallway toward the

7    Crypt.  Before he gets there, he hands his phone to someone

8    and has his photo taken of him with his arms extended.  He

9    then enters the Crypt at around 2:22 p.m.  He walks around

10   for a bit, appears to take some photos and, again, during

11   this time, does not appear to be in distress.  At some point

12   he can be seen jumping as if to look over the crowd.  He

13   then turns around and walks out of the Crypt two minutes

14   later at 2:24 p.m.  He walks back down the hall and leaves

15   through the Senate Wing doors.  After exiting the Capitol,

16   according to Mr. Daniele, he headed back to the bus, and

17   then returned home.

18           Following January 6th, Mr. Daniele was interviewed

19   by the FBI but not arrested on that date.  He was not

20   arrested until February 20th of 2023.  And following his

21   arrest, Mr. Daniele gave a recorded custodial interview.

22           Counts 1 and 2 of the Indictment charge

23   Mr. Daniele with obstructing officers during a civil

24   disorder, in violation of 18 U.S.C. 23 -- 231(a)(3).

25           Count 1 charges that the obstructive act occurred

1    near the Peace Circle.  A government-filed bill of

2    particulars indicates that the conduct at issue was stepping

3    on a bike rack as an officer attempted to bring it back

4    upright.

5             Count 2 charges that the obstructive act occurred

6    near the Lower West Terrace.  The government-filed bill of

7    particulars indicates that the conduct at issue was pulling

8    back a bike rack, which ended up on the ground.

9             In order to find the defendant guilty of these

10   offenses, I must find that the government proved each of the

11   following elements beyond a reasonable doubt:

12            First, the defendant knowingly committed or

13   attempted to commit an act with the intended purpose of

14   obstructing, impeding, or interfering with law enforcement

15   officers;

16            Second, at the time of the defendant's actual or

17   attempted act, the law enforcement officers were engaged in

18   the lawful performance of their official duties incident to

19   and during a civil disorder;

20            And, three, that the civil disorder in any way or

21   degree obstructed, delayed, or adversely affected commerce

22   or the movement of any article or commodity in commerce or

23   the conduct or performance of any federally protected

24   function.

25            There's no dispute here as to elements 1 and 2.

1    At the time in question, law enforcement officers were

2    engaged in unlawful performance of their official duties

3    incident to and during a civil disorder, and the civil

4    disorder obstructed, delayed, or adversely affected commerce

5    or the movement of any article or commodity in commerce --

6    and that's evidenced by the Safeway Store information -- or

7    affected the conduct or performance of any federally

8    protected function, and it did, and that would be the duties

9    of the Secret Service.

10        At issue is whether Mr. Daniele knowingly stepped

11    on the first bike rack and knowingly pulled back on the

12    second bike rack as opposed to with ignorance, mistake, or

13    accident, and whether he had the requisite intent when he

14    performed those acts.

15        As to Count 1, I cannot find beyond a reasonable

16    doubt that Mr. Daniele acted with the intended purpose of

17    obstructing, impeding, or interfering with law enforcement

18    officers when he placed his foot on the bike rack.  The

19    evidence showed that Mr. Daniele had his foot on the bike

20    rack only momentarily.  The officer was able to continue

21    raising the bike racks, suggesting that Mr. Daniele was not

22    stepping on the bike rack with much force.

23        Mr. Daniele then stepped away from the line and

24    moved forward only after the officers dropped the bike rack

25    barriers to fall back to the Lower West Terrace.  During

1    this time, there was no evidence that Mr. Daniele said

2    anything to an officer or any -- to any officer,

3    participated in any chanting, or took any other action

4    suggesting that his intent at the time was to interfere with

5    the officer's performance of his duties.

6           As to Count 2, I likewise find that I cannot find

7    by a reasonable doubt -- I do not find beyond a reasonable

8    doubt that Mr. Daniele acted with the intended purpose of

9    obstructing, impeding, or interfering with law enforcement

10   officers when he took hold of the bike rack and pushed it

11   out of the way and to the ground.

12          The evidence is undisputed that another person

13   lifted a different segment of the bike rack barrier and

14   pulled back on it just as Mr. Daniele was reaching out his

15   hand to offer an officer the baseball cap that he had picked

16   up.  The bike rack barrier moved toward Mr. Daniele.  It

17   would have been perfectly natural for him to grab the bike

18   rack and move it out of the way to protect himself.

19          The bike rack posed some danger, as evidenced by

20   the person behind Mr. Daniele jumping onto the ledge to

21   avoid being hit.  Also, Mr. Daniele does not do anything

22   immediately after to impede any officer.  He stands in the

23   same location for some period of time.

24          The government has argued as to both Counts 1

25   and 2 that Mr. Daniele's intent can be inferred not only

1    from the acts captured on video but also the inconsistencies

2    between his post-arrest statements to the FBI and the video

3    evidence.

4         To be sure, Mr. Daniele said things to the FBI

5    that were not accurate, just as he had not -- such as that

6    he had not touched a barricade or been near the front of any

7    police lines.  Those statements were just wrong.  That can

8    be attributed, however, to the passage of time -- and it had

9    been about two years -- and perhaps Mr. Daniele having

10   convinced himself of the innocence of his actions as opposed

11   to knowingly making false statements.

12        Count 3 of the Indictment charges Mr. Daniele with

13   entering or remaining in a restricted building or grounds,

14   in violation of 18 United States Code 1752(a)(1).

15        In order to find the defendant guilty of this

16   offense, I must find that the government proved each of the

17   following two offenses beyond a reasonable doubt.

18        First, the defendant entered or remained in a

19   restricted building or grounds without lawful authority to

20   do so; and, second, that the defendant did so knowingly.

21        There's no dispute here that Mr. Daniele entered

22   or remained in a restricted building or grounds without

23   lawful authority to do so.

24        As Inspector Hawa and Captain Ortega testified,

25   there was a restricted perimeter set up for January the 6th,

 1    and Mr. Daniele was not supposed to be inside of it.

 2            Mr. Daniele also knew that he was without lawful

 3    authority to be within that restricted perimeter.  He

 4    admitted as much on the witness stand, stating that he

 5    understood that he was not permitted to be on

 6    Capitol Grounds beyond the bike racks.

 7            Even without this testimony, there was ample basis

 8    to find that he had the requisite knowledge.  There were not

 9    only visible signs and bike racks, but everything

10    Mr. Daniele witnessed that day should have been a clear

11    indication that he was not permitted on Capitol Grounds:

12    The police lines, the use of less-than-lethal crowd

13    dispersal measures, the LRAD, and much, much more.

14            Mr. Daniele's defense turns on the legal question

15    of whether he had -- whether he had to possess knowledge why

16    the grounds were restricted that day; namely, that he, in

17    fact, knew that Vice President Pence or his family were or

18    would be at the Capitol that day.

19            As defense counsel has noted, there is a split

20    among the judges in this district about whether the

21    government must prove knowledge of the Vice President's

22    presence, and that matter is presently pending before the

23    D.C. Circuit.

24            I'm of the view that the government is not

25    required to prove such knowledge beyond a reasonable doubt.

1    I agree with my colleagues who have concluded that the

2    Vice President's presence is a jurisdictional fact, not an

3    element of the offense for which knowledge must be proven.

4    I agree with the reasoning of Judge Howell in her written

5    decision in *United States versus Carnell*, 23-cr-139, and

6    Judge Moss in his oral ruling in *United States versus Smith*,

7    23-cr-71.  I respectfully disagree with my colleagues who

8    have come to the opposite conclusion.

9         Let me add that, to the extent that defense

10   counsel has suggested I should acquit Mr. Daniele because

11   the issue -- that is, the legal issue -- is unresolved and

12   was not resolved prior to January 6 and remains unresolved

13   today, that is not a proper grounds for an acquittal,

14   because doing so -- a proper grounds for acquittal, because

15   proof of the actual elements of the crime have been

16   satisfied beyond a reasonable doubt.

17        Count 4 of the Indictment charges Mr. Daniele with

18   disorderly or disruptive conduct in a restricted building or

19   grounds, in violation of 18 United States Code 1752(a)(2).

20        To find Mr. Daniele guilty of this offense, I must

21   find the government proved each of the following three

22   elements beyond a reasonable doubt:

23        First, that he engaged in disorderly or disruptive

24   conduct in or in proximity to any restricted building or

25   grounds;

1          Second, that he did so knowingly and with the

2    intent to impede or disrupt the orderly conduct of

3    government business or official functions;

4          Third, that his conduct occurred when or so that

5    his conduct, in fact, impeded or disrupted the orderly

6    conduct of government business or official functions.

7          Mr. Daniele's presence on the grounds and inside

8    the building and presence on the grounds for up to two hours

9    was disorderly and disruptive.

10         Let me read from the D.C. Circuit's holding in

11   *United States versus Alford*, 89 F.4th 943, 946 from 2024.

12   There, the Court wrote the following:

13         The trial evidence indicated that during Alford's

14   brief time within the Capitol, he was neither violent nor

15   destructive.  Nevertheless, we affirm his convictions

16   because a jury could rationally find that his unauthorized

17   presence in the Capitol as part of an unruly mob contributed

18   to the disruption of the Congress's electoral certification

19   and jeopardized public safety.

20         A rational jury could conclude that Alford's

21   actions were disruptive because his presence in the Capitol

22   contributed to the Congress's multi-hour delay in completing

23   the electoral certification.

24         There was ample evidence for the jury to conclude

25   that Alford knowingly entered the Capitol without

1    authorization.  He walked past numerous "Area Closed" signs,

2    stood by as rioters in the building, through open the

3    nonpublic -- excuse me, entered the nonpublic Upper House

4    door, walked into the Capitol despite a shrill security

5    alarm, and then passed through a metal detector without

6    undergoing any security screening.

7         A police officer testified at trial that each

8    unauthorized individual posed a security hazard and that

9    Congress would not resume its business until the entire

10   building was cleared and checked for threats like lurkers or

11   explosives.

12        Alford's entry into the Capitol, alongside dozens

13   of others, directly contributed to the Congress's need to

14   recess to ensure the safety of its members.  Indeed,

15   entering the Capitol as part of a crowd, rather than as a

16   loan individual, magnified the disruptiveness of his

17   presence.  Each additional person, no matter how modestly

18   behaved, increased the chaos within the building, the

19   police's difficulty in restoring order, and the likelihood

20   of interference with Congress's work.

21        That was the evidence in Mr. Alford's case and is

22   certainly comparable to that here.  And the evidence here

23   involved more than mere presence.  For 90 minutes,

24   Mr. Daniele was on the west side of the Capitol before he

25   entered the Capitol Building.  During that time, the video

1    evidence showed him yelling on some occasions, pointing at

2    police officers as if to taunt them, and flipping the bird

3    to the establishment.  I'll say that was not the most

4    logistical explanation for why you were flipping the bird,

5    Mr. Daniele.

6            Second, I find beyond a reasonable doubt that he

7    did so knowingly -- that is, he acted knowingly -- and with

8    the intent to impede or disrupt the orderly conduct of

9    government business or official functions.  He joined a mob

10   that caused Congress to recess and could not resume until

11   later that evening.

12           You may or may not have known that Mike Pence,

13   Vice President, was in the building, but you surely knew

14   that the business of the United States people is conducted

15   in the halls of Congress and, in fact, was being conducted

16   that very day.  Why else come to Washington, D.C., on

17   January 6th?

18           Importantly, why would there be any other reason

19   to march to the Capitol Building?  And why else would

20   thousands of people have surrounded the Capitol and hundreds

21   of police officers tried to protect it?  And why else would

22   you have been there unless Congress was doing the people's

23   work?

24           You were present for a good part of the

25   President's speech.  You may not have heard all of it, but

614

1   I'm confident that you heard enough to understand that part

2   of the speech was intended to influence the joint session

3   that was about to convene that afternoon.

4           Your actions at the Capitol also suggested an

5   understanding that congressional business was going on

6   inside.

7           You're can be seen yelling at various points.  You

8   tried to get up the stairs underneath the scaffolding even

9   before you were sprayed.  And, of course, you extended both

10  of your middle fingers in the direction of the building

11  while you stood just feet away from a line of officers who

12  were protecting it.  Again, it defies logic that your

13  presence there that day was not to impede or disrupt the

14  workings of Congress.

15          Third, I do find beyond a reasonable doubt that

16  your conduct occurred when or so that it, in fact, did

17  impede or disrupt the orderly conduct of government business

18  or official functions.  The congressional proceedings

19  adjourned, the Vice President had to be taken out by the

20  Secret Service, and the police functions were disrupted as

21  well.

22          And I will just note once more that the

23  government, for this count, was not required to prove that

24  you were aware that the Vice President would be at the

25  Capitol that day in order to establish the restricted

1   building or grounds element.

2          Count 5 charges Mr. Daniele with disorderly

3   conduct in a Capitol Building or Grounds, in violation of

4   the 40 United States Code 5104(e)(2)(D).

5          The elements of this offense which the government

6   must prove beyond a reasonable doubt are:

7          First, that the defendant engaged in disorderly or

8   disruptive conduct in any of the United States Capitol

9   Buildings or Grounds;

10          Second, that the defendant did so with the intent

11   to impede, disrupt, or disturb the orderly conduct of a

12   session of Congress or either House of Congress;

13          And, third, that the defendant acted willfully and

14   knowingly.

15          First, I've already found that you have engaged in

16   disorderly or did engage in disorderly or disruptive conduct

17   on the grounds and in the building itself.

18          Second, I've also found that you did so with the

19   intent to impede, disrupt, or disturb the orderly conduct of

20   a session of Congress.

21          And, third, I do find that you acted willfully and

22   knowingly.

23          Broadly speaking, a person acts willfully when

24   they act with the knowledge that their conduct was unlawful.

25          This is *Bryan versus United States*, 424 U.S. 184

616

1    at 199 to 192.

2          You very well knew that you were not supposed to

3    be there that day.  You admitted as much during your

4    testimony.

5          Count 6 of the Indictment charges Mr. Daniele with

6    parading, demonstrating, or picketing in a Capitol Building,

7    in violation of 40 United States Code 5104(e)(2)(G).

8          The elements of this offense, which the government

9    must prove beyond a reasonable doubt, are:

10          First, that the defendant paraded, demonstrated,

11    or picketed in any of the United States Capitol buildings;

12          Second, that the defendant did so with the intent

13    to impede, disrupt, or disturb the orderly conduct of a

14    session of Congress or either House of Congress;

15          And, third, that the defendant acted willfully and

16    knowingly.

17          First, I do find that you did parade and

18    demonstrate.

19          To "parade" means to take part in a march or

20    procession organized on a grand scale in support of some

21    political object.  Certainly that is what you were doing

22    when you entered with thousands of others with the intent to

23    disrupt congressional proceedings.

24          To "demonstrate" means to take part in a public

25    manifestation by a number of persons of interest in some

1    public question or sympathy with some political or other

2    cause, usually taking the form of a procession en masse

3    meeting.

4            Obviously, you were demonstrating that day.

5    Certainly you joined a public display of group feelings

6    toward a person or cause.

7            Second, I've already found that you did these acts

8    with the intent to impede, disrupt, or disturb the orderly

9    conduct of a session of Congress or either House of

10   Congress.

11           And, third, that you acted willfully and

12   knowingly.

13           You've argued that you went inside the building,

14   not to disrupt Congress, but to wash out your eyes.  That

15   explanation is hard to square with the video evidence.

16           For one, you were hit with pepper spray on the

17   Lower West Terrace underneath the scaffolding.  The evidence

18   showed that you were able to rinse your eyes out some

19   amount.

20           At that point, one would have thought you'd had

21   enough.  You could have simply left at that point, gone in

22   the other direction.  But at that point, instead, you went

23   up the stairs and found your way to the Senate Wing doors,

24   through which -- and entered them even though there was

25   clear evidence of forced entry.

1          You admitted to seeing glass on the floor.  You

2     took a photo of a broken window.  The video evidence does

3     not show you to be in distress, certainly not so much

4     distress that you did not have the wherewithal to be on your

5     phone as you entered, take a photograph of a broken window,

6     hand your phone to someone else and have them take a photo

7     of you, and then continue on into the Crypt, where you then

8     turned around and left shortly thereafter.  Maybe it was at

9     that point you realized you couldn't go any further, or

10    maybe it was at that point you realized you had had enough.

11         This idea that you thought it was acceptable to

12    enter the building because there were no police present in

13    the hallway inside the Senate Wing door makes very little

14    sense to me.  For 90 minutes, you had witnessed police try

15    to courageously protect the very building you say you

16    thought it was acceptable to enter.

17         So the Court finds as follows:

18         Count 1, for obstructing officers during a civil

19    disorder -- this is at the Peace Circle:  Not guilty;

20         Count 2, for obstructing officers during a civil

21    disorder at the Lower West Terrace:  Not guilty;

22         Count 3, for entering and remaining in a

23    restricted building or grounds:  Guilty;

24         Count 4, for disorderly and disruptive conduct in

25    a restricted building or grounds:  Guilty;

1          Count 5, for disorderly conduct in a Capitol

2    Building or Grounds:  Guilty;

3          And, finally, Count 6, for parading,

4    demonstrating, or picketing in a Capitol Building:  Guilty.

5          All right.  So that will be the verdict of the

6    Court.

7          Mr. Kaplan?

8          MR. KAPLAN:  Yes, Your Honor.

9          THE COURT:  With respect to Counts 3 and 4 as to

10   which we have a difference of opinion on the legal question,

11   please just make sure you file your motion for new trial or

12   judgment without -- notwithstanding the verdict, in a timely

13   manner.  My expectation is that by the time of sentencing,

14   the D.C. Circuit will have ruled on this issue.

15         And let me just say for the record now that

16   I'm not convinced by a reasonable doubt that Mr. Daniele

17   knew, in fact, that the Vice President was there that day or

18   was going to be there.  And so if the D.C. Circuit comes

19   down with an opinion that's different than mine, I will

20   enter a judgment of acquittal on those counts prior to

21   sentencing, because I do expect to have a decision before

22   sentencing.

23         MR. KAPLAN:  Your Honor, I appreciate that.

24   Thank you.

25         THE COURT:  Sure.

1          I just want to make sure it's done on time because

2    it is --

3          MR. KAPLAN:  Yes.

4          Do you know, can that be done before sentencing?

5          THE COURT:  Can what be done before sentencing?

6          MR. KAPLAN:  The motion?

7          THE COURT:  Sure.

8          You could do it tomorrow.  You could ask for a new

9    trial tomorrow.

10         MR. KAPLAN:  Okay.

11         THE COURT:  All right.  So that is the -- that's

12   the judgment of the Court.

13         Let's set a sentencing date some 120-or-so days

14   out.

15         MR. KAPLAN:  Your Honor, may I just ask, just for

16   edification only, because the Count 3, 4, 5, and 6,

17   do I understand those are misdemeanor counts?

18         THE COURT:  Correct.

19         MR. KAPLAN:  Okay.

20         THE COURT:  3 and 4 are 1-year misdemeanors.

21   Counts 5 and 6 are 6-month misdemeanors.

22         MR. KAPLAN:  That's what I thought.  Thank you,

23   Your Honor.

24         Your Honor, if I could, I'd also -- I don't know

25   if you remember, I know Ms. Jackson is kind of new here, but

1   one of the things, going back several month ago, I said the

2   summertime -- because I have two still young children,

3   I'm --

4             THE COURT:  I'm looking at September.

5             MR. KAPLAN:  Thank you, Your Honor.  I appreciate

6   that.

7             THE COURT:  It's moving into August.

8             How about August the 2nd at -- August the 4th,

9   pardon me, August the 4th at 1:30 in the afternoon?

10            MR. KAPLAN:  I just have to power up my phone.

11   Forgive me, Your Honor.

12            THE COURT:  Sure.

13            MR. KAPLAN:  That was August 4th?

14            Is that going to give Probation enough time to do

15   the Presentence Report?

16            THE COURT:  Yeah, plenty.

17            MS. JACKSON:  Your Honor, I believe August the 4th

18   is a Sunday.

19            THE COURT:  Oh, I misspoke.  I meant

20   October the 4th.  Sorry.

21            MR. KAPLAN:  October?

22            THE COURT:  Yes.  Sorry.  I now understand the

23   reason for your question.

24            Yes.  I meant to say October the 4th, not

25   August 4th.  October the 4th.  Sorry about that.  1:30.

1          MR. KAPLAN:  At 1:30, Your Honor?

2          THE COURT:  Yes.

3          MR. KAPLAN:  Thank you, Your Honor.

4          THE COURT:  We will enter a Minute Order that

5     reflects the deadlines for both sentencing memos and for the

6     Presentence Investigation Report.  Typically those are due a

7     week or so before sentencing.  So a week or so before

8     sentencing.

9          MR. KAPLAN:  I hope the government is having the

10    same bail conditions, Your Honor, as far as release?

11         THE COURT:  Yeah.

12         I mean, I don't know what the government is going

13    to ask for, but my intention is certainly to allow

14    Mr. Daniele to remain on release pending sentencing.

15         MS. JACKSON:  Yes, Your Honor.

16         MR. KAPLAN:  Thank you.

17         THE COURT:  Okay.

18         Just so for your edification, Mr. Daniele, prior

19    to sentencing, a few things will happen.  You can stay

20    seated, sir.  That's fine.  You can stay seated.

21         You'll be interviewed by the Probation Office.

22    The Probation Office will prepare a Presentence

23    Investigation Report for me.  The purpose of that report is

24    a number of things.  But one of the things that will happen

25    is that they will interview you so I can get some

1    information about your background and your history.  You are

2    entitled to have your lawyer with you during that interview.

3    You also have the right to have that report -- to read that

4    report and review it before sentencing.

5              And, finally, you'll have the opportunity, through

6    your counsel, to present any information you would like for

7    me to consider at sentencing.

8              And you also will have the opportunity to address

9    me at sentencing as well, okay?

10             THE DEFENDANT:  Thank you.

11             THE COURT:  All right.

12             Is there anything else we need to take care of

13   before we adjourn?

14             MS. JACKSON:  None from the government,

15   Your Honor.

16             MR. KAPLAN:  Not from the defense, Your Honor.

17             THE COURT:  Okay.  Thank you, all, very much.

18   I appreciate your presentations, take care, enjoy the rest

19   of your summer, and we'll see you in a few months.

20             MR. KAPLAN:  Thank you, Your Honor.

21             THE COURT:  Thank you.

22             COURTROOM DEPUTY:  All rise.

23             This court is now adjourned.

24             (Proceedings concluded at 5:02 p.m.)

25

# C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__July 26, 2024_____    _____

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [5]** 542/2 586/7 595/3 595/6 623/22

**MR. KAPLAN: [38]** 542/15 542/23 543/6 556/1 556/3 557/15 558/5 560/7 563/22 568/3 569/12 569/14 572/12 572/15 576/19 582/2 582/6 582/9 594/16 594/20 619/8 619/23 620/3 620/6 620/10 620/15 620/19 620/22 621/5 621/10 621/13 621/21 622/1 622/3 622/9 622/16 623/16 623/20

**MS. JACKSON: [5]** 586/14 586/16 621/17 622/15 623/14

**MS. MARTIN: [10]** 543/12 543/14 545/22 545/25 555/9 555/13 555/15 560/4 572/10 594/8

**THE COURT REPORTER: [1]** 542/25

**THE COURT: [46]** 542/9 542/22 543/1 543/8 543/13 555/11 555/14 555/24 556/2 560/5 569/10 569/13 572/14 576/17 581/16 582/4 582/7 586/1 586/10 586/15 594/3 594/12 594/19 594/21 594/25 595/12 619/9 619/25 620/5 620/7 620/11 620/18 620/20 621/4 621/7 621/12 621/16 621/19 621/22 622/2 622/4 622/11 622/17 623/11 623/17 623/21

**THE DEFENDANT: [1]** 623/10

**1**

**1-1 [1]** 556/19
**1-year [1]** 620/20
**1.5 [1]** 546/4
**10 [2]** 580/11 581/23
**10 more [1]** 582/5
**10:51 [1]** 586/9
**11:00 [1]** 586/5
**11:05 [1]** 586/8
**11:06 [1]** 586/9
**11:19 [1]** 595/5
**12:30 [1]** 597/3
**12:50 [1]** 598/24
**12:59 p.m [1]** 597/4
**139 [1]** 610/5
**14 [1]** 540/5
**143 [3]** 540/4 542/3 595/7

**15 minutes [1]** 586/4
**150 [1]** 540/19
**1752 [5]** 579/12 580/1 585/9 608/14 610/19
**18 U.S.C [1]** 604/24
**18 United States [2]** 608/14 610/19
**184 [1]** 615/25
**19 [2]** 558/3 603/19
**192 [1]** 616/1
**199 [1]** 616/1
**1:15 p.m [1]** 597/10
**1:30 [3]** 621/9 621/25 622/1

**2**

**2 minutes [1]** 558/3
**20 [4]** 569/24 569/24 569/25 573/24
**20-second [1]** 560/19
**20001 [1]** 541/6
**2006 [1]** 553/2
**202 [2]** 540/15 541/6
**2021 [2]** 556/6 595/20
**2023 [2]** 563/12 604/20
**2024 [3]** 540/5 611/11 624/7
**20530 [1]** 540/15
**20th [1]** 604/20
**21 [2]** 570/3 570/3
**23 [1]** 604/24
**23-143 [3]** 540/4 542/3 595/7
**23-cr-139 [1]** 610/5
**23-cr-71 [1]** 610/7
**231 [2]** 550/8 604/24
**23rd [1]** 563/11
**252-7078 [1]** 540/15
**26 [1]** 624/7
**296-7900 [1]** 540/20
**2:13 [1]** 597/22
**2:18 [1]** 597/24
**2:19 [1]** 603/18
**2:22 p.m [1]** 604/9
**2:24 [1]** 604/14
**2:25 [1]** 597/15
**2:26 [1]** 597/25
**2:29 [1]** 597/25
**2nd [1]** 621/8

**3**

**30 [2]** 542/17 542/21
**302 [1]** 546/5
**303A [1]** 546/1
**32 [2]** 542/22 582/1
**3249 [1]** 541/6
**333 [1]** 541/5
**33410 [1]** 540/20
**3399 [1]** 540/19
**354-3249 [1]** 541/6
**37 [1]** 557/12
**39 [1]** 557/12
**3:00 [2]** 594/5 594/11
**3:30 [1]** 542/17

**4**

**40 [4]** 563/20 576/18

**409 [1]** 547/15
**424 U.S. 184 [1]** 615/25
**47 [1]** 584/18
**4:28 [1]** 595/5
**4th [8]** 621/8 621/9 621/13 621/17 621/20 621/24 621/25 621/25

**5**

**5-5 [1]** 579/11
**50 [1]** 581/25
**50 minutes [1]** 581/18
**502 [2]** 557/11 563/19
**5104 [2]** 615/4 616/7
**561 [1]** 540/20
**5:02 [1]** 623/24

**6**

**6-month [1]** 620/21
**601 [1]** 540/14
**68 [2]** 556/17 558/7
**6th [27]** 543/16 545/5 547/6 547/11 548/4 553/17 554/13 554/22 555/10 556/6 556/14 569/24 571/4 571/12 574/23 578/4 578/6 589/10 592/2 593/9 593/11 593/18 595/20 596/10 604/18 608/25 613/17

**7**

**7078 [1]** 540/15
**71 [1]** 610/7
**7900 [1]** 540/20

**8**

**89 [1]** 611/11
**8:00 p.m [1]** 598/2

**9**

**90 [2]** 612/23 618/14
**90 minutes [1]** 603/19
**943 [1]** 611/11
**946 [1]** 611/11
**9:36 [1]** 540/6

**A**

**a.m [4]** 540/6 586/9 586/9 595/5
**able [9]** 543/4 559/11 560/11 564/19 575/25 598/14 599/13 606/20 617/18
**about [38]** 545/13 546/8 546/9 548/5 548/21 553/11 553/19 553/20 559/5 561/1 561/2 563/24 566/18 568/14 569/18 571/1 572/22 574/12 574/24 576/18 578/19 586/18 586/19 587/24 588/19 588/22 589/13 592/5 593/9 597/23 598/25 600/15 608/9 609/20

**above [2]** 566/18 624/4
**above-titled [1]** 624/4
**absolutely [12]** 558/19 560/21 564/6 564/11 564/13 564/23 566/5 571/5 571/10 574/22 580/23 582/13
**abundance [1]** 582/22
**abundantly [1]** 556/12
**acceptable [2]** 618/11 618/16
**accepted [1]** 600/14
**access [1]** 543/22
**accident [2]** 549/12 566/3 606/13
**accidental [1]** 559/14
**accidentally [2]** 543/18 567/8
**accomplished [1]** 588/21
**according [10]** 546/23 588/17 589/15 589/23 590/3 596/11 596/16 597/15 603/3 604/16
**accountability [2]** 563/8 580/7
**accountable [2]** 559/3 569/5
**accurate [1]** 608/5
**accused [1]** 595/19
**acknowledged [2]** 555/7 588/18
**acquit [1]** 610/10
**acquittal [4]** 566/8 610/13 610/14 619/20
**across [5]** 560/1 583/8 599/4 601/1 602/16
**act [8]** 550/16 566/2 571/21 604/25 605/5 605/13 605/17 615/24
**acted [8]** 591/1 606/16 607/8 613/7 615/13 615/21 616/15 617/11
**action [2]** 595/7 607/3
**actions [10]** 545/6 551/23 558/1 588/24 593/20 593/24 593/25 608/10 611/21 614/4
**activities [1]** 556/6
**activity [1]** 591/4
**actor [3]** 569/23 569/23 593/16
**acts [7]** 550/20 550/22 566/1 606/14 608/1 615/23 617/7
**actual [2]** 605/16 610/15
**actually [9]** 543/3 547/11 561/25 573/21 573/22 574/9 574/14 577/2 594/22
**actus [1]** 565/6
**actus reus [1]** 565/6
**add [1]** 610/9
**addition [2]** 549/23 553/14

**additional [3]** 559/11 560/13 612/17
**address [2]** 577/9 623/8
**addressed [2]** 552/24 589/21
**adjourn [1]** 623/13
**adjourned [2]** 614/19 623/23
**adjusted [1]** 558/9
**admission [1]** 588/22
**admitted [14]** 546/16 547/4 548/6 549/13 549/18 554/4 573/18 576/22 587/1 587/7 596/13 609/4 616/3 618/1
**admonished [1]** 559/21
**adopt [1]** 553/6
**advance [2]** 542/16 556/21
**advanced [1]** 548/9
**advances [1]** 579/19
**adversely [2]** 605/21 606/4
**advisable [1]** 597/18
**affected [4]** 603/10 605/21 606/4 606/7
**affirm [2]** 556/13 611/15
**affixed [1]** 596/18
**afraid [1]** 557/25
**after [25]** 544/12 544/21 548/12 551/15 553/17 558/24 564/21 569/16 570/1 571/23 574/15 586/5 588/11 588/21 590/24 592/9 597/5 597/9 598/1 600/3 600/23 603/20 604/15 606/24 607/22
**afternoon [5]** 543/4 570/9 595/12 614/3 621/9
**afterwards [2]** 600/10 601/10
**again [26]** 543/5 547/20 549/19 553/6 557/21 561/17 564/14 564/18 569/10 573/23 584/2 584/6 585/3 585/12 591/11 591/15 591/20 593/4 593/14 595/12 597/25 601/15 601/20 602/25 604/10 614/12
**against [3]** 552/24 580/17 593/20
**agency [2]** 559/25 560/8
**agent [15]** 549/9 557/7 557/7 557/16 559/9 559/20 559/23 561/4 562/7 562/13 562/13 562/21 563/9 563/12 590/24
**Agent Semmel [6]**

**A**

Agent Semmel... [6] 549/9 559/9 561/4 562/7 563/12 590/24
Agent Semmel's [2] 562/21 563/9
agents [2] 560/25 572/7
aggressive [3] 571/22 578/12 584/7
agitators [1] 574/4
ago [1] 621/1
agree [5] 575/7 575/9 593/12 610/1 610/4
agreed [1] 576/24
ahead [5] 543/9 560/6 568/1 586/3 595/18
ahold [1] 600/20
Aid [1] 592/20
aided [1] 541/8
ain't [1] 583/4
alarm [3] 544/7 549/19 612/5
Alford [2] 611/11 611/25
Alford's [4] 611/13 611/20 612/12 612/21
all [53] 542/9 542/12 543/5 543/9 545/12 546/15 549/23 553/4 553/5 555/25 557/18 558/21 561/16 564/2 564/24 570/7 572/12 577/10 577/10 577/11 577/25 578/11 579/9 579/10 581/13 581/13 581/18 586/1 586/3 586/6 586/7 586/12 586/23 588/17 591/4 593/6 593/6 593/8 594/1 594/3 594/4 594/5 594/5 595/3 595/12 595/15 602/11 613/25 619/5 620/11 623/11 623/17 623/22
all counts [1] 594/1
All right [1] 594/3
alleged [2] 550/13 563/2
allow [1] 622/13
almost [3] 544/16 549/11 599/13
alone [3] 563/15 563/15 564/8
along [1] 554/19
alongside [1] 612/12
already [6] 546/24 549/24 564/21 591/19 615/15 617/7
already-violent [1] 591/19
also [41] 546/9 547/2 547/22 549/19 551/17 554/6 554/16 556/12 560/13 561/23 565/22 566/14 566/16 567/14 571/23 572/5 572/16 573/18 573/25 574/20

577/1 577/6 581/19 583/7 584/20 584/20 585/9 585/14 594/17 602/6 607/21 608/1 609/2 614/4 615/18 620/24 623/3 623/8
although [1] 601/12
always [1] 590/7
am [4] 559/19 572/7 579/7 580/18
ambiguity [1] 557/15
amend [1] 553/3
Amendment [1] 577/15
AMERICA [4] 540/3 542/3 581/6 595/8
amidst [1] 551/9
AMIT [1] 540/10
among [1] 609/20
amount [1] 617/19
ample [2] 609/7 611/24
amplified [1] 592/5
Andrew [1] 557/7
ankles [2] 566/18 566/19
announced [1] 553/22
another [11] 547/18 547/24 551/24 554/14 567/14 567/14 588/16 600/7 600/11 600/15 607/12
answer [3] 570/17 570/18 570/18
antagonistic [1] 578/12
anticipated [1] 595/16
anticipation [1] 579/20
any [41] 544/22 547/3 547/3 547/10 551/12 551/14 555/20 556/10 558/8 566/6 566/10 571/14 571/21 581/2 581/4 583/21 584/9 584/15 584/16 584/24 584/24 586/21 604/1 605/20 605/22 605/23 606/5 606/7 607/2 607/22 608/6 610/24 612/6 613/18 615/8 616/11 618/9 623/6
anybody [3] 563/23 571/6 573/9
anyone [2] 549/20 590/25
anything [8] 542/13 568/25 575/8 576/12 595/17 607/2 607/21 623/12
Apologies [2] 594/8 595/13
apologize [3] 542/19 545/2 582/3
apologized [1] 551/13
apologizing [1] 542/15
appeals [1] 583/3
appear [3] 601/21 604/1 604/11

540/12 541/2
appeared [1] 598/23
appearing [1] 602/24
appears [10] 599/14 599/20 599/22 601/6 601/17 601/22 603/6 603/10 603/12 604/10
appellate [1] 580/24
appreciate [5] 543/7 586/2 619/23 621/5 623/18
appreciated [1] 568/17
approach [1] 575/20
approached [4] 557/22 558/11 590/25 600/12
approaching [1] 564/16
approximately [8] 557/12 558/2 560/19 597/15 597/17 603/18 603/19 603/19
are [38] 550/15 550/22 550/23 561/18 564/15 564/21 565/15 565/23 567/11 569/5 570/6 579/10 579/16 580/2 580/10 580/16 580/17 580/20 581/5 581/6 582/21 584/21 584/21 588/24 589/18 597/1 598/21 599/1 602/14 603/12 604/3 615/6 616/9 620/17 620/20 620/21 622/6 623/1
area [23] 548/22 552/15 554/3 562/15 577/7 577/19 577/23 578/24 579/4 579/4 579/11 579/13 579/22 580/5 580/12 580/25 581/9 582/17 588/12 596/18 598/8 598/23 612/1
Area Closed [2] 598/23 612/1
areas [2] 544/16 579/16
argued [2] 607/24 617/13
argument [8] 540/10 551/4 552/24 555/20 558/23 558/25 558/25 560/9
arm [3] 547/16 557/23 558/12
arms [3] 600/13 601/25 604/8
around [25] 543/20 544/19 545/15 545/19 548/10 549/1 551/12 551/14 577/7 578/11 578/20 583/23 584/1 586/24 587/12 598/24 601/24 603/6 604/9 604/9 604/13 618/8
arrest [8] 545/7 557/6

590/25 604/21 608/2
arrested [2] 604/19 604/20
arrival [1] 579/20
arrived [6] 551/8 579/23 597/2 600/9 603/7 603/20
arriving [2] 589/9 598/6
article [2] 605/22 606/5
as [105]
ashamed [1] 593/10
aside [1] 567/25
ask [10] 555/21 580/19 582/22 583/5 585/23 593/13 593/24 620/8 620/15 622/13
asked [2] 542/16 548/7 570/11 570/18 571/1 575/19 576/7
assassination [1] 581/13
assaulted [1] 543/25
assaulting [1] 548/24
asserted [2] 557/16 557/21
associated [1] 574/5
astonishing [1] 559/17
atop [1] 601/2
attached [2] 547/23 551/9 565/24
attempt [1] 558/13
attempted [7] 550/16 569/15 599/8 599/10 605/3 605/13 605/17
attempting [2] 557/9 576/10
attempts [1] 571/23
attend [2] 589/10 598/4
attended [1] 553/9
attendee [1] 587/22
attending [1] 577/16
attention [6] 563/25 564/4 575/15 580/14 585/10 589/11
attentive [1] 563/25
ATTORNEY'S [3] 540/14 560/24 560/25
attributed [1] 608/8
August [2] 621/7 621/8 621/8 621/9 621/13 621/17 621/25
August 4th [1] 621/25
authority [3] 608/19 608/23 609/3
authorization [1] 612/1
authorized [1] 596/22
Avenue [2] 541/5 598/22
avoid [1] 607/21
aware [3] 552/11 566/2 614/24
away [15] 544/14 546/4 548/19 551/23 557/25 561/15 561/25 567/13 567/16 572/2 591/3 602/8 603/15 606/23

**B**

back [41] 543/5 544/12 548/10 556/24 565/4 567/8 567/9 567/11 567/12 567/12 567/12 575/24 576/23 580/24 584/19 588/17 590/7 590/8 592/15 594/5 595/1 597/19 599/3 599/1 599/15 599/21 600/18 600/19 600/19 600/21 602/7 602/16 602/20 604/14 604/16 605/3 605/8 606/11 606/25 607/14 621/1
backed [1] 557/1 557/25
background [3] 546/6 549/20 623/1
backs [1] 568/13
backwards [1] 577/3
bail [1] 622/10
balance [1] 567/8
ball [2] 587/13 600/10
Band [1] 592/20
Band-Aid [1] 592/20
banishment [1] 581/12
Barrett [1] 541/5
barricade [26] 544/2 547/8 547/19 551/3 551/9 551/10 551/16 551/20 551/21 551/25 554/14 556/23 559/13 564/8 564/11 569/9 571/25 576/22 577/24 588/16 588/17 590/23 591/12 592/14 592/17 608/6
barricades [24] 544/13 546/15 546/19 546/24 547/24 548/18 550/22 551/24 563/16 564/9 564/10 564/17 564/21 573/15 575/3 586/23 587/6 587/16 588/10 590/17 592/19
barrier [5] 599/5 600/11 600/25 607/13 607/16
barriers [5] 548/1 600/8 602/9 602/15 606/25
baseball [4] 588/5 588/18 600/1 607/15
based [1] 603/9
basis [3] 558/15 582/12 609/7
bathroom [4] 584/1 584/12 584/13 587/17
bay [1] 601/4
be [81] 543/4 544/20 545/18 546/2 546/3 547/5 547/10 554/4 554/18 555/3 555/4 556/9 556/25 558/23

627

**B**

be... [67] 558/25 559/3
559/16 559/20 559/20
560/9 560/10 561/21
562/5 563/6 563/6
566/20 567/5 567/6
567/6 568/19 569/4
572/1 572/6 578/2
579/5 579/21 580/3
581/7 583/5 584/9
585/11 586/10 586/16
594/6 594/10 598/12
598/16 599/11 600/25
601/8 601/12 601/18
601/21 601/22 601/25
602/13 603/15 604/11
604/11 604/12 606/8
607/25 608/4 608/8
609/1 609/3 609/5
609/18 610/3 613/18
614/7 614/19 614/24
616/3 618/3 618/4
619/5 619/18 620/4
620/5 622/21
**Beach [1]** 540/20
**bear [1]** 576/20
**became [1]** 567/20
**because [60]** 549/10
549/15 550/21 551/21
552/18 552/21 554/19
559/19 561/12 562/17
564/2 564/3 564/14
566/23 567/21 568/10
569/2 569/4 569/15
569/23 570/6 570/8
573/2 574/2 574/3
574/14 574/15 575/4
576/9 577/25 578/3
579/8 579/15 580/6
580/8 580/13 580/16
580/18 580/23 583/8
583/20 584/12 584/13
585/20 588/3 588/21
589/11 593/14 601/12
602/5 610/10 610/14
610/14 611/16 611/21
618/12 619/21 620/1
620/16 621/2
**been [22]** 547/5 548/2
549/21 552/12 558/2
564/5 566/5 569/2
574/5 581/17 582/23
589/12 589/12 597/12
597/20 602/11 607/17
608/6 608/9 609/10
610/15 613/22
**before [30]** 540/10
542/13 544/17 544/22
545/12 546/12 548/16
553/18 556/17 558/11
563/5 566/11 570/17
570/18 585/21 586/4
589/25 592/10 598/15
604/7 609/22 612/24
614/9 619/21 620/4
620/5 622/7 622/7
623/4 623/13
**began [5]** 597/3 597/10

**begging [1]** 580/18
**begin [1]** 596/9
**beginning [2]** 572/19
578/20
**begins [1]** 599/23
**behalf [3]** 542/7 577/16
595/9
**behaved [1]** 612/18
**behavior [2]** 578/12
589/8
**behind [14]** 546/19
547/8 547/17 548/15
556/23 564/20 572/2
590/15 598/21 599/5
600/11 600/22 602/14
607/20
**being [16]** 550/13
553/14 559/10 563/15
564/11 565/15 574/19
575/8 577/13 585/2
593/1 600/19 600/19
602/20 607/21 613/15
**belabor [2]** 576/21
583/1
**belied [1]** 545/16
**believable [1]** 574/20
**believe [1]** 552/20
574/6 574/10 574/21
576/5 577/7 579/9
580/25 585/13 587/11
588/7 588/15 594/17
621/17
**believed [1]** 565/9
**bells [1]** 544/7
**belong [1]** 600/3
**belonged [3]** 544/9
568/18 574/25
**belt [2]** 556/24 558/12
**bench [2]** 540/9 560/5
**bends [2]** 577/22 600/1
**benefit [2]** 582/25
583/5
**beside [1]** 575/21
**best [2]** 580/1 585/8
**better [1]** 581/5
**between [6]** 546/22
566/18 567/23 595/14
602/9 608/2
**beyond [16]** 542/21
556/10 593/7 600/24
605/11 606/15 607/7
608/17 609/6 609/25
610/16 610/22 613/6
614/15 615/6 616/9
**bike [44]** 591/8 591/9
596/17 596/18 598/20
598/24 599/3 599/3
599/6 599/9 599/10
599/12 599/14 599/17
599/20 599/24 599/25
600/7 600/7 600/11
600/12 600/16 600/18
600/20 600/21 600/24
602/9 603/20 605/3
605/8 606/11 606/12
606/18 606/19 606/21
606/22 606/24 607/10

607/19 609/6 609/9
**bill [2]** 605/1 605/6
**bird [4]** 602/4 602/4
613/2 613/4
**bit [1]** 604/10
**bits [1]** 562/24
**blame [1]** 593/23
**blaming [1]** 591/17
**blind [1]** 587/11
**blowing [1]** 561/18
**blue [1]** 598/7
**blunt [1]** 567/25
**blunt-force [1]** 567/25
**board [1]** 583/8
**body [2]** 594/9 601/16
**bold [2]** 564/12 564/12
**bold-faced [2]** 564/12
564/12
**boot [5]** 559/14 571/16
576/11 599/11 599/15
**boots [1]** 567/11
**bore [1]** 564/14
**borne [1]** 567/11
**borrowed [1]** 546/12
**both [11]** 547/1 550/22
552/5 554/10 590/11
590/11 601/14 601/15
607/24 614/9 622/5
**bottle [1]** 593/3
**bottom [2]** 584/9
584/14
**Boulevard [1]** 540/19
**Boys [1]** 571/2
**Brady [1]** 585/17
**breach [2]** 542/24
573/1 573/12 573/13
573/16 576/24 576/25
584/24 584/25 590/6
590/12 597/21
**breached [2]** 593/21
597/12
**break [1]** 583/16
**breaking [1]** 583/16
**brief [1]** 611/14
**briefly [1]** 597/7
**bring [4]** 579/6 595/1
597/18 605/3
**brisk [1]** 600/4
**Broadly [1]** 615/23
**broke [3]** 546/21 588/4
598/25
**broken [12]** 549/15
549/16 549/16 549/18
549/22 550/1 586/25
590/13 603/24 603/25
618/2 618/5
**brother [1]** 571/2
**brought [6]** 547/12
569/20 571/7 575/14
580/14 583/2
**Bryan [1]** 615/25
**building [57]** 544/17
544/21 549/8 549/10
549/17 549/21 552/2
552/3 552/8 552/10
552/7 554/8 554/16
554/25 555/1 583/15

593/22 595/21 596/3
596/5 596/6 596/8
596/22 597/11 597/12
597/20 597/22 600/5
601/7 602/2 608/13
608/19 608/22 610/18
610/24 611/8 612/2
612/10 612/18 612/25
613/13 613/19 614/10
615/1 615/3 615/17
616/6 617/13 618/12
618/15 618/23 618/25
619/2 619/4
**buildings [2]** 615/9
616/11
**bullet [1]** 592/21
**bullhorn [2]** 560/16
560/17
**bullhorns [1]** 561/18
**bumps [1]** 573/9
**bunch [1]** 570/8
**bunched [1]** 584/22
**burden [1]** 555/1
**Burton [2]** 594/23
594/25
**bus [3]** 553/19 584/19
604/16
**business [7]** 611/3
611/6 612/9 613/9
613/14 614/5 614/17
**bystander [1]** 543/15

**C**

**calf [1]** 566/18
**call [6]** 552/20 562/23
569/22 572/7 583/14
593/16
**called [3]** 562/8 563/23
585/10
**calling [1]** 595/6
**calm [1]** 549/25
**came [7]** 552/25
559/14 568/21 572/11
579/1 591/8 596/24
**can [45]** 545/18 546/1
546/2 546/3 547/17
558/23 558/25 559/19
560/9 560/22 561/6
561/9 561/23 562/18
566/20 567/15 567/22
567/24 570/1 572/9
573/9 578/3 579/14
580/15 583/7 586/16
593/12 594/16 599/11
600/25 601/8 601/12
601/18 601/25 602/13
603/15 604/12 607/25
608/7 614/7 620/4
620/5 622/19 622/20
622/25
**can't [3]** 570/6 584/3
584/12
**cannot [4]** 581/2
582/14 606/15 607/6
**cap [7]** 587/13 588/5
588/18 600/1 600/10
600/13 607/15

**Capitol [93]**

**Capitol Building [21]**
549/8 554/7 554/8
554/25 555/1 583/15
591/22 593/4 593/22
595/21 596/6 596/8
597/11 597/22 600/5
601/7 602/2 612/25
613/19 616/6 619/4
**Capitol Grounds [4]**
583/10 593/21 609/6
609/11
**Capitol Police [4]**
571/16 574/20 577/3
588/25
**captain [12]** 548/22
569/17 569/18 572/8
573/11 574/8 590/11
593/13 593/16 596/16
596/21 608/24
**Captain Ortega [6]**
548/22 569/17 569/18
590/11 593/16 608/24
**captured [2]** 567/11
608/1
**care [2]** 623/12 623/18
**cared [3]** 553/18
588/19 589/13
**careful [1]** 563/6
**carefully [1]** 564/1
**Carnell [1]** 610/5
**Caroline [2]** 542/8
595/11
**Carolyn [1]** 540/13
**carolyn.jackson [1]**
540/16
**carried [1]** 592/20
**case [17]** 545/10
550/13 552/18 553/9
555/22 556/21 558/15
560/22 562/13 562/13
562/22 565/20 568/15
574/3 574/3 578/6
612/21
**cases [2]** 552/12 578/5
**catch [1]** 567/8
**cause [4]** 571/25 603/5
617/2 617/6
**caused [3]** 557/23
576/25 613/10
**cell [2]** 578/21 602/13
**center [2]** 565/10
565/18
**certain [1]** 570/20
**certainly [9]** 554/13
577/23 582/20 583/20
612/22 616/21 617/5
618/3 622/13
**certification [6]** 592/6
592/7 596/14 598/1
611/18 611/23
**Certified [1]** 541/4
**certify [2]** 596/25 624/2
**CH [1]** 541/5
**Chamber [1]** 597/4
**chambers [2]** 597/7
597/19
**chance [1]** 587/25

change [1] 545/10
chanting [1] 607/3
chaos [1] 612/18
chaotic [1] 564/22
character [1] 581/12
characterization [1]
550/12
charge [3] 552/1 580/1
604/22
charged [3] 550/5
554/6 595/22
charges [8] 552/5
556/10 604/25 605/5
608/12 610/17 615/2
616/5
chased [1] 544/11
checked [1] 612/10
cherry [2] 562/23
562/24
cherry-picking [2]
562/23 562/24
children [1] 621/2
circle [24] 544/1
544/22 545/6 547/1
551/3 554/5 555/17
559/13 564/7 564/17
571/25 573/1 573/13
575/4 575/21 579/1
590/17 591/7 592/12
595/24 598/18 603/21
605/1 618/19
Circuit [3] 609/23
619/14 619/18
Circuit's [1] 611/10
circumstances [2]
550/23 551/6
civil [10] 581/13
595/23 595/25 604/23
605/19 605/20 606/3
606/3 618/18 618/20
claim [1] 548/16
claimed [1] 551/23
claims [4] 587/5 589/1
590/18 591/3
clean [1] 603/11
clear [10] 547/7 556/12
558/7 558/20 578/17
600/23 601/12 602/11
609/10 617/25
cleared [2] 597/20
612/10
clearly [11] 556/7
557/21 559/16 560/14
560/19 567/16 576/23
577/14 578/9 585/2
603/10
client [3] 560/18
561/15 574/13
climb [2] 593/3 603/12
climbed [1] 549/7
climbing [1] 591/21
clip [4] 556/24 558/12
569/8 569/8
close [4] 552/20 564/6
585/13 598/8
closed [5] 588/13
596/18 596/23 598/23

closing [2] 540/10
558/25
closings [2] 542/12
542/14
co [1] 562/13
co-case [1] 562/13
Code [4] 608/14
610/19 615/4 616/7
coffee [1] 561/8
colleagues [5] 579/10
580/10 582/20 610/1
610/7
collected [1] 550/1
College [2] 596/15
597/1
colloquy [1] 561/2
COLUMBIA [1] 540/1
combat [1] 548/23
come [11] 543/5
559/23 564/6 573/7
576/11 580/24 594/5
599/4 603/5 610/8
613/16
comes [3] 574/7
599/12 619/18
coming [1] 546/9
566/23 579/25
commanding [1] 571/1
commented [1] 563/23
commerce [4] 605/21
605/22 606/4 606/5
commit [2] 550/16
605/13
committed [3] 550/16
563/3 605/12
committing [1] 563/2
commodity [2] 605/22
606/5
communication [1]
562/9
comparable [1] 612/22
competency [1] 556/8
complaint [2] 556/19
558/14
completely [1] 548/20
550/2
completing [1] 611/22
compliment [1] 601/16
computer [1] 541/8
computer-aided [1]
541/8
concede [4] 570/6
570/9 570/20 575/8
conceded [5] 571/24
572/16 573/11 576/22
577/5
concert [1] 560/23
conclude [2] 611/20
611/24
concluded [3] 594/4
610/1 623/24
conclusion [2] 558/8
610/8
concrete [1] 600/22
conditions [1] 622/10
condoning [1] 578/23
conduct [42] 545/5

saw [10] 552/3 553/20
554/7 554/9 554/11
554/12 554/23 554/24
559/1 559/4 559/11
562/11 566/2 574/3
587/25 596/4 596/6
605/2 605/7 605/23
606/7 610/18 610/24
611/2 611/4 611/5
611/6 613/8 614/16
614/17 615/3 615/8
615/11 615/16 615/19
615/24 616/13 617/9
618/24 619/1
conducted [2] 613/14
613/15
confident [1] 614/1
confirm [1] 560/11
confirmed [1] 596/19
confront [3] 558/16
584/15 599/2
Congress [22] 546/9
553/1 553/13 553/21
554/18 555/2 580/4
592/25 596/25 612/9
613/10 613/15 613/22
614/14 615/12 615/12
615/20 616/14 616/14
617/9 617/10 617/14
Congress's [4] 611/18
611/22 612/13 612/20
congressional [3]
614/5 614/18 616/23
connection [6] 556/6
562/11 571/4 571/14
577/12 582/21
consider [9] 556/11
562/4 565/15 565/24
577/25 583/9 583/19
585/20 623/7
considered [2] 579/5
584/10 585/11
consistent [3] 546/25
547/25 555/22
Constitution [1] 541/5
constitutionally [1]
577/14
construction [2]
579/21 579/24
contact [6] 548/1
550/10 551/14 559/14
576/11 599/12
contemplated [1]
585/9
context [1] 590/21
continue [4] 551/16
599/14 606/20 618/7
continued [3] 541/2
549/25 563/9
continues [2] 546/6
567/1
continuous [1] 592/24
contradicted [1]
553/15
contrary [2] 550/11
555/20
contributed [3] 611/17
612/7 612/13

convene [1] 614/3
conversation [2]
560/20 583/2
convict [3] 558/20
585/14 585/21
convicted [2] 581/3
581/14
convicting [1] 580/21
conviction [1] 578/7
convictions [1] 611/15
convinced [2] 608/10
619/16
convincing [1] 578/17
Cooper [2] 552/25
cop [2] 568/18 568/25
cops [1] 584/1
cornerstone [1] 559/7
correct [2] 620/18
624/3
cost [1] 558/21
could [23] 548/8 558/8
559/23 561/13 566/6
568/3 568/14 570/17
570/18 576/7 581/20
585/16 589/17 592/4
598/12 598/16 611/16
611/20 613/10 617/21
620/8 620/8 620/24
couldn't [3] 545/16
570/8 618/9
counsel [8] 542/5
542/9 555/24 572/10
587/8 609/19 610/10
623/6
count [33] 551/1
553/12 582/11 582/11
582/16 585/22 585/22
585/22 585/22 585/23
585/23 595/23 595/25
596/2 596/4 596/6
596/7 604/25 605/5
606/15 607/6 608/12
610/17 614/23 615/2
616/5 618/18 618/20
618/22 618/24 619/1
619/3 620/16
Count 1 [7] 551/1
582/11 585/22 595/23
604/25 606/15 618/18
Count 2 [6] 582/11
585/22 595/25 605/5
607/6 618/20
Count 3 [5] 582/16
585/22 608/12 618/22
620/16
Count 4 [3] 585/22
610/17 618/24
Count 5 [3] 585/23
596/6 615/2
Count 6 [4] 585/23
596/7 616/5 619/3
counting [1] 546/10
counts [15] 550/6
550/8 550/15 552/1
552/7 554/10 582/15
593/6 594/1 604/22

591/10
Counts 1 [3] 582/15
604/22 607/24
Counts 4 [1] 554/10
Counts 5 [1] 620/21
couple [1] 542/21
courageously [1]
618/15
course [5] 543/8
553/18 571/11 601/9
614/9
court [40] 540/1 541/3
541/4 542/19 543/7
546/1 547/5 547/17
548/7 548/16 548/22
550/19 551/5 552/11
552/12 552/17 553/6
556/16 557/2 558/18
558/19 559/23 561/13
562/4 563/5 565/16
574/2 577/12 582/14
583/3 585/15 586/8
587/10 587/21 595/4
611/12 618/17 619/6
620/12 623/23
courts [1] 580/24
cr [3] 540/4 610/5
610/7
craziness [1] 576/2
credible [5] 555/20
574/21 582/13 587/10
588/6
crime [2] 585/8 610/15
crimes [2] 563/2
577/25
criminal [4] 542/3
556/19 558/14 595/7
cross [5] 549/13
551/19 557/19 573/9
588/1
cross-examination [3]
551/19 557/19 588/1
cross-examine [1]
573/9
crossed [1] 554/5
crossing [2] 592/18
601/8
crowd [23] 548/20
560/16 584/11 587/16
588/15 589/21 590/2
591/16 592/4 592/8
592/9 592/14 598/19
599/16 599/22 601/4
601/10 602/8 602/20
602/21 604/12 609/12
612/15
crowds [1] 597/11
CRR [2] 624/2 624/8
crush [1] 603/1
Cruz [13] 568/21
574/12 574/16 574/18
574/24 574/25 575/2
576/3 576/6 576/22
587/24 590/12 600/3
Cruz's [1] 574/15
Crypt [4] 604/7 604/9
604/13 618/7

628

**C**

crystal [1] 547/7
cupping [1] 601/19
cups [1] 601/6
custodial [1] 604/21
cut [1] 581/23

**D**

D.C [10] 540/5 540/15
541/6 543/5 562/14
562/15 589/10 598/4
598/6 613/16
D.C. [4] 609/23 611/10
619/14 619/18
D.C. Circuit [3] 609/23
619/14 619/18
D.C. Circuit's [1]
611/10
dad [1] 572/22
damage [1] 581/1
damn [1] 575/11
danger [1] 607/19
DANIELE [214]
Daniele's [17] 545/13
547/25 551/6 554/12
554/19 555/2 556/13
557/3 558/1 565/13
588/24 598/12 599/11
599/15 607/25 609/14
611/7
Danielle [1] 598/7
dark [1] 607/9
date [4] 576/11 604/19
620/13 624/7
David [11] 568/21
574/12 574/15 574/16
574/18 574/24 574/25
575/2 576/3 576/6
576/22
David Cruz [10] 568/21
574/12 574/16 574/18
574/24 574/25 575/2
576/3 576/6 576/22
day [25] 540/7 544/16
544/24 548/5 548/8
552/16 553/24 554/15
568/21 569/16 575/10
589/9 593/14 593/15
596/10 596/25 609/10
609/16 609/18 613/16
614/13 614/25 616/3
617/4 619/17
days [2] 543/17 620/13
deadlines [1] 622/5
deaf [1] 587/12
deal [1] 568/19
debate [1] 597/8
decided [2] 544/25
545/3
decision [6] 543/19
553/7 565/16 597/13
610/5 619/21
Decorated [1] 569/19
deduced [1] 561/4
deep [1] 564/20
defendant [54] 540/7
540/18 542/5 550/16
550/20 552/1 552/7

553/12 554/10 556/9
556/23 558/11 558/16
558/21 559/3 569/8
573/6 573/21 578/8
578/17 579/12 580/21
581/1 581/6 583/6
586/18 587/10 587/11
587/14 587/14 587/21
587/25 588/7 588/18
589/7 589/15 589/23
590/3 593/24 595/10
605/9 605/12 608/15
608/18 608/20 615/7
615/10 615/13 616/10
616/12 616/15
defendant's [6] 553/8
554/6 556/17 558/7
559/14 605/16
**Defendant's Exhibit 68**
**[1]** 558/7
**Defendant's Exhibit**
**No. 68 [1]** 556/17
defense [20] 543/14
545/1 545/4 547/14
548/3 551/4 552/23
572/10 573/5 587/8
587/19 590/10 590/16
590/18 594/13 595/9
609/14 609/19 610/9
623/16
defense's [2] 550/12
591/23
defer [1] 563/19
defiant [1] 599/16
defies [1] 614/12
define [1] 582/16
defined [2] 579/12
580/4
defining [1] 578/8
definition [1] 555/5
deflect [1] 593/5
degree [1] 605/21
delay [1] 611/22
delayed [2] 605/21
606/4
deliver [3] 543/4 594/6
595/18
demeanor [1] 550/2
democracy [1] 559/7
demonstrate [2]
616/18 616/24
demonstrated [1]
616/10
demonstrating [7]
554/7 554/25 555/6
596/7 616/6 617/4
619/4
demonstrations [1]
596/21
demonstrative [1]
577/11
denied [3] 551/19
553/12 566/7
department [1] 571/6
depict [1] 545/17
depicted [1] 569/8
depicts [1] 573/15

**dereliction [1]** 593/21
descended [1] 593/21
described [1] 544/17
design [1] 585/18
desperate [1] 587/17
despite [6] 548/13
549/23 590/18 592/22
593/1 612/4
destructive [1] 611/15
detailed [1] 545/5
detector [1] 612/5
device [1] 594/14
dice [1] 581/5
did [43] 543/18 543/24
548/12 548/13 548/13
548/17 550/24 551/12
551/21 551/22 554/14
561/1 562/1 562/1
570/20 571/20 571/21
571/25 574/17 574/17
575/13 575/21 576/10
577/7 580/6 592/10
599/10 601/11 601/20
603/5 603/6 606/8
608/20 611/1 613/7
614/16 615/10 615/16
615/18 616/12 616/17
617/7 618/4
did you [1] 576/10
didn't [15] 547/2 547/3
549/4 551/14 551/24
561/10 568/20 570/24
570/24 575/4 583/15
587/6 587/15 588/22
590/1
die [1] 566/10
difference [1] 619/10
different [5] 567/15
574/24 587/3 607/13
619/19
difficulty [1] 612/19
direct [1] 587/25
directed [2] 560/24
602/4
direction [5] 601/7
601/19 602/1 614/10
617/22
directly [1] 612/13
disadvantage [1]
585/19
disagree [1] 607/7
discern [1] 551/6
disciplinary [1] 568/19
disciplined [1] 559/20
discuss [2] 542/13
595/18
discussed [1] 574/14
dislodged [1] 547/24
disorder [9] 595/24
596/1 604/24 605/19
605/20 606/3 606/4
618/19 618/21
disorderly [20] 552/3
552/10 554/6 554/9
554/12 554/17 554/23
554/24 578/2 596/4
596/6 610/18 610/23
611/9 615/2 615/17

619/1
dispel [2] 556/13
560/11
dispersal [1] 609/13
disperse [1] 549/5
display [1] 617/5
dispute [2] 605/25
608/21
disputed [1] 598/13
disputing [2] 568/4
583/13
disrupt [11] 578/1
611/2 613/8 614/13
614/17 615/11 615/19
616/13 616/23 617/8
617/14
disrupted [3] 554/20
611/5 614/20
disruption [1] 611/18
disruptive [17] 552/3
552/9 554/9 554/12
554/16 554/23 555/3
583/11 584/6 596/4
610/18 610/23 611/9
611/21 615/8 615/16
618/24
disruptiveness [1]
612/16
distance [1] 567/12
distanced [1] 578/21
distorted [1] 562/25
distraction [1] 589/7
distress [4] 604/1
604/11 618/3 618/4
district [7] 540/1 540/1
540/11 563/5 565/15
579/9 609/20
distrust [2] 560/3
560/7
disturb [4] 615/11
615/19 616/13 617/8
do [37] 548/12 557/9
562/7 565/4 565/17
566/10 568/25 569/16
570/11 571/12 572/8
572/8 574/21 579/25
580/6 580/19 580/20
580/23 581/19 585/13
594/13 594/13 594/23
601/9 601/15 607/7
607/21 608/20 608/23
614/15 615/21 616/17
619/21 620/4 620/8
620/17 621/14
do I understand [1]
620/17
do you [1] 571/12
do you have [2]
570/11 594/23
Do you know [2] 572/8
620/4
does [21] 545/11 550/9
552/19 556/16 562/3
565/7 566/2 566/14
567/1 580/25 584/14
586/12 591/23 599/23
602/23 603/17 604/1

602 604/11 607/21
618/2
doesn't [8] 547/21
553/5 568/25 577/17
577/17 577/18 580/11
580/12
doing [10] 546/8
546/10 553/11 553/21
555/20 566/1 577/17
610/14 613/22 616/21
don't [28] 543/5 559/21
561/8 561/9 562/2
562/17 563/6 563/7
566/20 569/16 573/7
573/8 575/7 575/17
575/18 576/5 576/16
578/10 578/23 579/7
580/15 581/9 594/5
594/5 601/20 602/25
620/24 622/12
Donald [2] 561/16
562/3
Donald Trump [2]
561/16 562/3
done [10] 548/8 551/15
562/16 578/8 581/2
584/5 593/8 620/1
620/4 620/5
door [9] 549/11 549/16
583/15 583/16 583/25
584/24 602/19 612/4
618/13
doors [10] 544/18
549/14 597/23 603/16
603/18 603/22 604/4
604/5 604/15 617/23
doubt [19] 547/12
556/10 567/19 582/14
585/14 593/7 605/11
606/16 607/7 607/8
608/17 609/25 610/16
610/22 613/6 614/15
615/6 616/9 619/16
down [20] 543/5
558/24 563/15 564/21
566/23 566/25 567/15
570/4 577/22 579/10
580/11 583/16 591/13
599/4 599/21 600/1
603/23 604/6 604/14
619/19
downplayed [1]
545/22
dozens [1] 612/12
drag [1] 600/18
dragged [3] 544/14
548/19 600/21
dramatically [1] 553/3
draw [2] 558/8 566/6
dressed [1] 598/6
drive [3] 546/20 594/14
594/20
drop [1] 561/14
dropped [4] 572/17
572/3 599/17 606/24
ducks [1] 603/13
due [2] 559/7 622/6
dues [1] 569/20

**D**

**during [24]** 545/4 545/18 546/23 547/10 555/7 557/6 557/19 558/16 583/2 585/2 595/23 595/25 599/8 604/10 604/23 605/19 606/3 606/25 611/13 612/25 616/3 618/18 618/20 623/2
**duties [4]** 605/18 606/2 606/8 607/5
**duty [2]** 559/22 592/16

**E**

**each [5]** 605/10 608/16 610/21 612/7 612/17
**early [1]** 572/21
**easily [1]** 576/7
**ECF [1]** 556/19
**edification [2]** 620/16 622/18
**educates [1]** 574/8
**efforts [1]** 557/2
**egregious [4]** 559/1 559/4 574/1 574/2
**eight [1]** 570/2
**either [9]** 552/19 580/2 587/4 591/4 595/17 597/19 615/12 616/14 617/9
**election [2]** 589/13 592/1
**electoral [6]** 553/12 596/15 597/1 597/6 611/18 611/23
**Electoral College [1]** 596/15
**electors [1]** 546/10
**electronic [1]** 562/9
**element [7]** 550/14 550/15 552/6 552/22 579/5 610/3 615/1
**elements [7]** 554/2 605/11 605/25 610/15 610/22 615/5 616/8
**elevate [1]** 580/7
**elevated [1]** 548/2
**Ellipse [1]** 598/11
**else [6]** 554/14 613/16 613/19 613/21 618/6 623/12
**email [3]** 540/16 540/21 562/9
**embarrassed [2]** 559/24 593/9
**emblem [1]** 577/3
**empathy [1]** 582/24
**employed [1]** 574/19
**en [1]** 617/2
**enact [1]** 593/20
**enacted [1]** 579/15
**encompasses [1]** 562/15
**encounter [1]** 564/7
**encountered [2]** 598/20 600/11
**encouragement [1]**

**end [4]** 547/20 551/11 602/8 602/17
**ended [4]** 598/16 601/2 602/17 605/8
**ends [2]** 575/2 575/5
**enforceability [1]** 553/4
**enforcement [17]** 544/6 550/7 550/18 550/21 550/25 559/12 559/15 559/25 563/17 576/15 583/22 584/16 605/14 605/17 606/1 606/17 607/9
**engage [1]** 615/16
**engaged [8]** 550/10 552/9 563/1 605/17 606/2 610/23 615/7 615/15
**enjoy [1]** 623/18
**enough [15]** 546/18 549/19 553/19 553/20 554/22 557/5 557/19 558/17 583/9 586/20 589/13 614/1 617/21 618/10 621/14
**ensure [2]** 562/22 612/14
**entangled [3]** 567/20 568/6 568/10
**enter [4]** 618/12 618/16 619/20 622/4
**entered [17]** 544/17 549/10 549/16 550/2 550/3 552/8 554/3 593/3 604/4 608/18 608/21 611/25 612/3 612/25 616/22 617/24 618/5
**entering [6]** 552/1 554/15 596/2 608/13 612/15 618/22
**enters [2]** 603/18 604/4 604/9
**entire [5]** 545/23 562/23 577/7 589/7 612/9
**entirety [1]** 593/16
**entitled [3]** 581/7 581/10 623/2
**entrusted [1]** 582/23
**entry [3]** 602/19 612/12 617/25
**environmental [1]** 561/16
**equally [1]** 579/11 580/16
**equivalent [1]** 562/9
**erect [1]** 591/9
**erecting [3]** 567/5 571/17 571/17
**establish [4]** 544/4 548/10 591/10 614/25
**established [3]** 596/13 596/17 598/9
**establishment [4]** 589/3 589/4 602/5

**even [22]** 549/4 550/1 553/6 558/21 564/6 567/3 570/6 570/9 570/17 573/7 575/13 577/18 579/23 580/24 583/2 589/16 590/1 590/9 592/11 609/7 614/8 617/24
**evening [2]** 597/17 613/11
**event [2]** 578/8 598/5
**events [1]** 595/20
**eventually [10]** 575/18 597/12 598/18 599/2 599/3 599/17 601/2 602/7 602/21 603/17 ever [1] 575/13
**every [7]** 559/8 576/3 578/5 578/6 578/25 578/25 587/22
**everybody [1]** 576/1
**everyone [5]** 557/20 586/11 593/23 595/2 595/13
**everything [1]** 554/14 609/9
**evidence [60]** 545/9 545/11 547/1 547/21 551/4 551/12 553/15 555/22 556/11 556/12 556/17 556/25 557/18 558/13 558/17 558/18 558/22 563/20 564/13 566/5 566/11 566/14 566/25 567/10 567/11 582/12 582/13 583/10 585/17 585/17 585/21 587/3 588/2 590/15 590/19 591/5 591/24 591/25 593/6 593/6 595/15 596/13 597/21 598/9 598/11 602/24 599/5 606/19 607/13 608/3 611/13 611/24 612/21 612/22 613/1 617/15 617/17 617/25 618/2
**evidenced [2]** 606/6 607/19
**evidently [2]** 601/11 603/8
**exactly [5]** 555/19 560/1 565/14 568/4 602/10
**examination [3]** 551/19 557/19 588/1
**examine [1]** 573/9
**example [5]** 559/9 560/14 579/17 583/12 604/2
**except [2]** 587/6 589/2
**exculpatory [1]** 585/17
**excuse [5]** 547/10 589/8 599/22 603/20 612/3
**excused [2]** 545/5 551/23

**Exhibit 302 [1]** 546/5
**Exhibit 409 [1]** 547/15
**exhibits [4]** 577/11 594/15 596/20 601/1
**exiting [1]** 604/15
**exonerates [1]** 548/3
**expect [1]** 619/21
**expectation [1]** 619/13
**expected [1]** 559/7
**explain [1]** 584/3
**explanation [2]** 562/20 613/4 617/15
**explanations [1]** 586/22
**explosives [1]** 612/11
**exposed [2]** 548/20 593/1
**extended [16]** 547/16 557/22 558/12 600/12 602/1 604/8 614/9
**extensively [1]** 574/14
**extent [3]** 558/21 585/18 610/9
**extra [1]** 542/21
**extremely [1]** 563/25
**eyes [10]** 550/3 583/14 584/4 584/13 593/2 603/11 604/2 604/2 617/14 617/18
**eyes out [1]** 584/13
**eyewitness [1]** 560/13
**eyewitnesses [2]** 559/12 560/10

**F**

**F.4th [1]** 611/11
**fabricate [2]** 558/13 558/21
**fabricated [1]** 558/17
**face [3]** 573/22 578/12 603/4
**faced [2]** 564/12 564/12
**faces [1]** 578/13
**facing [3]** 587/16 589/6 599/6
**fact [29]** 547/24 548/3 562/14 564/4 568/17 570/6 573/7 573/11 573/13 575/13 579/9 580/10 583/21 583/25 585/11 587/20 587/24 589/5 590/14 593/5 596/19 603/10 603/13 609/17 610/2 611/5 613/15 614/16 619/17
**facts [1]** 587/9
**failures [1]** 562/21
**fall [1]** 606/25
**fallen [2]** 588/10 600/2
**falling [2]** 575/6 575/6
**falls [1]** 555/5
**false [3]** 586/20 588/21

**family [5]** 552/16 575/12 597/1 597/14 609/17
**far [5]** 545/14 552/18 582/11 599/7 622/10
**fault [2]** 575/9 584/3
**favor [3]** 557/9 572/8 583/6
**favorable [1]** 566/9 581/10
**FBI [23]** 545/8 546/23 547/2 547/9 551/25 557/7 557/16 559/9 559/20 560/3 560/23 562/5 562/18 562/20 562/21 563/13 572/7 576/6 586/23 587/1 604/19 608/2 608/4
**fear [1]** 557/3
**February [2]** 563/11 604/20
**February 23rd [1]** 563/11
**federally [2]** 605/23 606/7
**feel [1]** 557/23
**feeling [1]** 594/10
**feelings [1]** 617/5
**feet [6]** 567/11 590/7 599/15 601/22 601/24 614/11
**fell [1]** 570/22
**felt [1]** 553/20
**fence [7]** 567/19 567/19 568/7 568/9 568/10 602/10 602/12
**fencing [8]** 547/22 551/9 588/10 596/18 596/19 598/20 599/19 599/21
**few [5]** 543/17 595/14 599/15 622/19 623/19
**fight [1]** 546/21
**fighting [1]** 551/10 564/22
**figure [1]** 578/16
**file [2]** 568/22 619/11
**filed [5]** 545/24 605/1 605/6
**filing [1]** 556/19
**fill [1]** 569/1
**finally [3]** 571/23 619/3 623/5
**find [23]** 543/18 556/9 582/14 584/13 584/25 587/10 603/17 605/9 605/10 606/15 607/6 607/6 607/7 608/15 608/16 609/8 610/20 610/21 611/16 613/6 614/15 615/21 616/17
**findings [1]** 596/9
**finds [1]** 618/17
**fine [2]** 589/18 622/20
**finger [2]** 589/2 591/14
**fingers [3]** 578/13 602/1 614/10

**F**

**finish** [1] 589/5
**finished** [1] 592/11
**first** [27] 545/13 550/8
550/15 550/15 557/22
564/7 564/8 568/21
569/16 572/21 573/18
573/20 574/8 577/15
588/10 597/5 597/21
598/16 598/16 605/12
606/11 608/18 610/23
615/7 615/15 616/10
616/17
**First Amendment** [1]
577/15
**fistfight** [1] 575/3
**fit** [3] 545/10 545/11
547/20
**five** [3] 570/2 597/17
598/25
**FL** [1] 540/20
**flagpole** [1] 547/17
**flagpoles** [1] 548/23
**flat** [1] 599/24
**flies** [1] 573/22
**flipped** [1] 587/16
**flipping** [5] 589/3
602/3 602/4 613/2
613/4
**floor** [2] 575/15 618/1
**Florida** [1] 574/7
**flush** [1] 550/3
**focus** [4] 550/19 552/6
581/22 588/3
**follow** [1] 565/24 590/2
**followed** [1] 544/10
**following** [10] 553/17
589/13 591/25 596/9
604/18 604/20 605/11
608/17 610/21 611/12
**follows** [1] 618/17
**foolish** [1] 584/6
**foot** [5] 566/15 599/11
599/12 606/18 606/19
**force** [4] 567/25 585/1
593/17 606/22
**forced** [1] 617/25
**forcibly** [1] 549/22
**forefingers** [1] 601/15
**foregoing** [1] 624/3
**Forgive** [1] 621/11
**forgot** [2] 547/6 551/25
**form** [3] 550/23 568/22
617/2
**former** [7] 549/21
553/10 555/19 559/20
568/16 588/3 588/8
**forms** [1] 554/13
**forth** [2] 556/12 585/18
**forward** [9] 567/7
577/23 599/23 600/24
601/10 602/21 602/23
602/25 606/24
**fought** [1] 591/9
**found** [4] 615/15
615/18 617/7 617/23
**four** [2] 550/7 570/1
**frame** [2] 564/19

**frankly** [7] 542/17
559/17 559/21 559/24
563/24 564/4 574/6
**front** [28] 543/21
544/15 546/15 549/2
549/24 551/7 553/23
563/14 564/8 565/9
565/18 581/19 587/12
590/2 590/6 590/14
591/8 591/12 591/13
591/16 592/13 598/17
599/9 599/10 601/13
602/18 602/18 608/6
**fulfill** [1] 554/22
**full** [4] 546/21 548/23
555/5 557/20
**full-combat** [1] 548/23
**full-on** [1] 546/21
**fulsome** [1] 588/1
**function** [2] 605/24
606/8
**functions** [1] 611/3
611/6 613/9 614/18
614/20
**fundamentally** [1]
553/1
**funding** [2] 559/10
562/6
**funds** [1] 589/4
**further** [2] 563/10
618/9

**G**

**gain** [2] 557/9 567/12
**gained** [1] 543/22
**Gardens** [1] 540/20
**gas** [2] 549/4 550/4
**gate** [18] 566/12
566/15 566/16 566/17
566/22 566/22 566/23
566/25 567/5 567/13
567/16 571/16 572/3
572/3 576/8 576/10
576/22 579/3
**gathered** [1] 597/11
**gave** [3] 545/5 589/1
604/21
**gentleman** [3] 560/16
560/18 567/24
**get** [15] 542/20 543/9
545/12 548/10 551/24
570/8 575/12 575/12
576/19 582/7 582/7
602/10 602/12 614/8
622/25
**gets** [4] 568/6 568/10
578/19 604/7
**getting** [1] 561/8
**give** [8] 542/22 555/11
569/10 570/10 571/23
582/4 594/16 621/14
**given** [2] 581/25
594/17
**giving** [3] 544/12 589/5
594/9
**glass** [2] 549/19 618/1
**globe** [1] 560/1

**go** [25] 543/9 543/10
546/13 560/6 560/25
562/10 562/10 564/19
566/24 566/24 566/24
567/1 567/1 568/1
571/19 573/15 579/18
581/11 582/10 586/3
588/9 589/22 592/8
595/18 618/9
**go ahead** [5] 543/9
560/6 568/1 586/3
595/18
**goes** [4] 567/8 575/24
577/24 584/18
**going** [34] 544/7
561/21 563/24 566/24
566/24 566/24 567/1
567/25 568/8 572/22
576/2 577/19 580/3
580/19 581/4 581/11
581/12 581/17 581/22
581/23 582/4 583/4
583/8 587/5 589/11
589/14 589/24 590/3
594/8 614/5 619/18
621/1 621/14 622/12
**gone** [1] 617/21
**good** [8] 542/10 542/10
543/12 543/13 556/1
556/2 595/12 613/24
**Good morning** [4]
543/12 543/13 556/1
556/2
**got** [8] 546/14 546/25
570/4 578/7 583/13
584/4 588/11 595/14
**got-you** [1] 578/7
**government** [56]
540/13 542/7 543/10
543/17 550/9 550/13
551/1 551/17 552/5
552/19 553/7 554/16
556/3 556/21 557/19
558/6 558/20 558/24
559/1 559/3 560/15
563/7 564/25 565/25
566/9 570/24 572/19
572/23 579/1 580/9
581/11 583/20 586/12
587/20 587/23 593/1
594/11 595/11 605/1
605/6 605/10 607/24
608/16 609/21 609/24
610/21 611/3 611/6
613/9 614/17 614/23
615/5 616/8 622/9
622/12 623/14
**government's** [16]
546/1 546/4 547/15
550/12 552/13 552/25
555/1 556/18 557/11
558/13 563/19 585/5
586/4 588/3 595/19
601/1
**Government's Exhibit
502** [1] 563/19
**government-filed** [2]
605/1 605/6

**go** [25] 543/9 543/10
607/17
**grabbed** [9] 544/13
547/22 551/21 587/15
588/16 588/17 589/22
592/7 600/20
**grabbing** [5] 548/17
551/19 567/18 587/7
587/7
**gracious** [1] 543/6
**grand** [1] 616/20
**great** [3] 569/4 569/20
594/21
**greatest** [1] 559/25
**ground** [7] 544/9 574/9
575/6 599/18 599/24
605/8 607/11
**grounds** [32] 543/23
552/2 552/4 552/8
552/10 573/19 583/10
584/21 588/9 592/18
593/21 596/3 596/5
608/13 608/19 608/22
609/6 609/11 609/16
610/13 610/14 610/19
610/25 611/7 611/8
615/1 615/3 615/9
615/17 618/23 618/25
619/2
**group** [10] 551/7 574/4
590/14 598/21 598/21
599/7 602/22 602/23
602/25 617/5
**grouped** [1] 562/24
**growing** [1] 598/19
**guarding** [1] 598/22
**guilty** [17] 552/19
553/8 555/23 556/10
581/7 582/14 585/24
593/25 605/9 608/15
610/20 618/19 618/21
618/23 618/25 619/2
619/4
**guilty on** [1] 593/25
**guy** [3] 561/9 567/3
573/24

**H**

**had** [50] 544/7 545/9
547/11 547/25 549/6
549/21 550/10 556/25
558/9 560/19 567/4
568/22 570/21 573/14
574/21 578/12 579/12
583/1 587/2 587/5
587/25 588/9 589/11
589/12 589/12 589/15
589/23 590/3 592/11
593/13 596/13 597/12
597/20 599/19 600/8
600/9 606/13 606/19
607/15 608/5 608/6
608/8 609/8 609/15
609/15 614/19 617/20
618/10 618/10 618/14
**half** [3] 544/21 568/16
582/20
**hall** [1] 604/14

**hall** [1] 613/15
**hallway** [3] 604/3
604/6 618/13
**hand** [6] 594/22 600/10
601/6 603/23 607/15
618/6
**handed** [2] 556/24
565/3
**hands** [4] 557/1 557/24
568/9 604/7
**hangs** [1] 589/7
**happen** [7] 545/23
581/14 583/4 599/11
599/20 622/19 622/24
**happened** [3] 543/16
547/12 573/14
**happening** [2] 553/24
565/9
**happens** [4] 568/5
579/21 579/22 581/15
**happy** [1] 549/12
**hard** [4] 574/6 574/10
586/21 617/15
**harm's** [1] 588/15
**harmless** [1] 559/2
**has** [37] 543/15 543/17
545/22 547/14 551/1
551/17 552/5 552/12
553/7 554/10 558/24
562/5 566/5 568/11
569/23 571/6 573/6
573/24 577/2 579/24
582/23 583/9 584/25
585/18 586/20 587/8
587/23 590/16 590/19
594/4 600/2 603/20
604/3 604/8 607/24
609/19 610/10
**hasn't** [2] 552/13
579/23
**hat** [32] 544/9 544/12
548/2 548/6 548/13
556/24 557/8 558/12
565/3 568/18 568/23
568/24 569/7 573/19
574/9 574/25 575/5
575/15 575/17 575/18
575/22 577/3 577/4
577/22 587/20 587/25
588/1 588/2 589/7
592/20 600/2 600/3
**have** [89]
**having** [7] 582/17
588/11 592/22 593/2
603/8 608/9 622/9
**Hawa** [1] 596/11 597/9
597/16 597/18 608/24
**hazard** [1] 612/8
**he** [305]
**he can't** [1] 584/12
**he didn't** [6] 547/2
549/4 575/4 583/15
587/6 588/22
**he knew** [1] 553/25
**he said** [6] 570/20
572/1 593/11 601/9
601/15 601/20
**he'd** [3] 549/24 551/15

**H**

he'd... [1] 551/15
he'll [1] 595/1
he's [38] 545/9 563/2
567/7 569/19 569/23
570/4 570/15 578/19
578/20 578/21 578/21
578/22 578/24 578/24
578/25 579/2 579/3
579/3 579/4 579/23
580/3 581/10 584/11
584/12 584/16 584/17
584/22 584/24 584/24
585/3 585/3 585/4
585/7 587/2 587/3
593/9 593/10 593/10
head [4] 544/7 558/10
584/9 600/2
headed [1] 604/16
hear [9] 545/16 553/20
561/13 562/3 586/4
589/17 592/4 597/10
598/14
heard [9] 545/18 546/2
546/3 548/7 548/22
561/20 598/12 613/25
614/1
heart [1] 592/24
held [4] 559/3 569/5
577/13 602/20
help [3] 548/7 548/16
548/17
helpful [1] 548/7
her [5] 557/1 565/11
566/18 572/20 610/4
here [26] 542/12
548/16 550/13 551/22
561/10 562/17 565/11
566/9 568/21 569/20
572/24 573/8 573/9
578/20 579/2 579/3
581/20 582/14 587/7
594/23 595/18 605/25
608/21 612/22 612/22
620/25
Here's [1] 579/17
Hey [2] 566/22 572/7
hidden [1] 587/23
hiding [1] 587/20
highlighted [1] 563/10
him [51] 543/21 545/15
547/16 548/10 548/15
551/13 551/14 559/10
560/17 560/20 561/10
561/10 563/14 565/9
567/15 567/16 567/24
567/25 567/25 568/9
569/20 569/22 570/3
570/8 570/11 570/22
570/22 570/24 570/25
571/1 571/20 573/19
575/15 575/21 576/1
580/1 581/10 584/21
587/7 587/12 587/12
588/15 590/15 591/1
592/20 593/12 599/10
603/5 604/8 607/17
613/1

544/9 564/9 578/21
585/1 588/15 588/16
589/25 591/5 591/7
591/11 591/15 591/20
591/22 592/7 592/13
592/24 593/11 593/23
607/18 608/10
his [118]
history [1] 623/1
hit [4] 551/24 603/4
607/21 617/16
hold [8] 544/2 546/22
553/5 572/22 573/3
580/9 593/24 607/10
holding [1] 611/10
hole [1] 592/21
home [3] 575/12 598/3
604/17
honest [5] 562/5
574/11 574/18 575/8
584/3
honestly [1] 584/12
Honor [81] 542/2
542/15 542/23 543/6
543/12 555/9 555/16
556/1 556/5 556/11
556/15 557/2 557/11
557/16 558/19 559/9
559/17 559/19 560/14
561/3 562/5 562/20
563/22 565/6 565/19
566/5 568/14 568/20
568/24 569/15 571/24
572/6 572/13 572/17
573/21 574/25 575/7
576/4 576/19 577/6
577/10 578/3 578/5
578/11 578/18 579/6
579/7 579/14 580/6
580/10 580/18 581/5
582/2 582/9 583/7
583/8 583/18 584/2
584/24 585/6 585/12
586/14 586/17 586/18
594/8 595/6 619/8
619/23 620/15 620/23
620/24 621/5 621/11
621/17 622/1 622/3
622/10 622/15 623/15
623/16 623/20
HONORABLE [1]
540/10
hope [1] 622/9
hopelessly [1] 584/17
hopped [2] 602/10
602/12
hour [5] 544/16 544/21
548/22 549/6 611/22
hours [3] 544/22
597/17 611/8
House [7] 597/4
597/19 597/24 612/3
615/12 616/14 617/9
House Chamber [1]
597/4
houses [1] 597/6
how [11] 547/7 552/17

568/15 568/19 600/23
601/12 612/17 621/3
How ridiculous [1]
565/2
How's [1] 563/24
Howell [1] 610/4
however [1] 608/8
huge [1] 585/19
humored [1] 568/21
hundreds [7] 543/21
548/14 553/23 554/19
564/15 584/23 613/20

_____

**I**

I agree [3] 575/9 610/1
610/4
I also [5] 565/22
573/25 576/21 585/9
585/14
I am [4] 559/19 572/7
579/7 580/18
I apologize [2] 542/19
582/3
I appreciate [1] 623/18
I believe [3] 579/9
594/17 621/17
I can [12] 559/19 561/9
561/23 562/18 566/20
570/1 578/3 579/14
580/15 583/7 586/16
622/25
I can't [1] 584/3
I cannot [2] 606/15
607/6
I couldn't [1] 570/8
I didn't know [1]
568/20
I do [1] 601/9
I don't [9] 559/21 561/8
562/2 562/17 569/16
573/7 575/17 575/18
576/5
I don't have [3] 566/20
573/8 575/7
I have [6] 545/2 563/23
574/13 594/13 594/13
621/2
I hope [1] 622/9
I just [4] 542/20 620/1
620/15 621/10
I know [19] 542/16
558/23 563/4 564/2
564/5 564/14 565/22
566/7 569/2 569/15
570/5 572/7 574/13
575/4 575/13 576/5
579/8 580/18 620/25
I mean [2] 577/10
622/12
I misspoke [1] 621/19
I say [3] 570/7 580/23
584/20
I should [1] 610/10
I think [12] 543/2 543/3
573/1 573/10 574/17
574/18 574/20 575/2
583/12 585/16 594/6

I thought [1] 620/22
I told [1] 572/22
I turned [1] 564/19
I understand [4]
542/19 566/8 581/18
582/6
I want [6] 564/3 575/12
575/12 576/19 577/9
579/6
I wanted [1] 552/6
I was [3] 542/17
562/13 568/20
I will [13] 562/12
564/14 570/5 572/5
574/13 575/7 578/5
582/9 583/18 585/12
586/16 614/22 619/19
I would [6] 559/20
570/2 582/22 583/5
585/20 623/20
I'd [2] 559/20 620/24
I'll [8] 542/22 542/24
560/4 572/12 575/1
582/10 588/22 613/3
I'll talk [1] 542/24
I'm [26] 566/9 566/23
568/8 569/19 572/6
572/22 576/19 578/18
578/22 580/19 581/4
581/7 581/22 581/23
582/2 582/4 583/7
584/2 584/8 594/8
594/10 609/24 614/1
619/16 621/3 621/4
I'm going [1] 572/22
580/19 581/17 581/22
582/4
I'm just [1] 581/4
I'm not [6] 568/8 572/6
578/22 584/8 594/10
619/16
I'm sorry [2] 576/19
582/2
I've [10] 563/24 564/2
565/10 569/2 570/14
575/4 581/25 615/15
615/18 617/7
ID [2] 557/10 557/17
idea [10] 553/1 561/12
562/6 579/24 587/5
588/3 589/15 589/23
590/3 618/11
identified [3] 571/6
577/1 577/3
identify [1] 576/1
ignorance [4] 566/3
577/21 585/10 606/12
illegally [1] 554/16
imagine [2] 560/22
561/6
immediate [1] 602/14
immediately [3] 599/13
603/23 607/22
impede [12] 550/20
550/24 584/15 607/22
611/2 613/8 614/13
614/17 615/11 615/19

impeded [3] 560/12
576/14 611/5
impeding [5] 550/6
550/17 605/14 606/17
607/9
importance [3] 560/23
581/18 587/13
important [4] 565/19
572/16 575/11 576/9
importantly [1] 567/3
585/20 613/18
impossible [1] 581/3
impression [1] 567/10
576/13
improper [1] 577/16
inactions [1] 558/1
incident [2] 605/18
606/3
incidental [3] 548/1
551/14 559/14
incidentally [2] 547/9
551/25
included [2] 556/18
558/14
including [2] 549/5
554/15
incomplete [1] 556/7
incompleteness [2]
575/24 585/15
inconsistencies [2]
553/14 608/1
inconsistent [3] 545/7
559/18 588/24
inconvenienced [1]
593/10
increased [1] 612/18
increasing [1] 553/4
incredible [1] 588/5
incumbent [1] 585/15
Indeed [1] 612/14
indicated [3] 549/20
590/24 611/13
indicates [2] 605/2
605/7
indicating [2] 588/12
597/10
indication [1] 609/11
Indictment [5] 585/23
604/22 608/12 610/17
616/5
indirectly [1] 553/3
individual [9] 560/21
560/25 562/15 562/18
571/15 580/8 581/2
612/8 612/16
individuals [2] 599/1
599/4
infer [1] 560/17
inference [3] 558/8
561/14 566/6
inferred [1] 607/25
infiltrated [1] 593/22
influence [1] 614/2
information [3] 606/6
623/1 623/6
initial [1] 544/21
initially [3] 597/24

**I**

initially... [2] 602/20
603/15
innocence [1] 608/10
innocent [2] 543/15
559/8
innocently [1] 577/21
inserted [7] 591/5
591/7 591/11 591/15
591/20 591/22 592/23
inside [8] 544/19
549/25 584/14 609/1
611/7 614/6 617/13
618/13
insignificant [1]
568/24
insists [2] 545/14
590/5
inspector [5] 596/11
597/9 597/15 597/18
608/24
Inspector Hawa [1]
608/24
instances [1] 550/22
instead [4] 544/8 548/9
590/20 617/22
instructions [1] 565/23
insult [2] 563/7 593/16
integrity [2] 560/8
563/9
intended [15] 550/17
550/20 551/2 551/18
553/2 563/1 565/17
566/12 566/22 567/4
578/1 605/13 606/16
607/8 614/2
intent [13] 551/6
568/11 578/1 606/13
607/4 607/25 611/2
613/8 615/10 615/19
616/12 616/22 617/8
intention [1] 622/13
intentions [4] 556/14
565/20 577/25 578/9
interact [1] 570/24
interacting [1] 559/16
interaction [5] 560/20
561/2 570/21 570/25
574/22
interest [1] 616/25
interested [1] 561/8
interesting [2] 573/11
577/6
interfere [7] 550/21
550/24 551/2 551/18
568/12 584/15 607/4
interfered [6] 555/9
555/16 555/17 555/18
560/12 576/14
interference [1] 612/20
interfering [8] 550/6
550/18 585/3 585/4
592/15 605/14 606/17
607/9
interview [16] 545/8
546/24 547/9 547/9
549/9 555/7 557/6
557/13 558/16 560/25

604/21 622/25 623/2
interviewed [3] 560/10
604/18 622/21
interviewing [1]
587/21
interviews [1] 559/11
introduced [1] 577/11
investigate [1] 562/21
investigation [6] 556/5
559/6 575/24 585/16
622/6 622/23
investigative [1]
559/18
involved [4] 553/25
574/3 574/4 612/23
ironic [2] 568/15
568/19
ironically [1] 561/17
irritant [2] 583/14
584/4
is [207]
is pathetic [1] 561/22
is there [2] 580/3
623/12
issue [15] 550/14
552/13 552/17 552/20
552/24 567/18 568/19
571/24 573/2 605/2
605/7 606/10 610/11
610/11 619/14
issued [1] 569/5
issues [2] 545/2
595/14
it [147]
it's [34] 547/5 551/9
552/20 555/13 560/5
561/24 562/9 566/18
567/21 569/3 569/4
570/3 570/16 572/12
573/11 574/9 574/10
575/17 575/18 575/22
576/23 578/25 580/12
580/13 581/17 583/3
584/5 584/10 586/21
590/9 594/10 602/10
620/1 621/7
its [6] 553/2 555/1
557/19 558/6 612/9
612/14
itself [7] 573/23 574/11
588/2 596/10 596/23
597/22 615/17

**J**

jacket [1] 598/7
Jackson [7] 540/13
542/8 586/15 594/3
594/10 595/11 620/25
jail [1] 581/11
January [30] 543/16
545/5 547/6 547/11
548/4 553/17 554/13
554/22 555/10 555/17
556/6 556/14 569/24
571/4 571/12 574/23
578/4 578/6 589/10
592/2 593/9 593/11

598/4 604/18 608/25
610/12 613/17
January 6 [3] 555/17
598/4 610/12
January 6th [24] 545/5
547/6 547/11 548/4
553/17 554/13 554/22
555/10 556/6 556/14
569/24 571/4 571/12
574/23 578/4 578/6
589/10 592/2 593/9
593/11 593/18 595/20
596/10 613/17
jeans [1] 598/7
jeopardized [1] 611/19
Jersey [4] 562/8
562/14 568/17 598/3
job [3] 562/7 571/11
576/15
jog [1] 600/5
John [1] 562/10
joined [4] 544/1 593/19
613/9 617/5
joint [3] 596/25 597/3
614/2
judge [12] 540/11
552/23 552/25 553/6
563/5 563/25 565/16
574/13 580/14 581/20
610/4 610/6
Judge Cooper [1]
552/25
Judge Howell [1]
610/4
Judge Moss [1] 610/6
Judge Nichols [2]
552/23 580/14
Judge Nichols's [1]
553/6
judges [4] 579/10
580/17 580/25 609/20
judgment [3] 619/12
619/20 620/12
judicial [2] 580/19
582/25
July [1] 624/7
jump [2] 584/11 603/24
jumped [1] 600/22
jumping [2] 604/12
607/20
jumps [1] 584/11
June [1] 540/5
jurisdictional [2]
552/21 610/2
jury [5] 565/23 581/21
611/16 611/20 611/24
just [50] 542/20 545/23
547/5 547/6 547/18
551/24 553/5 555/11
561/17 562/1 562/5
566/4 567/6 569/10
569/17 573/9 576/17
577/22 578/10 578/22
580/13 581/4 582/9
582/22 583/1 583/7
583/25 585/5 585/12
586/3 586/24 586/25

594/22 594/23 594/25
607/14 608/5 608/7
614/11 614/22 619/11
619/15 620/1 620/15
620/15 621/10 622/18
justify [1] 559/2

**K**

Kaplan [15] 540/18
540/18 542/6 545/22
555/25 563/5 571/13
571/18 574/7 575/22
576/17 581/17 586/1
595/10 619/7
keep [1] 550/24
keeping [1] 601/4
kind [4] 564/25 584/5
594/14 620/25
knew [15] 553/24
553/25 554/3 554/5
555/5 555/19 565/20
576/3 578/9 589/10
609/2 609/17 613/13
616/2 619/17
know [60] 542/16
542/20 552/14 558/23
559/21 560/20 560/21
561/8 561/9 562/17
563/4 563/22 564/2
564/5 564/14 565/1
565/1 565/4 565/7
565/22 565/22 566/7
567/7 568/20 569/2
569/15 569/21 570/5
570/7 572/7 572/8
573/25 574/13 575/4
575/13 575/17 575/18
576/5 576/12 576/18
579/2 579/8 579/8
580/2 580/16 580/18
582/4 583/8 583/12
584/2 584/8 588/20
609/9 601/15 601/20
602/25 620/4 620/24
620/25 622/12
knowing [3] 544/19
553/12 588/9
knowingly [22] 550/16
552/6 552/7 552/9
552/18 565/17 565/25
566/1 582/17 605/12
606/10 606/11 608/11
608/20 611/1 611/25
613/7 613/7 615/14
615/22 616/16 617/12
knowledge [12] 552/11
570/21 577/22 579/12
581/1 582/18 609/8
609/15 609/21 609/25
610/3 615/24
known [1] 613/12
knows [4] 548/6
561/10 562/18 570/23

**L**

labeled [1] 543/15
lack [6] 556/12 559/5

594/22 594/23 594/25
607/14 608/5 608/7
611/4 614/22 619/11
619/15 620/1 620/15
620/15 621/10 622/18
justify [1] 559/2
lacking [1] 556/7
land [1] 576/5
Lanelle [1] 596/11
Lanelle Hawa [1]
596/11
language [1] 601/16
large [2] 597/11 598/9
last [2] 543/17 548/4
later [7] 597/17 599/15
601/12 601/18 602/16
604/14 613/11
laugh [1] 568/14
laughable [2] 561/18
561/24
law [20] 546/6 550/6
550/18 550/21 550/24
559/12 559/15 559/25
563/17 576/15 576/20
580/21 583/21 584/16
587/9 605/14 605/17
606/1 606/17 607/9
lawful [4] 605/18
608/19 608/23 609/2
lawfully [1] 546/11
lawyer [2] 573/5 623/2
lead [1] 562/10
leading [1] 592/2
learned [3] 574/4
584/19 597/12
least [8] 561/15 569/24
569/25 573/24 575/10
582/20 598/23 600/1
leave [8] 544/23 548/8
548/13 549/4 551/15
585/12 588/22 592/23
leaves [1] 604/14
leaving [3] 548/19
549/10 578/6
led [1] 578/7
ledge [3] 600/22 601/2
607/20
left [11] 544/21 546/12
547/9 576/4 578/16
587/15 598/3 598/15
600/16 617/21 618/8
legal [4] 552/20 609/14
610/11 619/10
less [4] 549/21 566/15
591/18 609/12
less-than-lethal [2]
591/18 609/12
let [12] 543/2 562/6
566/4 566/14 569/3
569/17 576/17 595/18
596/9 610/9 611/10
619/15
let's [10] 543/9 545/12
562/5 562/23 574/12
581/22 586/3 586/5
586/19 620/13
lethal [2] 591/18
609/12
level [1] 560/3
library [3] 579/18
579/19 579/25
lie [2] 564/12 564/12

**L**

**lift [2]** 551/11 592/15
**lifted [4]** 576/23 592/19 600/16 607/13
**lifting [2]** 554/14 599/14
**light [4]** 565/1 565/12 566/8 581/10
**like [9]** 549/11 551/22 564/25 573/9 576/11 578/10 593/15 612/10 623/6
**likelihood [1]** 612/19
**likewise [1]** 607/6
**limit [1]** 553/3
**line [28]** 544/4 544/5 544/11 546/21 546/22 548/11 550/23 560/4 567/15 572/2 574/19 576/1 584/9 584/14 590/6 590/13 591/8 591/13 592/13 598/20 599/2 599/16 601/13 601/23 601/25 603/7 606/23 614/11
**lined [1]** 601/4
**lines [3]** 588/4 608/7 609/12
**Listen [1]** 582/2
**listening [3]** 564/1 592/1 592/1
**literally [3]** 561/14 575/3 588/6
**little [4]** 575/16 575/16 595/15 618/13
**live [1]** 576/5
**lived [1]** 562/15
**loan [1]** 612/16
**locate [1]** 562/10
**location [4]** 597/14 597/16 598/13 607/23
**lodged [1]** 597/5
**log [1]** 573/10
**logic [1]** 614/12
**logistical [1]** 613/4
**lone [1]** 580/13
**long [5]** 547/5 590/13 595/13 600/23 601/12
**longer [1]** 595/15
**look [4]** 551/5 584/11 587/2 604/12
**looked [1]** 551/13
**looking [7]** 578/10 584/1 584/12 584/17 601/3 601/5 621/4
**looks [3]** 569/20 584/5 603/23
**lose [2]** 569/3 581/13
**lost [4]** 544/4 568/22 569/1 578/10
**lot [2]** 581/20 593/11
**Lower [13]** 596/1 600/5 600/9 601/1 601/3 601/13 602/8 602/13 602/17 605/6 606/25 617/17 618/21
**Lower West Terrace [4]** 596/1 600/9 602/8

**LRAD [1]** 609/13
**lurkers [1]** 612/10

**M**

**made [11]** 543/19 553/23 560/9 572/20 573/2 592/12 597/13 598/18 600/6 602/7 602/16
**magnified [1]** 612/16
**magnitude [1]** 560/22
**make [12]** 561/14 563/6 564/3 565/1 565/12 565/16 573/8 576/5 591/23 595/14 619/11 620/1
**make-believe [1]** 576/5
**makes [3]** 573/23 603/14 618/13
**making [3]** 596/9 599/12 608/11
**Mall [4]** 546/3 598/7 598/13 598/15
**man [5]** 561/25 569/22 570/4 590/17 603/24
**manifestation [1]** 616/25
**manner [1]** 619/13
**manufactured [1]** 593/5
**many [9]** 545/15 564/20 567/23 567/23 567/23 567/23 575/2 578/4 580/16
**march [2]** 613/19 616/19
**Martin [4]** 540/13 542/8 543/11 580/14
**Maryland [1]** 562/16
**masse [1]** 617/2
**material [1]** 559/11 560/10 560/14
**matter [10]** 542/3 577/17 577/18 577/18 580/11 580/12 590/10 609/22 612/17 624/4
**matters [1]** 581/22
**may [14]** 542/20 547/5 558/1 563/4 565/22 568/18 575/20 580/7 602/9 602/11 613/12 613/12 613/25 620/15
**maybe [9]** 547/6 561/6 561/7 561/7 572/6 573/18 580/1 618/8 618/10
**mayhem [2]** 549/3 598/25
**me [39]** 542/16 543/2 555/11 562/6 563/23 563/23 566/4 566/14 569/3 569/10 569/17 570/10 572/8 573/3 573/4 573/18 574/6 574/11 575/1 575/8 575/14 576/20 581/25 585/3 595/1 595/18

**mean [4]** 568/25 577/10 578/10 622/12
**meandering [1]** 584/17
**meaning [1]** 578/1
**means [2]** 616/19 616/24
**meant [3]** 553/17 621/19 621/24
**measures [1]** 609/13
**mechanical [1]** 541/8
**meet [1]** 570/25
**meeting [2]** 553/13 617/3
**megaphone [5]** 543/21 546/13 553/22 589/22 592/8
**MEHTA [1]** 540/10
**member [1]** 592/4
**members [2]** 592/25 612/14
**mementos [1]** 544/20
**memorized [1]** 570/15
**memos [1]** 622/5
**mens [5]** 553/3 565/6 565/7 565/7 565/13
**mens rea [3]** 565/7 565/7 565/13
**mention [2]** 551/25 571/15
**mentioned [1]** 589/20
**mere [6]** 554/21 555/2 557/3 585/5 585/7 612/23
**merely [1]** 554/21
**Merit [1]** 541/3
**mess [1]** 575/13
**message [2]** 543/20 546/13
**met [1]** 555/1
**metal [1]** 612/5
**MICHAEL [62]** 540/6 542/4 556/5 556/9 556/13 556/23 557/3 557/6 557/20 557/22 557/25 558/1 558/10 559/16 561/20 563/1 563/11 563/12 563/14 564/8 564/20 564/23 565/2 565/13 566/11 566/21 567/4 567/20 567/22 568/6 568/16 569/7 570/22 570/23 571/7 571/15 571/21 571/25 572/25 573/20 573/20 574/10 576/14 576/25 577/12 577/16 577/21 577/22 578/18 581/15 583/22 583/24 584/10 585/14 585/22 595/8 595/19
**Michael Daniele's [4]** 556/13 557/3 558/1 565/13
**middle [9]** 543/19 579/11 580/11 588/5 589/2 589/5 591/14 602/1 614/10
**Mike [4]** 546/8 552/15 553/11 613/12
**Mike Pence [1]** 552/15
**mile [1]** 561/15
**miles [1]** 546/4
**milled [1]** 544/19
**mind [3]** 575/11 578/16 602/6
**mine [1]** 619/19
**minute [3]** 572/21 588/23 622/4
**minutes [18]** 542/17 542/21 542/21 557/12 558/3 563/20 576/18 581/18 581/23 581/25 582/5 584/18 586/4 598/25 603/19 604/13 612/23 618/14
**misbehaved [1]** 583/11
**mischaracterizes [1]** 590/10
**misdemeanor [1]** 620/17
**misdemeanors [3]** 550/7 620/20 620/21
**misleading [2]** 549/14 586/20
**misled [1]** 587/1
**misrepresentation [1]** 557/18
**misrepresented [1]** 587/8
**missed [1]** 555/11
**misspoke [1]** 621/19
**mistake [5]** 559/2 566/3 577/21 585/11 606/12
**mob [4]** 554/22 593/21 611/17 613/9
**modestly [1]** 612/17
**moment [2]** 575/10 578/7
**momentarily [1]**

**Monday [1]** 578/23
**money [2]** 589/4 602/6
**month [2]** 620/21 621/1
**months [2]** 553/5 623/19
**monument [2]** 577/13 598/8
**more [10]** 562/3 565/19 567/3 581/23 582/5 585/13 601/22 609/13 612/23 614/22
**morning [11]** 542/10 542/10 542/17 543/12 543/13 556/1 556/2 576/1 578/23 579/8 598/4
**Moss [1]** 610/6
**most [8]** 544/15 548/7 550/14 566/8 574/1 581/10 585/20 613/3
**motion [4]** 566/7 566/7 619/11 620/6
**mouth [2]** 601/6 601/19
**mouthing [1]** 601/14
**move [8]** 547/3 553/22 572/12 597/13 599/22 599/23 603/2 607/18
**moved [2]** 549/1 578/25 591/12 600/24 606/24 607/16
**movement [2]** 605/22 606/5
**moves [1]** 602/23
**moving [6]** 548/18 588/10 590/18 601/1 602/25 621/7
**MPD [1]** 603/7
**Mr. [184]**
**Mr. Alford's [1]** 612/21
**Mr. Burton [2]** 594/23 594/25
**Mr. Daniele [155]**
**Mr. Daniele's [13]** 545/13 547/25 551/6 554/12 554/19 555/2 588/24 598/12 599/11 599/15 607/25 609/14 611/7
**Mr. Danielle [1]** 545/19
**Mr. Kaplan [10]** 545/22 555/25 563/5 571/13 571/18 575/22 576/17 581/17 586/1 619/7
**Mr. Michael Daniele [1]** 593/8
**Mr. Stuart Kaplan [1]** 542/6
**Ms [1]** 586/15
**Ms. [8]** 542/8 542/8 543/11 580/14 594/3 594/10 595/11 620/25
**Ms. Caroline [2]** 542/8 595/11
**Ms. Jackson [3]** 594/3 594/10 620/25

**M**

**Ms. Martin [2]** 543/11 580/14

**Ms. Sarah Martin [1]** 542/8

**much [9]** 549/20 588/25 606/22 609/4 609/13 609/13 616/3 618/3 623/17

**multi [1]** 611/22

**multi-hour [1]** 611/22

**multiple [5]** 545/17 588/4 588/12 592/22 596/19

**munitions [1]** 549/5

**must [11]** 556/11 559/3 565/16 580/20 605/10 608/16 609/21 610/3 610/20 615/6 616/9

**my [27]** 542/16 543/3 545/2 558/24 559/22 560/18 561/15 566/7 569/16 571/23 572/19 572/22 574/13 575/8 575/12 579/8 580/15 582/11 582/19 584/3 585/17 594/9 610/1 610/7 619/13 621/10 622/13

**myself [2]** 562/16 565/25

**N**

**name [1]** 576/3

**namely [1]** 609/16

**National [1]** 546/3

**natural [1]** 607/17

**nature [1]** 566/2

**near [4]** 603/8 605/1 605/6 608/6

**necessary [1]** 556/8

**need [9]** 542/13 542/20 552/17 562/4 582/7 587/17 594/19 612/13 623/12

**needed [1]** 582/1

**needed 32 [1]** 582/1

**needs [2]** 563/8 583/5

**neither [3]** 550/11 551/3 611/14

**never [2]** 552/23 581/21

**nevertheless [3]** 599/16 603/1 611/15

**new [7]** 562/8 562/14 568/17 598/3 619/11 620/8 620/25

**New Jersey [4]** 562/8 562/14 568/17 598/3

**news [4]** 553/17 553/18 589/11 592/1

**next [5]** 544/13 569/9 590/22 592/18 603/12

**Nichols [2]** 552/23 580/14

**Nichols's [1]** 553/6

**nine [1]** 570/2

**no [54]** 540/4 542/25

554/2 557/15 558/7 558/23 558/25 560/9 564/6 564/6 564/13 566/5 567/10 567/19 568/4 569/1 570/21 570/21 570/25 571/8 571/18 573/6 574/22 578/11 579/3 579/24 580/1 580/24 581/5 582/12 582/12 582/13 583/10 583/13 583/19 583/25 584/7 587/5 589/15 589/23 590/3 590/22 596/21 601/22 604/1 604/3 605/25 607/1 608/21 612/17 618/12

**No. [1]** 556/17

**Nobody [1]** 548/6

**noises [1]** 561/16

**none [6]** 572/11 583/24 591/23 591/24 599/1 623/14

**nonlethal [2]** 549/5 585/1

**nonpublic [2]** 612/3 612/3

**nonsense [1]** 570/8

**Nope [1]** 580/11

**north [1]** 591/17 591/20 601/1 602/17 602/18

**not [141]**

**note [1]** 614/22

**notebook [1]** 594/17

**noted [1]** 609/19

**nothing [3]** 565/19 577/15 577/15

**notwithstanding [1]** 619/12

**now [50]** 542/2 545/2 545/25 546/23 548/2 548/16 550/5 550/8 550/14 554/9 554/24 559/5 562/12 562/20 563/19 563/22 564/14 564/25 566/4 566/6 566/14 567/22 568/24 569/15 573/21 574/12 574/24 575/16 576/18 577/9 577/20 578/18 579/2 579/3 579/6 579/9 579/14 581/3 581/17 581/20 584/2 585/5 586/8 587/2 595/4 595/6 599/24 619/15 621/22 623/23

**number [9]** 558/2 569/11 569/12 570/3 577/10 593/14 599/1 616/25 622/24

**numerous [1]** 612/1

**NW [2]** 540/14 541/5

**O**

**oath [1]** 559/22

**object [1]** 560/4 616/21

objection [2] 576/17 597/5

**obligation [1]** 573/6

**observe [2]** 546/1 576/10

**observed [3]** 559/16 573/20 576/12

**observes [1]** 572/2

**obstruct [3]** 550/20 550/24 584/15

**obstructed [4]** 560/12 576/14 605/21 606/4

**obstructing [11]** 550/6 550/17 585/3 595/23 595/25 604/23 605/14 606/17 607/9 618/18 618/20

**obstructive [2]** 604/25 605/5

**obtain [1]** 558/15

**obvious [1]** 567/21

**obviously [2]** 582/19 617/4

**OC [2]** 583/13 593/2

**OC-sprayed [1]** 583/13

**occasions [1]** 613/1

**occurred [6]** 573/17 597/15 604/25 605/5 611/4 614/16

**occurring [1]** 601/22

**October [2]** 621/20 621/21 621/24 621/25

**odds [1]** 550/2

**off [10]** 544/7 544/9 546/24 547/23 549/3 575/6 581/23 587/16 589/3 599/12

**offense [5]** 608/16 610/3 610/20 615/5 616/8

**offenses [4]** 595/20 595/22 605/10 608/17

**offer [2]** 600/13 607/15

**offered [2]** 556/25 558/18

**offering [1]** 547/10

**office [6]** 540/14 560/24 576/6 597/8 622/21 622/22

**officer [47]** 544/6 544/10 544/12 547/19 549/21 550/10 551/11 551/13 555/19 556/21 556/24 556/25 557/3 557/23 558/9 559/12 559/15 565/3 565/5 565/8 565/9 566/13 566/17 571/1 571/17 572/1 572/4 574/2 575/9 576/9 576/12 587/22 587/24 588/4 590/12 592/15 599/9 599/13 600/3 600/14 605/3 606/20 607/2 607/7 607/15 607/22 612/7

Officer Cruz [3] 587/24 590/12 600/3

officer's [2] 574/9 577/4 592/16 600/2 607/5

**officers [52]** 543/25 544/2 544/23 546/19 546/21 548/5 548/9 548/14 548/20 548/24 548/24 550/7 550/18 551/18 563/17 568/12 571/2 578/13 578/14 578/14 578/15 578/15 584/16 595/23 595/25 598/22 599/2 599/8 599/17 600/11 600/13 601/4 601/8 601/13 601/23 601/25 602/14 603/7 603/8 604/3 604/23 605/15 605/17 606/1 606/18 606/24 607/10 613/2 613/21 614/11 618/18 618/20

**official [8]** 541/4 592/16 605/18 606/2 611/3 611/6 613/9 614/18

**Oh [5]** 543/2 571/5 579/2 581/4 621/19

**okay [19]** 542/22 542/23 543/1 555/14 555/24 569/13 572/14 572/15 577/4 579/4 581/24 594/10 594/13 594/21 620/10 620/19 622/17 623/9 623/17

**Okay, [1]** 586/15

**Okay, Ms [1]** 586/15

**once [7]** 546/14 573/14 577/20 578/19 599/25 600/25 614/22

**one [24]** 544/15 547/7 558/7 560/13 560/16 560/17 563/22 567/6 567/6 574/1 578/7 580/13 584/7 590/22 598/23 599/6 600/13 600/16 600/25 601/5 617/16 617/20 621/1 622/24

**ongoing [1]** 590/12

**only [24]** 542/15 543/24 546/2 546/10 547/25 549/14 552/14 552/24 555/21 556/11 559/25 561/12 562/20 563/10 567/1 570/23 580/14 581/14 587/13 606/20 606/24 607/25 609/9 620/16

**op [1]** 593/4

**open [9]** 544/18 549/11 549/14 558/18 561/13 561/16 583/15 586/25 612/2

**opened [2]** 600/8 600/19

**opening [5]** 569/16 572/19 572/20 572/24 573/8

opinion [5] 560/2 588/11 585/17 619/10 619/19

**opportunities [1]** 592/23

**opportunity [4]** 558/24 572/5 623/5 623/8

**opposed [2]** 606/12 608/10

**opposite [1]** 610/8

**optics [1]** 560/2

**oral [1]** 610/6

**orchestrated [1]** 570/16

**order [5]** 605/9 608/15 612/19 614/25 622/4

**orderly [8]** 611/2 611/5 613/8 614/17 615/11 615/19 616/13 617/8

**organized [1]** 616/20

**Ortega [10]** 548/22 569/17 569/18 573/11 590/11 593/13 593/16 596/16 596/21 608/24

**other [21]** 544/14 547/20 548/9 548/19 551/11 552/12 553/14 554/2 558/8 558/8 560/17 565/3 584/23 588/20 594/14 599/25 600/17 607/3 613/18 617/1 617/22

**others [8]** 543/20 543/16 554/20 567/20 592/13 593/19 612/13 616/22

**our [4]** 559/7 577/14 583/2 594/4

**out [39]** 546/21 547/9 550/3 550/24 553/19 557/23 558/12 560/25 562/10 562/10 565/10 567/9 569/1 575/12 578/6 578/16 580/4 584/13 584/19 589/14 590/20 590/21 591/12 592/19 593/2 594/9 598/25 599/22 600/2 603/5 603/11 604/13 607/11 607/14 607/18 614/19 617/14 617/18 620/14

**outnumbered [4]** 544/3 548/14 589/6 602/5

**outrage [1]** 593/5

**outside [1]** 577/11

**over [19]** 543/17 546/15 551/16 564/9 565/3 570/22 573/15 578/20 579/2 579/3 584/11 588/9 590/1 592/17 593/14 593/14 596/25 597/8 604/12

**own [8]** 545/1 545/4 575/9 584/3 590/25 591/2 593/23 598/9

**P**

**PA [1]** 540/18
**pacing [1]** 601/18
**paid [2]** 569/19 589/11
**paintballs [1]** 585/1
**Palm [1]** 540/20
**panic [1]** 588/14
**parade [3]** 561/10 616/17 616/19
**paraded [2]** 570/3 616/10
**parading [6]** 554/7 554/25 555/6 596/7 616/6 619/3
**pardon [1]** 621/9
**part [10]** 550/5 571/24 602/12 602/22 611/17 612/15 613/24 614/1 616/19 616/24
**participated [1]** 607/3
**participation [1]** 548/4
**particular [4]** 555/19 576/15 578/17 584/22
**particulars [2]** 605/2 605/7
**party [2]** 572/25 574/19
**passage [1]** 608/8
**passed [4]** 549/6 588/17 600/7 612/5
**past [4]** 549/16 578/19 588/12 612/1
**pathetic [1]** 561/22
**Pause [1]** 594/24
**pauses [1]** 568/12
**paying [3]** 563/25 564/4 601/16
**Peace [22]** 544/1 544/22 545/6 547/1 551/3 554/5 555/17 559/13 564/7 564/17 571/25 573/1 573/13 575/4 590/17 591/7 592/12 595/24 598/18 603/21 605/1 618/19
**Peace Circle [7]** 544/1 559/13 564/17 573/1 573/13 575/4 618/19
**penalty [1]** 553/4
**Pence [10]** 546/8 552/15 553/11 579/17 579/23 589/20 596/24 597/7 609/17 613/12
**Pence's [2]** 589/16 592/6
**pending [2]** 609/22 622/14
**Pennsylvania [1]** 598/22
**people [21]** 543/22 545/15 545/19 548/23 553/23 561/18 564/15 564/16 564/20 567/23 574/5 584/23 588/11 589/17 589/22 590/13 590/15 598/20 603/2 613/14 613/20
**people's [1]** 613/22
**pepper [4]** 583/13

**pepper-sprayed [1]** 583/13
**per [1]** 580/12
**perception [1]** 565/8
**perfectly [2]** 589/17 607/17
**performance [7]** 571/11 576/15 605/18 605/23 606/2 606/7 607/5
**performed [1]** 606/14
**perhaps [2]** 560/8 608/9
**perimeter [5]** 596/14 596/17 596/22 608/25 609/3
**period [1]** 607/23
**permeates [1]** 560/8
**permission [1]** 575/19
**permitted [2]** 609/5 609/11
**person [18]** 560/21 562/2 565/25 566/1 567/5 572/8 576/3 576/8 581/4 587/13 600/15 600/17 600/22 607/12 607/20 612/17 615/23 617/6
**personal [4]** 563/7 570/21 570/21 574/22
**personally [1]** 562/12
**persons [1]** 616/25
**persuade [2]** 557/2 558/19
**PGA [1]** 540/19
**phone [7]** 578/21 602/13 603/23 604/7 618/5 618/6 621/10
**photo [5]** 569/8 593/4 604/8 618/2 618/6
**photograph [3]** 557/5 603/25 618/5
**photos [3]** 587/18 590/20 604/10
**physical [2]** 550/10 550/11
**physically [1]** 543/25
**physicist [1]** 566/21
**pick [4]** 544/9 546/20 576/10 600/1
**picked [5]** 564/11 565/2 569/7 574/9 607/15
**picketed [1]** 616/11
**picketing [6]** 554/8 554/25 555/6 596/7 616/6 619/4
**picking [9]** 559/13 562/23 562/24 563/17 566/13 566/17 573/21 576/8 600/3
**picks [1]** 577/22
**picture [10]** 547/18 550/1 556/15 556/16 556/18 556/20 567/14 567/17 568/9 594/18
**pictures [1]** 544/20

**piece [1]** 590/19
**pieces [1]** 561/11
**pin [1]** 561/14
**place [2]** 584/25 592/15
**placed [1]** 606/18
**places [1]** 597/22
**placing [1]** 592/12
**Plaintiff [1]** 540/4
**plastic [1]** 569/8
**play [3]** 545/25 575/1 578/23
**played [10]** 545/21 545/24 555/8 557/14 558/4 560/15 561/17 561/24 563/21 568/2 561/13
**pleasant [1]** 569/4
**please [8]** 567/17 567/17 568/1 569/11 576/20 582/8 586/10 619/11
**plenty [1]** 621/16
**plural [1]** 563/13
**point [21]** 542/20 544/3 557/24 563/7 572/16 586/22 587/24 594/7 599/5 599/6 599/19 599/20 600/23 601/5 604/1 604/11 617/20 617/21 617/22 618/9 618/10
**pointed [5]** 547/14 565/10 578/13 589/1 590/19
**pointing [5]** 561/3 561/4 561/6 601/14 613/1
**points [1]** 614/7
**poking [1]** 575/17
**police [77]** 543/24 544/2 544/3 544/10 544/11 544/23 546/19 546/22 547/19 549/4 549/21 550/23 551/2 551/10 555/10 555/16 555/19 556/20 556/24 556/25 557/10 557/17 557/23 558/9 565/3 565/3 565/4 565/8 565/9 568/12 568/17 571/16 572/1 572/4 574/20 575/9 577/3 577/4 577/13 578/14 578/14 578/15 578/15 586/24 587/17 587/22 588/3 588/4 588/11 588/14 588/25 589/1 589/2 589/2 589/6 589/7 590/11 591/9 591/12 591/13 592/20 592/25

**piece [1]** 590/19 599/16 601/20 602/5 602/21 604/3 608/7 609/12 612/7 613/2 613/21 614/20 618/12 618/14
**police's [2]** 591/17 612/19
**polished [1]** 569/21
**political [2]** 616/21 617/1
**politics [1]** 553/19
**pool [3]** 546/4 546/5 598/17
**population [1]** 578/22
**Porta [1]** 561/7
**Porta Potty [1]** 561/7
**portion [1]** 598/10
**posed [2]** 607/19 612/8
**posing [1]** 592/24
**position [7]** 552/13 552/25 569/3 569/4 580/8 582/19 594/6
**positioned [2]** 556/22 602/9
**positively [1]** 577/1
**possess [1]** 609/15
**possession [1]** 563/13
**post [5]** 545/7 557/6 558/16 563/11 608/2
**post-arrest [5]** 545/7 557/6 558/16 563/11 608/2
**potential [1]** 580/21
**Potty [1]** 561/7
**power [3]** 582/23 582/24 621/10
**practice [1]** 559/18
**practiced [1]** 545/6
**precluded [1]** 559/10
**Preliminarily [1]** 587/19
**prepare [2]** 545/10 622/22
**prepares [1]** 562/8
**preposterous [1]** 566/13
**presence [17]** 552/21 554/19 554/21 555/2 557/4 583/22 585/6 585/7 609/22 610/2 611/7 611/8 611/17 611/21 612/17 612/23 614/13
**present [11]** 542/5 542/7 554/21 562/25 586/12 594/11 595/9 598/10 613/24 618/12 623/6
**presentation [1]** 586/2
**presentations [1]** 623/18
**presented [2]** 557/5 583/21
**Presentence [3]** 621/15 622/6 622/22
**presently [1]** 609/22
**preside [1]** 596/25

**President [38]** 545/16 545/18 545/19 546/8 552/15 553/10 553/20 553/21 561/20 579/17 579/23 579/25 589/16 589/18 589/19 589/20 589/20 590/1 592/2 592/4 592/5 592/6 592/9 592/11 596/24 597/7 597/14 597/16 597/19 598/10 598/12 598/14 598/15 600/17 613/13 614/19 614/24 619/17
**President Pence [3]** 579/17 579/23 597/7
**President Pence's [1]** 589/16
**President Trump [11]** 545/16 545/18 545/19 546/8 553/20 553/21 589/20 592/2 592/4 592/9 592/11
**President Trump's [7]** 589/18 589/19 590/1 592/5 598/10 598/12 598/15
**President's [3]** 609/21 610/2 613/25
**presumed [2]** 559/8 581/7
**pretrial [1]** 583/2
**Prettyman [1]** 541/5
**prevent [1]** 563/17 566/12 567/4 571/17
**preventing [1]** 564/10
**prior [5]** 596/10 596/12 610/12 619/20 622/18
**probably [5]** 562/16 570/1 574/1 575/10 583/3
**Probation [3]** 621/14 622/21 622/22
**probative [1]** 565/14
**probing [1]** 575/16
**problem [2]** 594/12 594/12
**proceeded [1]** 598/7
**proceedings [8]** 540/10 541/8 554/20 598/1 614/18 616/23 623/24 624/4
**proceeds [1]** 577/23
**process [1]** 559/8
**procession [2]** 616/20 617/2
**produced [1]** 541/8
**professional [1]** 569/22
**proof [3]** 557/25 558/20 610/15
**proper [2]** 610/13 610/14
**properly [1]** 562/21
**property [4]** 568/22 569/1 569/3 569/6
**prosecutions [1]**

**P**

prosecutions... [1] 569/24
prosecutor [1] 572/20
protect [4] 585/1 607/18 613/21 618/15
protected [3] 577/14 605/23 606/8
protectee [5] 561/21 579/13 580/5 580/13 582/19
protectee's [1] 552/21
protectees [1] 597/2
protecting [1] 614/12
Proud [1] 574/5
prove [5] 609/21 609/25 614/23 615/6 616/9
proved [4] 543/17 605/10 608/16 610/21
proven [2] 552/5 610/3
proves [1] 593/6
provide [2] 594/23 594/25
provided [2] 583/20 585/16
proximity [3] 560/18 562/14 610/24
public [9] 560/2 579/18 579/19 579/25 596/23 611/19 616/24 617/1 617/5
pull [1] 567/17
pulled [5] 547/23 551/8 576/23 606/11 607/14
pulling [3] 547/19 599/3 605/7
pulls [1] 599/21
punch [1] 588/11
punches [1] 592/14
punching [1] 564/22
purpose [5] 550/17 563/2 563/17 566/12 566/22 567/4 605/13 606/16 607/8 622/23
purposeful [1] 568/11
purposes [1] 561/1
push [4] 567/25 573/14 590/20 590/21
pushed [3] 544/14 547/8 547/14 551/5 551/13 564/9 567/7 586/24 590/17 599/4 600/19 600/21 607/10
pushes [1] 567/12
pushing [7] 547/16 563/15 564/21 578/14 591/1 591/16 599/2
put [8] 556/11 561/10 566/11 566/22 571/16 585/18 585/18 588/15
puts [1] 562/10

**Q**

quarter [1] 561/15
quarter-mile [1] 561/15
quarterback [1] 578/24
question [8] 554/2
609/14 617/1 619/10 621/23
questioning [1] 570/16
quick [1] 586/16
quickly [3] 542/24 582/10 584/18
quite [7] 542/17 559/17 559/21 559/24 563/24 564/4 574/6

**R**

rack [32] 591/9 591/9 599/10 599/12 599/13 599/14 599/20 599/24 599/25 600/7 600/7 600/11 600/12 600/18 600/18 600/20 600/22 600/25 602/9 605/3 605/8 606/11 606/12 606/18 606/20 606/22 606/24 607/10 607/13 607/16 607/18 607/19
racks [14] 596/17 596/19 598/20 598/24 599/3 599/3 599/6 599/9 599/17 600/16 603/20 606/21 609/6 609/9
radio [1] 597/10
raise [1] 599/10
raised [4] 552/12 557/1 557/24 601/25
raising [2] 591/14 606/21
rally [13] 543/20 545/13 545/15 545/17 546/8 546/12 553/10 577/13 577/17 587/22 589/10 589/17 592/3
ran [3] 588/8 588/12 592/18
rather [2] 557/8 612/15
rational [1] 611/20
rationally [1] 611/16
re [3] 571/17 591/9 591/10
re-erect [1] 591/9
re-erecting [1] 571/17
re-establish [1] 591/10
rea [5] 553/3 565/6 565/7 565/7 565/13
reach [4] 552/17 591/12 592/19 604/2
reaches [1] 599/21
reaching [1] 607/14
reacting [2] 545/19 589/18
read [3] 578/4 611/10 623/3
readily [1] 576/7
reading [1] 553/16
realized [3] 551/15 618/9 618/10
realizes [1] 566/1
really [4] 568/15 572/6 581/19 581/22
Realtime [1] 541/4
reason [7] 561/9 561/17 568/11 570/23 579/14 588/20 613/18 621/23
reasonable [19] 556/10 566/6 582/13 585/14 591/24 593/7 605/11 606/15 607/7 607/7 608/17 609/25 610/16 610/22 613/6 614/15 615/6 616/9 619/16
reasoning [1] 610/4
rebut [2] 558/24 559/1
rebuttal [2] 586/4 586/13
recall [3] 572/18 573/1 575/5
recess [6] 586/8 586/9 595/4 595/5 612/14 613/10
recessed [3] 597/24 597/24 597/25
recitation [1] 545/6
recognize [1] 570/22
recognized [3] 568/17 573/13 574/16
reconceptualized [1] 553/2
record [5] 542/3 558/18 595/7 619/15 624/3
recorded [2] 541/8 604/21
recording [1] 561/13
records [1] 578/4
red [1] 579/1
refer [1] 558/2
reference [1] 571/15
referring [1] 557/11
reflecting [3] 546/3 546/5 598/17
reflects [1] 622/5
refuge [1] 585/1
refute [2] 559/1 568/8
Registered [1] 541/3
rehabilitate [1] 581/2
relating [1] 595/20
relatively [1] 598/8
release [2] 622/10 622/14
relevant [2] 565/10 565/14
relied [2] 552/23 556/9
relive [1] 593/13
reluctant [1] 575/17
rely [1] 590/20
remain [1] 622/14
remained [7] 552/8 554/3 597/16 599/5 599/16 608/18 608/22
remaining [4] 552/2 596/2 608/13 618/22
remains [2] 603/1 610/12
remarks [1] 572/20
remember [5] 561/3 569/17 573/10 575/19 620/25
removal [1] 550/21
render [1] 585/24
repeatedly [3] 545/4 591/5 592/23
repeating [1] 589/19
repercussions [1] 559/22
report [9] 568/23 569/1 569/1 621/15 622/6 622/23 622/23 623/3 623/4
Reporter [4] 541/3 541/3 541/4 541/4
reports [2] 571/12 571/14
reprehensible [1] 558/19
representation [3] 573/3 579/8 580/15
represented [2] 557/7 572/23
require [4] 550/9 565/7 578/1 581/1
required [6] 559/18 565/15 565/23 580/2 609/25 614/23
requirement [4] 552/11 554/23 556/8 582/17
requires [4] 552/14 579/12 580/5 582/24
requisite [2] 606/13 609/8
resides [1] 562/18
resist [1] 580/20
resolve [2] 577/20 583/4
resolved [1] 610/12
resources [1] 562/6
respect [7] 547/1 550/8 550/14 554/24 579/11 582/17 619/9
respected [1] 588/25
respectful [1] 569/19
respectfully [2] 553/1 610/7
respective [1] 597/7
respectively [1] 552/4
responding [1] 544/22
responsible [8] 563/15 564/23 569/5 572/25 573/12 583/16 590/6 593/24
rest [4] 570/7 578/22 593/5 623/18
restoring [1] 612/19
restricted [36] 543/22 552/2 552/3 552/8 552/10 552/15 554/3 577/8 577/19 577/23 578/24 579/4 579/4 579/11 579/13 579/18 579/22 580/5 580/12 580/25 582/16 588/9 592/18 596/2 596/5 608/13 608/19 608/22 608/25 609/3 609/16 610/18 610/24 614/25
result [1] 571/12
resulting [1] 575/6
resume [3] 586/5 612/9 613/10
resumed [2] 597/25 598/1
retired [2] 544/6 597/6
retreated [2] 544/4 548/10
retreats [2] 567/9 567/12
retrieved [1] 569/9
return [5] 555/21 558/12 588/4 588/18 593/25
returned [2] 548/12 604/17
reus [1] 565/6
reverse [1] 580/25
review [3] 545/9 571/12 623/4
reviewed [2] 570/13 570/14
revised [1] 543/3
riddled [1] 553/14
ridiculous [1] 565/2
right [31] 542/9 542/12 543/9 546/9 546/10 553/11 555/13 555/25 566/4 567/22 567/24 568/3 572/12 575/22 576/4 581/16 586/1 586/3 586/12 590/18 594/3 594/4 594/19 595/12 599/7 599/11 603/24 619/5 620/11 623/3 623/11
rights [1] 581/13
rinse [1] 617/18
riot [11] 543/16 543/19 548/4 554/22 588/5 588/8 591/6 591/19 592/24 593/20 603/7
rioter [2] 547/16 588/16
rioters [14] 544/10 544/15 546/20 547/23 548/9 548/19 549/2 549/5 550/24 551/7 563/14 589/6 593/15 612/2
riotous [1] 593/21
rise [3] 586/7 595/3 623/22
RMR [2] 624/2 624/8
role [3] 589/16 592/6 593/9
roll [1] 581/5
Ronald [1] 596/16
Ronald Ortega [1] 596/16
rowdy [1] 599/17
rows [1] 564/20
ruined [1] 593/11
ruled [2] 552/13 619/14
ruling [1] 610/6
Ryan [1] 573/25

**R**

Ryan Samsel [1]
573/25

**S**

sacrificed [1] 593/17
safety [2] 611/19
612/14
Safeway [1] 606/6
said [25] 542/16
563/24 565/1 568/22
570/20 572/1 572/20
572/21 572/24 573/3
573/5 573/7 575/20
575/22 576/12 583/1
586/20 593/8 593/11
601/9 601/15 601/20
607/1 608/4 621/1
same [17] 546/1
551/20 556/18 557/5
558/6 558/10 561/23
568/23 584/20 588/19
597/23 600/15 600/17
601/18 601/24 607/23
622/10
Samsel [1] 573/25
Sarah [2] 540/13 542/8
satisfied [1] 610/16
saw [5] 546/17 549/11
551/15 562/22 588/14
say [22] 542/20 556/16
562/1 562/1 563/4
566/22 570/2 570/7
571/20 572/7 578/5
580/23 581/4 581/21
582/9 584/20 585/6
585/10 613/3 618/15
619/15 621/24
saying [10] 545/20
553/21 562/2 562/2
562/3 580/11 581/20
589/12 592/2 598/14
says [3] 547/15 561/25
565/25
scaffolding [15] 579/2
584/23 591/17 591/17
591/21 593/3 602/18
602/19 603/2 603/4
603/6 603/13 603/14
614/8 617/17
scale [1] 616/20
scene [1] 564/22
scheme [1] 568/15
scratching [1] 584/8
screaming [2] 561/19
578/13
screening [1] 612/6
screenshots [1] 558/6
script [3] 570/4 570/7
570/10
scripted [1] 570/17
se [1] 580/12
search [1] 563/10
seated [3] 586/10
622/20 622/20
second [17] 544/4
544/11 548/11 560/19
566/16 576/21 577/24

608/20 611/1 613/6
615/10 615/18 616/12
617/7
seconds [3] 557/12
558/3 584/18
Secret [11] 561/21
579/13 579/15 579/18
580/5 580/12 582/18
596/12 597/2 606/9
614/20
Section [1] 550/8
Section 231 [1] 550/8
secure [3] 596/22
597/14 597/16
security [5] 596/14
596/16 612/4 612/6
612/8
see [10] 547/17 551/12
551/14 564/18 567/16
567/22 567/24 571/21
575/14 623/19
seeing [4] 548/13
549/18 603/9 618/1
seemed [1] 547/10
seemingly [2] 549/25
601/19
seen [18] 546/20 564/2
564/15 575/2 575/4
588/11 589/18 598/16
599/12 600/25 601/8
601/12 601/18 601/25
602/13 603/15 604/12
614/7
sees [2] 572/2 603/24
segment [1] 607/13
seize [1] 587/13
self [2] 553/15 586/21
self-serving [2] 553/15
586/21
selfies [1] 584/5
Semmel [7] 549/9
557/8 559/9 561/4
562/7 563/12 590/24
Semmel's [2] 562/21
563/9
Senate [12] 597/8
597/19 597/23 597/23
603/16 603/17 603/22
604/4 604/5 604/15
617/23 618/13
Senate Wing [1]
603/16
sense [3] 573/23
591/23 618/14
sentenced [1] 581/3
sentencing [14]
619/13 619/21 619/22
620/4 620/5 620/13
622/5 622/7 622/8
622/14 622/19 623/4
623/7 623/9
separated [1] 599/19
separation [1] 573/16
September [1] 621/4
Service [11] 561/21
579/13 579/15 579/18
580/5 580/13 582/18

614/20
serving [2] 553/15
586/21
session [9] 554/18
555/3 596/25 597/3
614/2 615/12 615/20
616/14 617/9
set [7] 544/13 580/4
588/10 592/18 600/7
600/25 620/13
sets [1] 579/19
seven [1] 570/2
several [10] 554/13
564/20 567/11 571/20
571/23 583/1 589/20
590/7 590/7 621/1
severely [2] 544/3
548/14
she [3] 565/11 597/10
597/12
She's [1] 565/11
sheer [1] 593/14
shields [1] 548/24
shortly [2] 600/10
618/8
should [7] 543/4 544/7
550/19 551/5 563/6
609/10 610/10
shout [1] 602/24
shouting [1] 601/21
shoving [1] 564/22
show [8] 546/7 550/9
560/17 563/14 564/19
566/15 573/10 618/3
showed [12] 551/17
564/18 567/10 575/15
579/1 584/21 584/21
597/21 598/11 606/19
613/1 617/18
showing [2] 571/20
573/19
shown [4] 551/1 553/7
554/10 583/23
shows [12] 546/5
547/15 566/15 566/16
566/25 567/15 590/15
590/20 590/21 591/5
591/25 602/24
shrill [1] 612/4
side [12] 544/14
546/24 547/16 548/18
549/3 586/24 595/17
598/17 599/25 600/21
602/18 612/24
sign [1] 592/23
signs [8] 546/15
546/16 546/18 549/23
588/12 596/18 609/19
612/1
similar [1] 552/12
simple [3] 559/2 562/7
570/6
simply [1] 617/21
simultaneously [1]
564/16
since [1] 547/6
single [4] 578/6 578/6

sir [5] 542/11 570/12
571/3 571/8 622/20
sister [1] 571/2
sit [2] 558/24 573/9
sits [1] 562/8
situation [2] 544/8
588/19
situation: [1] 548/23
situation: people [1]
548/23
six [3] 553/5 570/2
595/22
skaplan [1] 540/21
skills [1] 545/23
slated [1] 544/11
Smith [2] 562/10 610/6
snow [13] 547/22
551/8 567/19 567/19
568/6 568/9 568/10
588/10 596/18 596/19
598/20 599/19 599/21
snow fencing [1]
596/18
so [53] 542/12 542/19
543/4 543/9 545/14
545/15 568/9 568/10
570/10 574/17 576/4
576/20 577/4 581/22
582/7 585/2 586/5
586/19 590/12 594/4
594/10 594/22 595/13
595/17 595/19 599/11
599/15 599/23 601/11
602/23 603/6 608/20
608/20 608/23 610/14
611/1 611/4 613/7
614/16 615/10 615/18
616/12 618/3 618/17
619/5 619/18 620/11
620/13 622/7 622/7
622/7 622/18 622/25
So let's [1] 586/5
solely [1] 563/15
some [21] 549/11
563/7 563/8 567/9
568/18 583/14 585/18
594/14 600/23 603/11
604/10 604/11 607/19
607/23 613/1 616/20
616/25 617/1 617/18
620/13 622/25
somehow [3] 548/3
561/4 589/8
someone [8] 563/4
570/5 572/7 580/7
584/3 588/25 604/7
618/6
someone's [1] 566/13
something [7] 548/2
557/9 583/18 585/11
587/23 601/7 601/14
sometime [2] 597/9
598/1
sometimes [2] 549/2
549/3
somewhere [1] 566/18
soon [2] 554/5 601/10

song [5] 576/19 582/2
621/20 621/22 621/25
sort [2] 543/2 549/11
soul [1] 578/10
sounding [1] 549/20
south [3] 574/7 591/16
602/8
southward [1] 601/3
space [4] 575/10 577/8
583/22 584/25
speak [4] 553/20 561/1
564/5 583/8
speaking [3] 562/12
592/11 615/23
speaks [1] 588/2
Special [1] 557/7 557/7
specific [1] 578/1
specifically [2] 552/6
600/5
spectator [2] 543/16
578/22
speculative [1] 567/9
speech [8] 546/2 546/6
577/14 590/1 598/11
598/16 613/25 614/2
spending [1] 602/6
split [4] 579/10 580/11
597/6 609/19
spoken [2] 569/21
571/2
spray [4] 593/2 603/4
603/10 617/16
sprayed [3] 583/13
583/13 614/9
spraying [1] 548/24
spread [2] 543/20
546/13
square [1] 617/15
squarely [1] 565/18
squeezed [1] 567/23
staff [1] 592/25
stairs [7] 549/7 556/22
577/2 600/4 603/12
614/8 617/23
stand [6] 559/24
561/11 563/5 575/20
599/8 609/4
standard [1] 566/8
standing [8] 545/18
546/15 546/19 560/18
566/9 578/20 586/24
601/2
stands [2] 558/11
607/22
Starbucks [1] 561/8
start [3] 543/10 545/12
573/15
started [5] 543/9 559/5
573/14 589/9 599/4
state [4] 553/19 568/17
588/8 589/14
state's [1] 597/5
statement [5] 546/25
549/13 569/16 572/19
572/24 573/8
statements [4] 553/15
608/2 608/7 608/11
states [24] 540/1 540/3

**S**

**states... [22]** 540/11
542/3 556/3 560/1
560/24 563/12 576/6
581/6 593/1 595/7
595/21 608/14 610/5
610/6 610/19 611/11
613/14 615/4 615/8
615/25 616/7 616/11

**stating [2]** 551/20
609/4

**statute [5]** 552/14
552/18 553/2 553/4
579/15

**stay [2]** 622/19 622/20

**stayed [10]** 544/15
548/15 548/21 587/15
588/22 591/3 592/22
592/23 593/3 593/4

**Steal [3]** 553/10 592/3
598/5

**stenography [1]** 541/8

**step [3]** 566/21 567/6
567/6

**stepped [10]** 544/1
551/3 564/10 566/11
590/22 591/8 592/14
592/17 606/10 606/23

**stepping [5]** 547/18
554/13 563/16 605/2
606/22

**steps [4]** 551/10
566/16 567/6 599/24

**sticking [1]** 570/10

**still [8]** 542/18 545/11
546/15 553/7 574/19
577/24 590/13 621/2

**stood [5]** 572/24
575/21 600/25 612/2
614/11

**stop [5]** 553/10 566/4
568/3 592/3 598/5

**stopped [2]** 550/1
553/16

**stops [1]** 568/13

**storage [1]** 594/14

**Store [1]** 606/6

**stormed [1]** 593/15

**story [9]** 545/4 545/10
545/11 547/21 547/25
550/3 587/3 587/3
588/20

**streaming [2]** 548/14
590/13

**Street [1]** 540/14

**strongly [2]** 553/20
583/19

**struggle [2]** 575/3
599/8

**struggled [1]** 574/18

**struggling [1]** 546/22

**Stuart [6]** 540/18
540/18 542/6 563/24
574/7 595/10

**Stuart Kaplan [1]**
595/10

**stuartnkaplanpa.com
[1]** 540/21

**stuff [1]** 593/11

**stupid [1]** 584/6

**subsequently [1]**
572/3

**substances [1]** 548/25

**substantive [1]** 552/24

**such [4]** 560/2 581/7
608/5 609/25

**sufficient [1]** 585/7

**suggest [8]** 557/1
561/14 561/19 565/12
565/22 566/10 585/8
587/20

**suggested [4]** 557/16
590/16 610/10 614/4

**suggesting [4]** 564/7
574/2 606/21 607/4

**Suite [1]** 540/19

**summer [1]** 623/19

**summertime [1]** 621/2

**Sunday [1]** 621/18

**support [1]** 616/20

**supported [1]** 591/24

**supports [1]** 551/4

**supposed [8]** 544/20
554/4 554/18 555/3
555/4 588/21 609/1
616/2

**sure [9]** 564/3 571/9
595/14 608/4 619/11
619/25 620/1 620/7
621/12

**surely [1]** 613/13

**surged [1]** 601/10

**surges [1]** 602/21

**surrounded [2]** 589/17
613/20

**surrounding [1]** 551/6

**sustained [1]** 572/14

**sworn [1]** 559/22

**sympathy [2]** 582/25
617/1

**T**

**tactical [1]** 560/15

**tactics [1]** 591/18

**take [16]** 550/1 553/19
572/5 572/9 579/8
580/15 584/4 586/3
603/11 604/10 616/19
616/24 618/5 618/6
623/12 623/18

**taken [3]** 590/20 604/8
614/19

**takes [2]** 580/19
603/25

**taking [5]** 544/20
548/23 578/11 595/13
617/2

**talk [6]** 542/24 569/17
574/12 586/19 588/22
592/4

**talked [3]** 546/8 559/5
572/21

**talking [3]** 553/11
577/18 578/19

**talks [1]** 586/18

**target [1]** 580/8

**taunt [1]** 613/2

**team [1]** 579/19

**tear [2]** 549/4 550/4

**tech [3]** 545/2 545/22
595/14

**Technically [1]** 572/14

**telephone [1]** 583/2

**tell [20]** 559/19 561/9
561/23 562/7 562/12
562/18 565/11 566/14
566/20 566/25 569/3
570/1 570/5 574/13
578/3 579/14 580/15
581/17 583/7 583/18

**telling [2]** 579/7 587/3

**temperament [2]**
580/19 582/25

**temperature [1]** 572/9

**tempered [1]** 563/6

**temptation [1]** 580/20

**Terrace [18]** 549/7
591/21 596/1 600/6
600/9 601/2 601/3
601/8 601/11 601/14
602/8 602/13 602/17
603/14 605/6 606/25
617/17 618/21

**testified [15]** 547/13
553/16 569/24 573/24
573/25 574/16 583/24
587/24 590/12 596/21
597/9 597/18 602/3
608/24 612/7

**testify [2]** 544/25 545/3

**testifying [2]** 559/10
572/11

**testimony [13]** 545/13
545/16 551/4 551/22
553/13 574/15 587/9
590/10 596/1 596/12
598/9 609/7 616/4

**texted [1]** 563/23

**than [12]** 558/8 565/20
566/15 581/5 585/13
591/18 595/15 601/22
609/12 612/15 612/23
619/19

**thank [20]** 542/23
555/14 555/24 569/13
572/13 585/25 586/1
586/6 586/10 594/2
594/3 619/24 620/22
621/5 622/3 622/16
623/10 623/17 623/20
623/21

**thank you [15]** 542/23
555/14 555/24 569/13
585/25 586/1 586/6
586/10 594/2 594/3
619/24 620/22 621/5
622/16 623/10

**Thanks [1]** 595/2

**that [487]**

**that day [1]** 544/24

**that's [22]** 546/4
624/25 548/2 551/21

**561/19 564/3 565/14**
565/15 568/4 570/23
572/15 573/16 579/5
591/4 606/6 619/19
620/11 620/22 622/20
622/21

**their [20]** 553/23
556/21 557/1 557/24
558/9 558/10 558/14
570/7 571/16 572/9
572/24 576/15 579/19
584/4 590/18 592/25
597/6 605/18 606/2
615/24

**them [19]** 548/18
555/17 555/18 558/11
560/12 563/16 564/10
570/13 570/14 570/15
576/7 587/7 592/19
601/14 601/16 603/18
613/2 617/24 618/6

**then [37]** 544/13
546/21 547/23 553/18
556/16 558/15 564/9
570/7 575/21 577/24
584/19 586/25 589/2
589/3 589/21 589/25
590/5 591/11 591/15
592/7 592/17 592/22
594/25 597/8 597/13
597/25 600/4 603/12
603/13 604/6 604/9
604/13 604/17 606/23
612/5 618/7 618/7

**theory [2]** 585/5
591/23

**there [76]** 544/20
545/15 546/14 546/25
549/1 554/4 555/4
556/13 557/15 557/15
558/23 558/25 560/9
561/12 562/2 562/17
564/5 564/12 564/15
565/19 566/4 566/5
566/10 567/19 567/22
568/3 571/14 571/19
573/16 577/15 578/7
578/8 578/24 579/22
579/23 580/3 580/3
580/16 580/17 582/12
582/12 583/17 583/21
583/23 583/25 584/1
584/7 584/17 585/9
585/21 589/24 590/4
598/8 598/19 600/10
602/6 602/10 602/13
604/2 604/7 607/1
608/25 609/7 609/8
609/19 611/12 611/24
613/18 613/22 614/13
616/3 617/24 618/12
619/17 619/18 623/12

**there's [24]** 554/2
560/13 561/24 567/10
567/14 568/4 568/8
574/8 576/24 579/21
580/23 581/8 581/9
582/13 582/13 583/10

**561/14 548/4 565/14**
565/15 568/4 570/23
572/15 573/16 579/5
591/4 606/6 619/19
620/11 620/22 622/20
622/21

**585/13 594/17 595/17
605/25 608/21

**thereafter [2]** 563/16
618/8

**thereby [1]** 556/7

**these [8]** 550/22 552/5
560/10 568/12 577/25
580/25 605/9 617/7

**they [40]** 543/22
544/11 548/19 549/15
551/8 557/24 557/25
558/9 558/14 560/20
560/21 561/10 561/17
562/1 562/1 569/15
569/20 570/3 570/6
570/17 570/18 570/18
572/23 572/23 572/24
573/14 573/15 578/11
580/1 580/6 580/6
580/9 583/23 587/19
588/9 590/20 593/17
603/2 615/24 622/25

**They're [2]** 581/11
581/12

**thing [9]** 546/9 546/10
547/7 548/5 548/8
553/11 563/22 575/11
575/21

**things [10]** 550/11
570/20 578/15 581/14
586/21 608/4 621/1
622/19 622/24 622/24

**think [18]** 543/2 543/3
565/4 568/25 573/1
573/10 574/17 574/18
574/20 575/2 577/7
580/1 581/9 583/12
585/14 585/16 594/6
594/9

**thinking [7]** 543/3
547/5 548/5 565/5
565/13 565/17 575/11

**third [6]** 611/4 614/15
615/13 615/21 616/15
617/11

**this [120]**

**thorough [1]** 556/7

**those [17]** 546/7
546/18 546/24 548/5
550/11 552/7 554/20
564/9 564/10 571/14
573/14 603/8 606/14
608/7 619/20 620/17
622/6

**though [1]** 617/24

**thought [4]** 617/20
618/11 618/16 620/22

**thousand [1]** 556/16

**thousands [5]** 564/16
590/15 593/19 613/20
616/22

**threat [1]** 592/25

**threaten [1]** 580/7

**threatened [2]** 557/3
557/24

**threats [1]** 612/10

**three [3]** 570/1 605/20

**three... [1]** 610/21
**threw [1]** 592/14
**through [26]** 544/17
546/9 549/15 555/4
566/3 567/25 570/24
576/5 579/22 583/25
587/8 588/4 590/13
591/16 593/20 595/15
597/22 600/7 603/22
603/24 604/5 604/15
612/2 612/5 617/24
623/5
**throughout [3]** 543/14
551/22 562/22
**throwing [2]** 548/23
578/15
**thumb [2]** 594/13
594/20
**time [46]** 542/16 545/9
545/23 547/6 547/19
551/20 558/10 559/10
562/6 565/21 566/17
570/3 572/3 573/18
573/20 574/8 575/5
575/9 578/25 579/1
580/2 581/7 584/4
585/2 587/2 587/18
590/21 597/23 600/15
600/18 601/24 603/6
605/16 606/1 607/1
607/4 607/23 608/8
611/14 612/25 619/13
620/1 621/14
**timely [1]** 619/12
**times [3]** 575/2 583/1
589/21
**timestamp [2]** 555/11
555/12
**timing [1]** 602/11
**titled [1]** 624/4
**to, [1]** 582/8
**to, please [1]** 582/8
**today [5]** 564/25 566/9
583/4 587/7 610/13
**toeing [1]** 574/19
**together [2]** 562/25
565/25
**told [14]** 545/4 547/2
549/9 569/23 572/22
572/23 574/21 575/23
577/6 581/25 586/23
589/22 592/8 592/9
**tomorrow [2]** 620/8
620/9
**too [7]** 543/3 569/2
574/17 576/20 578/4
599/23 601/11
**took [12]** 544/8 554/13
558/6 559/23 575/16
575/16 587/17 595/15
597/22 607/3 607/10
618/2
**top [1]** 556/22
**touch [1]** 547/3
**touched [1]** 608/6
**toward [7]** 548/15
604/6 607/16 617/6
**towards [3]** 566/23
600/5 601/10
**trained [1]** 588/8
**transcript [3]** 540/9
541/8 624/3
**transcription [1]** 541/8
**transcripts [1]** 570/11
**transient [1]** 579/16
**transmissions [1]**
597/10
**travel [1]** 589/14
**travels [1]** 552/18
**trespass [1]** 580/2
**trespasser [1]** 585/7
**trial [15]** 540/9 543/14
545/10 560/5 562/23
568/21 573/25 574/1
594/4 594/9 596/12
611/13 612/7 619/11
620/9
**trials [2]** 573/24 574/1
**tried [5]** 544/4 584/25
592/15 613/21 614/8
**trier [1]** 564/3
**trooper [1]** 588/8
**trouble [1]** 603/9
**troubling [1]** 559/17
**true [6]** 547/4 584/20
587/4 590/9 591/1
591/4
**Trump [16]** 545/16
545/18 545/19 546/8
553/10 553/20 553/21
561/16 562/3 577/13
589/12 589/20 592/2
592/4 592/9 592/11
**Trump's [7]** 589/18
589/19 590/1 592/5
598/10 598/12 598/15
**trust [1]** 586/21
**trustworthiness [6]**
556/8 559/6 560/7
575/25 586/19 586/19
**truth [4]** 562/25 563/10
584/2 584/9
**try [1]** 618/14
**trying [10]** 544/2
547/20 548/10 550/23
551/11 565/1 572/6
584/11 584/24 584/25
**Tuesday [1]** 570/9
**Tugging [1]** 578/14
**turn [2]** 542/13 551/14
**turned [4]** 551/12
564/19 600/2 618/8
**turns [3]** 603/23
604/13 609/14
**two [12]** 549/16 550/5
550/15 560/10 567/6
602/9 602/14 604/13
608/9 608/17 611/8
621/2
**type [2]** 580/8 585/8
**Typically [1]** 622/6

**U.S [4]** 540/14 544/10
596/13 597/2
**U.S. [11]** 543/24
544/23 546/18 590/11
593/17 593/20 596/12
596/24 597/3 598/21
615/25
**U.S. Capitol [9]** 543/24
544/23 546/18 590/11
593/17 593/20 596/24
597/3 598/21
**U.S. Secret [1]** 596/12
**U.S.C [1]** 604/24
**ultimate [1]** 565/16
**ultimately [2]** 546/16
565/18
**unambiguous [1]**
558/7
**unambiguously [1]**
557/21
**unauthorized [2]**
611/16 612/8
**under [4]** 577/14
579/12 580/1 585/9
**undergoing [1]** 612/6
**underneath [7]** 584/23
603/2 603/3 603/5
603/13 614/8 617/17
**understand [11]**
542/19 563/4 566/8
581/18 581/19 582/6
582/19 582/20 614/1
620/17 621/22
**understanding [2]**
582/23 614/5
**understood [1]** 609/5
**undisputed [1]** 607/12
**unfortunately [1]**
578/4
**unhinged [1]** 576/23
**unhooked [1]** 600/17
**uniform [1]** 569/21
**UNITED [23]** 540/1
540/3 540/11 542/3
556/3 559/25 560/24
576/6 581/6 593/1
595/7 595/21 608/14
610/5 610/6 610/19
611/11 613/14 615/4
615/8 615/25 616/7
616/11
**United States [13]**
556/3 560/24 576/6
593/1 610/5 610/6
611/11 613/14 615/4
615/8 615/25 616/7
616/11
**United States of [3]**
542/3 581/6 593/1
**unknowingly [1]** 563/1
**unknown [3]** 548/25
571/16 572/4
**unlawful [3]** 554/22
606/2 615/24
**unlawfully [1]** 543/22
**unless [2]** 595/17
613/22

**unlimited [1]** 558/3
**unnecessary [1]** 588/1
**unresolved [2]** 610/11
610/12
**unruly [1]** 611/17
**unsettled [3]** 580/22
581/9 583/3
**unsettlement [1]** 583/5
**until [9]** 549/6 575/14
581/7 586/8 597/17
597/20 604/20 612/9
613/10
**up [69]** 544/2 544/9
546/20 547/12 551/11
553/5 557/1 557/24
559/13 560/19 563/18
564/1 565/2 566/13
566/17 566/24 567/1
567/1 567/2 567/17
568/13 569/7 569/9
571/7 573/8 573/21
574/9 575/2 575/5
575/14 575/19 575/20
576/8 576/10 576/23
577/2 577/22 577/24
578/16 579/7 579/19
580/14 583/3 583/25
584/11 584/11 584/22
591/8 591/13 592/2
592/19 594/22 599/9
600/1 600/3 600/4
600/6 600/8 600/16
601/2 601/4 602/17
605/8 607/16 608/25
611/8 614/8 617/23
621/10
**upon [5]** 544/8 556/9
585/15 598/6 603/9
**Upper [6]** 549/7 591/21
601/8 601/11 603/14
612/3
**upright [1]** 605/4
**upset [2]** 574/15
574/15
**us [8]** 546/9 565/11
569/23 570/20 574/21
575/23 577/6 585/18
**usdoj.gov [1]** 540/16
**use [1]** 609/12
**used [1]** 549/4
**using [1]** 543/21
**usually [1]** 617/2
**utilized [2]** 556/21
585/2
**utterly [1]** 588/24

**V**

**various [1]** 614/7
**verbally [1]** 543/25
**verdict [11]** 540/10
543/4 555/23 555/23
581/8 585/24 593/25
594/6 595/18 619/5
619/12
**versus [6]** 542/4 595/8
610/5 610/6 611/11
615/25
**very [24]** 542/24 543/6

558/5 558/14 564/1
564/1 568/23 569/19
569/21 569/21 572/16
572/18 572/18 572/18
572/20 574/25 613/16
616/2 618/13 618/15
623/17
**vested [1]** 582/24
**veteran [1]** 568/16
**Vice [20]** 552/15
561/20 579/17 579/23
579/25 589/16 589/20
592/6 596/24 597/7
597/14 597/16 597/19
609/17 609/21 610/2
613/13 614/19 614/24
619/17
**Vice President [9]**
552/15 561/20 579/25
597/14 597/16 597/19
613/13 614/24 619/17
**Vice President Pence
[1]** 589/20
**Vice President
Pence's [1]** 592/6
**Vice President's [2]**
609/21 610/2
**vicinity [1]** 602/14
**video [35]** 545/21
545/24 555/8 557/14
558/2 558/4 558/5
558/6 560/15 560/15
561/23 562/2 563/21
567/14 568/2 569/14
573/15 573/19 575/1
575/14 583/19 589/18
590/19 590/21 597/21
598/9 598/11 601/18
602/23 603/9 608/1
608/2 612/25 617/15
618/2
**videos [11]** 545/17
546/2 546/7 563/13
563/13 564/2 564/6
564/15 571/20 584/20
594/19
**view [3]** 557/20 567/15
609/24
**violation [5]** 604/24
608/14 610/19 615/3
616/7
**violence [3]** 550/11
588/14 591/18
**violent [4]** 543/16
544/16 591/19 611/14
**Virginia [1]** 562/16
**vis [2]** 573/6 573/6
**vis-à-vis [1]** 573/6
**visible [2]** 596/17
609/9
**visiting [1]** 552/16
**voice [2]** 592/5 598/12
**volition [1]** 591/2
**vote [2]** 553/12 596/15
**votes [1]** 597/1 597/6
**vs [1]** 540/5

**W**

**Walgreens [1]** 561/7
**walk [3]** 579/22 592/9 600/4
**walked [9]** 549/15 575/19 575/20 583/25 584/1 591/13 600/4 612/1 612/4
**walking [8]** 555/3 561/25 577/2 578/11 578/20 583/23 584/10 603/15
**walks [6]** 584/19 603/22 604/6 604/9 604/13 604/14
**walkway [2]** 598/23 600/6
**wall [1]** 579/3
**want [15]** 551/24 564/3 564/18 572/5 575/1 575/12 575/12 576/17 576/19 577/9 578/23 579/6 580/16 583/14 620/1
**wanted [4]** 552/6 580/6 595/13 595/14
**wants [4]** 542/19 568/11 579/18 584/13
**warning [1]** 549/23
**warrant [1]** 558/15
**was [222]**
**wash [3]** 584/13 593/2 617/14
**Washington [8]** 540/5 540/15 541/6 562/14 589/9 598/4 598/8 613/16
**Washington Monument [1]** 598/8
**wasn't [11]** 544/19 549/6 554/4 554/21 555/4 577/19 583/16 589/2 589/4 590/5 590/6
**waste [1]** 589/4
**wasteful [1]** 602/6
**watch [4]** 543/24 567/24 573/10 575/1
**watched [1]** 564/3
**watching [2]** 549/3 564/1
**water [2]** 593/2 603/11
**way [27]** 543/2 552/19 553/24 559/9 560/14 566/6 571/21 579/17 580/24 581/2 583/12 584/15 588/11 588/16 591/16 592/12 598/18 599/22 600/6 602/7 602/10 602/16 603/14 605/20 607/11 607/18 617/23
**we [32]** 542/5 542/7 542/13 542/13 543/3 545/12 562/22 564/19 565/6 568/14 573/9 574/4 576/11 576/16 581/5 581/6 584/19

594/16 594/20 595/9 595/11 601/15 601/20 602/25 611/15 619/10 622/4 623/12 623/13
**We will [1]** 622/4
**we'd [1]** 555/21
**we'll [3]** 543/10 594/6 623/19
**we're [4]** 542/2 542/12 561/13 595/6
**wearing [2]** 558/10 599/11
**week [3]** 594/9 622/7 622/7
**well [14]** 547/7 550/7 555/1 555/5 567/19 567/20 569/21 569/21 572/6 594/10 595/10 614/21 616/2 623/9
**well-polished [1]** 569/21
**well-spoken [1]** 569/21
**went [14]** 553/25 560/19 565/3 569/9 571/4 583/14 583/17 584/19 587/12 589/25 592/3 597/8 617/13 617/22
**were [62]** 543/25 544/2 544/3 545/15 546/11 546/14 546/19 546/24 547/24 548/5 548/14 548/19 549/14 549/15 552/16 553/6 556/14 557/25 558/10 564/19 565/20 570/10 577/11 578/9 583/25 586/23 586/24 586/25 588/9 589/6 590/9 590/13 593/21 596/22 597/11 598/21 598/22 599/4 599/6 601/4 602/5 603/1 605/17 606/1 608/5 608/7 609/8 609/16 609/17 611/21 613/4 613/24 614/9 614/12 614/20 614/24 616/2 616/21 617/4 617/16 617/18 618/12
**weren't [1]** 546/18
**west [39]** 544/5 544/15 545/7 546/15 547/2 548/18 548/20 548/21 549/2 549/7 549/24 551/18 554/15 555/18 556/22 557/22 559/15 578/19 591/11 591/15 591/21 596/1 598/17 600/6 600/9 601/1 601/3 601/8 601/11 601/13 602/8 602/13 602/17 603/14 605/6 606/25 612/24 617/17 618/21
**West Plaza [13]** 544/5 545/7 547/2 548/18 548/20 548/21 549/2

557/22 559/15 578/19
**what [80]** 543/17 544/17 545/19 548/12 548/17 549/24 550/12 551/15 551/21 553/21 553/21 553/24 555/19 556/13 556/16 558/1 559/7 559/21 561/1 561/2 561/2 562/1 562/1 562/1 562/3 562/3 562/22 562/24 565/4 565/8 565/13 565/14 565/15 565/17 565/17 565/20 565/20 566/1 566/14 568/4 568/9 568/10 569/22 570/7 571/4 572/23 574/4 574/16 575/18 576/12 576/13 577/17 577/18 578/9 578/16 580/19 581/20 581/22 582/7 582/19 587/5 587/11 587/12 589/12 589/13 589/16 589/23 590/3 592/1 593/17 598/14 599/20 601/9 601/15 601/20 602/25 616/21 620/5 620/22 622/12
**what's [4]** 562/8 574/24 577/25 585/21
**whatever [1]** 583/13
**whatsoever [6]** 564/6 573/6 582/12 583/11 583/19 584/16
**when [48]** 546/25 549/4 549/16 551/2 551/8 555/4 557/21 559/13 563/5 563/12 566/16 567/7 569/3 570/5 570/13 572/19 573/16 576/2 576/9 576/22 576/23 576/24 577/1 578/18 579/22 581/14 584/10 584/20 584/22 587/19 588/1 589/16 589/19 589/21 590/21 590/22 591/7 591/12 593/8 601/21 604/4 606/13 606/18 607/10 611/4 614/16 615/23 616/22
**where [30]** 545/17 550/23 553/10 560/18 561/6 561/7 561/13 561/18 562/17 565/10 565/11 566/10 566/17 567/5 567/7 567/11 567/12 575/23 577/13 578/8 580/21 582/20 583/22 592/3 593/4 600/24 601/3 601/7 603/15 618/7
**where's [2]** 565/11 566/23
**wherewithal [1]** 618/4
**whether [10]** 550/15

576/13 606/10 606/13 609/15 609/15 609/20
**which [33]** 545/4 545/7 545/18 546/5 546/19 547/3 547/8 547/10 547/15 547/23 549/20 553/17 555/5 558/14 559/6 561/17 562/15 565/23 565/24 569/8 575/5 582/16 582/24 590/9 598/21 599/24 600/8 605/8 610/3 615/5 616/8 617/24 619/10
**while [13]** 544/19 545/25 546/7 549/1 551/20 552/17 553/12 554/20 555/2 587/16 589/6 603/3 614/11
**who [38]** 544/3 551/13 552/23 553/23 553/25 556/22 556/24 559/13 560/10 560/19 560/20 560/21 561/15 562/18 568/21 571/16 572/8 572/25 574/7 576/1 576/7 576/8 576/25 577/18 580/7 580/25 581/2 588/25 589/17 589/18 593/15 597/1 598/22 600/14 600/15 610/1 610/7 614/11
**who's [5]** 560/16 561/25 563/23 584/3 593/13
**whoever [1]** 568/18
**whom [1]** 599/1
**whose [1]** 596/12
**why [17]** 553/25 560/2 561/10 570/23 576/9 579/15 580/6 580/23 584/3 594/5 594/5 609/15 613/4 613/16 613/18 613/19 613/21
**will [27]** 562/12 564/14 566/25 570/5 572/5 572/7 574/13 575/7 578/5 582/9 583/3 583/18 585/10 585/12 586/16 593/23 594/10 614/22 619/5 619/14 619/19 622/4 622/12 622/25 623/8
**willfully [5]** 615/13 615/21 615/23 616/15 617/11
**William [3]** 541/3 624/2 624/8
**willing [1]** 558/20
**window [7]** 549/11 550/2 583/17 603/24 603/25 618/2 618/5
**windows [3]** 549/14 549/16 586/25
**Wing [9]** 597/23 603/16 603/17 603/22 604/4

576/13 606/10 606/13
618/13
**wipe [1]** 604/2
**wish [1]** 586/12
**wishes [1]** 595/17
**wit [1]** 559/12
**within [9]** 555/5 572/21 580/9 596/22 598/25 601/24 609/3 611/14 612/18
**without [8]** 590/25 608/19 608/22 609/2 609/7 611/25 612/5 619/12
**witness [7]** 559/24 561/11 569/22 574/18 575/20 575/25 609/4
**witnessed [3]** 549/24 609/10 618/14
**witnesses [1]** 590/11
**wolf [1]** 580/13
**woman [1]** 561/25
**won't [3]** 542/25 545/25 564/5
**wool [1]** 558/9
**words [4]** 556/16 589/19 589/19 603/1
**work [3]** 547/21 612/20 613/23
**worker [2]** 579/21 579/24
**workings [1]** 614/14
**worth [1]** 556/15
**would [37]** 544/23 546/20 547/12 559/20 560/10 560/24 562/16 562/25 567/5 567/5 567/6 567/17 568/25 570/2 582/22 583/5 583/20 583/23 584/4 585/6 585/23 587/10 587/14 587/14 588/7 588/19 594/22 606/8 607/17 609/18 612/9 613/18 613/19 613/21 614/24 617/20 623/6
**wouldn't [4]** 570/9 570/22 576/11 590/10
**wrestling [1]** 575/3
**writing [1]** 542/18
**written [1]** 610/4
**wrong [3]** 544/8 587/19 608/7
**wrote [1]** 611/12

**Y**

**yards [1]** 590/7
**yeah [6]** 543/8 568/22 575/10 578/19 621/16 622/11
**year [3]** 553/5 568/16 620/20
**years [1]** 608/9
**yell [1]** 601/6
**yelled [1]** 589/1
**yelling [6]** 549/2 561/19 591/13 601/19 613/1 614/7

**Y**

**yes [20]**  555/10 555/13
555/15 562/23 565/8
568/8 570/12 571/3
571/13 575/22 584/16
586/14 594/16 594/20
619/8 620/3 621/22
621/24 622/2 622/15
**yesterday [14]**  542/16
543/3 544/25 545/3
546/16 547/4 547/13
554/5 557/20 560/15
561/24 566/7 577/12
583/24
**yet [4]**  552/13 589/23
590/2 591/3
**you [239]**
**you understand [1]**
582/19
**you'd [1]**  617/20
**you'll [4]**  573/1 573/10
622/21 623/5
**you're [8]**  571/1 575/22
576/18 581/14 581/19
581/20 584/8 614/7
**you've [2]**  575/2
617/13
**you, [1]**  542/11
**you, sir [1]**  542/11
**young [1]**  621/2
**your [115]**
**Your Honor [79]**  542/2
542/15 542/23 543/6
543/12 555/9 555/16
556/1 556/5 556/11
556/15 557/2 557/11
557/16 558/19 559/9
559/17 559/19 560/14
561/3 562/5 562/20
563/22 565/6 565/19
566/5 568/14 568/20
568/24 569/15 571/24
572/6 572/13 572/17
573/21 574/25 575/7
576/4 576/19 577/6
577/10 578/3 578/5
578/11 578/18 579/6
579/7 579/14 580/6
580/10 580/18 581/5
582/2 582/9 583/7
583/8 583/18 584/2
584/24 585/6 585/12
586/14 586/17 586/18
594/8 595/6 619/8
619/23 620/15 620/23
620/24 621/5 621/11
622/1 622/3 622/10
622/15 623/15 623/16
**yourself [1]**  577/20

**Z**

**Zaremba [3]**  541/3
624/2 624/8